IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICROTHERM, INC.; MAVID MAQUILADORA,M and DAVID E. SEITZ, Individually | * * * * |
| VS. | * CIVIL ACTION NO. B-02-069 |
| | * |
| TRIQUEST-PUGET PLASTICS, L.L.C., A Subsidiary of ARCTIC SLOPE REGIONAL CORPORATION; ARCTIC SLOPE REGIONAL CORPORATION; EMERSON ELECTRIC CO.; WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.; CHROMOLOX, INC.; DANA CORPORATION; and DANA ENGINE CONTROLS | * * * * * * * * * * |

### SUBJECT TO MOTION TO TRANSFER VENUE, CONSENT TO REMOVAL

Defendants Dana Corporation and Dana Engine Controls (expressly reserving all of their rights otherwise to respond to this lawsuit) file this consent to Defendants Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co.'s removal of this action from the 357th Judicial District of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

_[signature]_

Peter M. Blute
SBN: 02521600

11601 Katy Freeway, Suite 101
Houston, Texas 77079
(281) 496-0555

(281) 496-0505 [fax]

ATTORNEYS FOR DEFENDANTS,
DANA CORPORATION AND DANA
ENGINE CONTROLS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Consent to Removal was served upon all counsel of record, to-wit:

>Steve A. Bryant
>Steve A. Bryant & Associates, P.C.
>3618 Mt. Vernon, Suite A
>Houston, Texas 77006
>Attorneys for Plaintiffs
>
>Steven T. Seward
>1500 Fourth Avenue
>Suite 600
>Seattle, Washington  98101
>Attorneys for Defendants
>Arctic Slope Regional Corporation and
>Triquest-Puget Plastics, LLC
>
>Eduardo Roberto Rodriguez
>R. Patrick Rodriguez
>Rodriguez, Colvin & Chaney, LLP
>Post Office Box 2155
>Brownsville, Texas  78522
>
>Timothy G. O'Neill
>Brent D. Anderson
>Snell & Wilmer, LLP
>One Tabor Center, Suite 1900
>1200 Seventeenth Street
>Denver, Colorado  80202
>Attorneys for Defendants
>Emerson Electric Co. and
>Wiegand Appliance Division
>of Emerson Electric Co.

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 8th day of April, 2002.

_____
Peter M. Blute