3

United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICROTHERM, INC.; MAVID MAQUILADORA,M and DAVID E. SEITZ, Individually

VS.

TRIQUEST-PUGET PLASTICS, L.L.C., A Subsidiary of ARCTIC SLOPE REGIONAL CORPORATION; ARCTIC SLOPE REGIONAL CORPORATION; EMERSON ELECTRIC CO.; WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.; CHROMOLOX, INC.; DANA CORPORATION; and DANA ENGINE CONTROLS

CIVIL ACTION NO. B-02-069

**CONSENT TO REMOVAL**

Defendants Triquest Puget Plastics, LLC, and Arctic Slope Regional Corporation (expressly reserving all of their rights to object to personal jurisdiction by special appearance, move to transfer venue, or otherwise respond to this lawsuit) file this consent to Defendants Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co.'s removal of this action from the 357th Judicial District of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

By: William D. Wood
William D. Wood by permission McRoberts
State Bar No. 21916500
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

ATTORNEYS-IN-CHARGE
FOR DEFENDANTS,
TRIQUEST PUGET PLASTICS, LLC, AND
ARCTIC SLOPE REGIONAL
CORPORATION

Of COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Graig J. Alvarez
State Bar No. 24001647

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Consent to Removal was served upon all counsel of record, to-wit:

Steve A. Bryant
Steve A. Bryant & Associates, P.C.
3618 Mt. Vernon, Suite A
Houston, Texas 77006
Attorneys for Plaintiffs

Jeffery J. Wawrzyniak
Dana Risk Management
1745 Indian Wood Circle
Suite 210
Maunee, Ohio 43537
Attorneys for Defendants
Dana Corporation and
Dana Engine Controls

Eduardo Roberto Rodriguez
R. Patrick Rodriguez
Rodriguez, Colvin & Chaney, LLP
Post Office Box 2155
Brownsville, Texas 78522

Timothy G. O'Neill
Brent D. Anderson
Snell & Wilmer, LLP
One Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, Colorado 80202
Attorneys for Defendants
Emerson Electric Co. and
Wiegand Appliance Division
of Emerson Electric Co.

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 8 th day of April, 2002.

Eduardo Roberto Rodriguez

Respectfully submitted,

By: [signature]
William D. Wood
State Bar No. 21916500
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

ATTORNEYS-IN-CHARGE
FOR DEFENDANTS,
TRIQUEST PUGET PLASTICS, LLC, AND
ARCTIC SLOPE REGIONAL
CORPORATION

Of COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Graig J. Alvarez
State Bar No. 24001647

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Consent to Removal was served upon all counsel of record, to-wit:

Steve A. Bryant
Steve A. Bryant & Associates, P.C.
3618 Mt. Vernon, Suite A
Houston, Texas 77006
Attorneys for Plaintiffs

Jeffery J. Wawrzyniak
Dana Risk Management
1745 Indian Wood Circle
Suite 210
Maunee, Ohio 43537
Attorneys for Defendants
Dana Corporation and
Dana Engine Controls