United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICROTHERM, INC.; MAVID MAQUILADORA,M and DAVID E. SEITZ, Individually | * * * * | |
| VS. | * * | CIVIL ACTION NO. B-02-069 |
| TRIQUEST-PUGET PLASTICS, L.L.C., A Subsidiary of ARCTIC SLOPE REGIONAL CORPORATION; ARCTIC SLOPE REGIONAL CORPORATION; EMERSON ELECTRIC CO.; WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.; CHROMOLOX, INC.; DANA CORPORATION; and DANA ENGINE CONTROLS | * * * * * * * * * * | |

### CONSENT TO REMOVAL

Defendant Chromalox, Inc. (expressly reserving all rights otherwise to respond to this lawsuit) files this consent to Defendants Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co.'s removal of this action from the 357th Judicial District of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

KIRKPATRICK & LOCKHART LLP

By: /s/ Wendy Smith
Wendy Smith   w/ permission
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Tel. 412.355.6500

**ATTORNEYS FOR DEFENDANT,
CHROMALOX, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MICROTHERM, INC.; MAVID MAQUILADORA,M and DAVID E. SEITZ, Individually | *<br>*<br>*<br>* |
| VS. | *  CIVIL ACTION NO. _____ |
| | * |
| TRIQUEST-PUGET PLASTICS, L.L.C., A Subsidiary of ARCTIC SLOPE REGIONAL CORPORATION; ARCTIC SLOPE REGIONAL CORPORATION; EMERSON ELECTRIC CO.; WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.; CHROMOLOX, INC.; DANA CORPORATION; and DANA ENGINE CONTROLS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### CONSENT TO REMOVAL

Defendant Chromalox, Inc. (expressly reserving all rights otherwise to respond to this lawsuit) files this consent to Defendants Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co.'s removal of this action from the 357th Judicial District of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

KIRKPATRICK & LOCKHART LLP

By: _____
Wendy Smith
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222