UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICROTHERM, INC.,<br>ET AL. | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-69 |
| | § | |
| TRIQUEST-PUGET PLASTICS, L.L.C.,<br>ET AL. | § | |
| | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION,
OR ALTERNATIVELY, MOTION TO CHANGE VENUE, OR ALTERNATIVELY,
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants Arctic Slope Regional Corporation ("ASRC") and Triquest Puget Plastics, LLC

("TQP Plastics") move to dismiss plaintiffs' action against them on grounds of lack of personal

jurisdiction, or, in the alternative, for a change of venue, or, in the alternative, to dismiss on the

ground that plaintiffs fail to state a claim against ASRC or TQP Plastics pursuant to Rules 12(b)(2),

12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(b).

**INTRODUCTION AND PROCEDURAL BACKGROUND**

1.      On or about March 5, 2002, plaintiffs sued ASRC and TQP Plastics, among other

defendants, in Texas state court in Brownsville, Texas. Plaintiffs design, manufacture, and market

a product known as an electric tankless water heater system. Plaintiffs' design concept was to utilize

molded plastic chambers within which water is heated by electric heating elements. Plaintiffs

recommend their heater system to high volume apartment builders, mobile home manufacturers and

the like as a revolutionary alternative to the common hot water tank.

2.      Plaintiffs allege that ASRC and TQP Plastics, and other component manufacturers, supplied allegedly defective parts that plaintiffs pieced together to build completed heater units. Yet plaintiffs' print media in this regard suggests that its' design and marketing efforts have failed, not the component parts.

3.      Plaintiffs assert claims against ASRC and TQP Plastics for breach of contract, fraud, negligence, and violation of the Texas Deceptive Trade Practices Act alleging that certain acts or omissions by ASRC and TQP Plastics took place in Guadalajara, Mexico concerning the manufacture of molded plastic parts for the water heater system.

4.      On April 8, 2002, defendants Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co. removed the action to this Court. Defendants ASRC and TQP Plastics consented to removal and reserved their rights to challenge personal jurisdiction or move to transfer venue. *See* Consent to Removal, attached as Exhibit 1. Prior to removal, ASRC and TQP Plastics filed a special appearance challenging personal jurisdiction before the Texas state court. *See* Special Appearance and, Subject Thereto, Motion to Transfer Venue of Triquest Puget Plastics, LLC, and Arctic Slope Regional Corporation, attached as Exhibit 2.

### STATEMENT OF THE ISSUES

5.      The threshold issue in this matter is whether this Court has personal jurisdiction over ASRC and TQP Plastics. Whether the exercise of personal jurisdiction is proper is a question of law. *Dickson Marine Inc. v. Panalpina, Inc.*, 179 F.3d 331, 335 (5th Cir. 1999).

6.      Alternatively, this Court should consider whether venue in this action should be transferred from the Brownsville Division to the Houston Division pursuant to 28 U.S.C. § 1404(b).

7.    Alternatively, this Court should consider whether plaintiffs have stated a claim against defendants ASRC and TQP Plastics.  Fed. R. Civ. P. 12(b)(6).

## SUMMARY OF THE ARGUMENTS

### *This Court Lacks Personal Jurisdiction Over ASRC and TQP Plastics*

8.    Neither ASRC nor TQP Plastics are subject to personal jurisdiction in this action. Exercising general jurisdiction over these defendants is improper because neither ASRC nor TQP Plastics (1) are residents of Texas; (2) have offices in Texas and are authorized to do business in Texas; and (3) have a registered agent to accept service of process in Texas.

9.    Specific jurisdiction cannot be asserted over ASRC or TQP Plastics in this action. Neither ASRC nor TQP Plastics has any meaningful contacts with the State of Texas.  Neither ASRC nor TQP Plastics have entered into a contract with plaintiffs in Texas (or anywhere else). *Id.*  Neither ASRC nor TQP Plastics are doing business in Texas as that term is defined by Section 17.042 of the Texas Civil Practice and Remedies Code (the "Texas Long-Arm Statute"). *Id.*  Finally, the relevant operative events and omissions alleged in plaintiffs' tort claims center around events in Guadalajara, Mexico.

10.    Plaintiffs' general allegations that their claims against ASRC and TQP Plastics "arise out of defendant's acts of business done within the State" and that defendants have "continuing contacts" in Texas are insupportable.  A reading of Plaintiffs' Original Petition reveals that the operative events giving rise to this litigation occurred, if at all, in Guadalajara, Mexico between 1999 and 2001.  Under these jurisdictional facts, ASRC and TQP Plastics are not subject to personal jurisdiction in this Court.

#30233064v2<                                                -3-

### *Venue Should Be Changed to the Houston Division*

11.     In the alternative to defendants' motion to dismiss for lack of personal jurisdiction,

ASRC and TQP Plastics would show that the convenience of the parties and witnesses supports

transfer from the Brownsville Division to the Houston Division pursuant to 28 U.S.C. § 1404(b).

The interest of justice would be served by this transfer. Defendants ASRC and TQP Plastics are

located in Alaska and Washington state, respectively. Traveling from Washington or Alaska to

Houston is more convenient and efficient than traveling to Brownsville, Texas. *See* OAG Flight

Schedule, attached as Exhibit 3. There are no flights to Brownsville from defendants' home cities.

*Id.*

12.     In addition, plaintiff Microtherm, Inc.'s principal office is in Houston, and its director

and treasurer, David Seitz, lives in Conroe, Texas, less than 30 miles from the Houston federal

courthouse.[1]  Plaintiffs' counsel and ASRC and TQP Plastics' counsel are located in Houston.

Common sense suggests that litigating this matter in Houston rather than Brownsville is more

efficient and cost effective for all parties concerned.

### *Plaintiffs Fail to State A Claim Against ASRC or TQP Plastics*

13.     ASRC and TQP Plastics had no direct involvement with the manufacturing of the

plastic chambers, have never had a contractual relationship with any of the plaintiffs, and have never

had any communications with plaintiffs.

---

[1] In contrast, plaintiff David Seitz lives approximately 381 miles from the Brownsville federal courthouse. *See* Mapquest Driving Directions from David Seitz's residence to Houston and Brownsville federal courthouses, attached as Exhibit 4. The third plaintiff, Mavid Maquiladora, which is the plaintiffs' manufacturing entity, is located in Guadalajara, Mexico. *See* Plaintiffs' Original Petition, Exhibit 5.

14.    Plaintiffs' claims against ASRC and TQP Plastics should be dismissed on the ground that these defendants cannot be liable to plaintiffs because they were not in privity of contract and owed no duty to plaintiffs in tort or contract.

## ARGUMENTS

### A.    Neither ASRC nor TQP Plastics Are Subject to Personal Jurisdiction

15.    Neither ASRC nor TQP Plastics are subject to personal jurisdiction in this matter. The Due Process Clause of the Fourteenth Amendment protects every defendant's right not to be bound by judgments in a forum with which the defendant has no meaningful "contacts, ties or relations." *Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 472 (1985) (citing *International Shoe Co. v. Washington*, 326 U.S. 310, 319 (1945)). This basic right enables people and corporations to "structure their primary conduct with some minimum assurance as to where that conduct will and will not render them liable to suit." *Burger King*, 471 U.S. at 472 (citing *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 297 (1980)).

16.    The Supreme Court has long held that the Due Process Clause permits exercise of personal jurisdiction over a nonresident defendant only when (1) that defendant has sufficient "minimum contacts" with the forum state, and (2) the exercise of jurisdiction over that defendant does not offend "traditional notions of fair play and substantial justice." *International Shoe*, 326 U.S. at 316. In carrying out this analysis, "[e]ach defendant's contacts with the forum State must be assessed individually." *Calder v. Jones*, 465 U.S. 783, 790 (1984). Plaintiffs have the burden to establish that the trial court has jurisdiction over the nonresident defendant. *D. J. Investment, Inc. v. Metzler Motorcycle Tire Agent Gregg, Inc.*, 754 F.2d 542, 545 (5th Cir. 1985).

17.    The "minimum contacts" portion of the analysis can involve an assessment of either "general" or "specific" jurisdiction. "General" jurisdiction arises only where the defendant has "continuous and systematic contacts" with the forum state. *Perkins v. Benguet Consol. Mining Co.*, 342 U.S. 437, 445 (1952). "Specific" jurisdiction is more narrow and confers personal jurisdiction only as to claims arising out of actions by which the nonresident defendant "purposefully avails itself of the privilege of conducting activities within the forum State, thus invoking the benefits and protections of its laws." *See Burger King*, 471 U.S. at 475 (quoting *Hanson v. Denkla*, 357 U.S. 235, 253 (1958)). The "purposeful availment" requirement protects individuals from being "haled into a jurisdiction solely as a result of 'random,' 'fortuitous,' or 'attenuated contacts' . . . ." *Burger King*, 471 U.S. at 475 (citing *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 774 (1984)).

18.    ASRC is not subject to personal jurisdiction under the Texas long-arm statute or the due process clause. The Texas Long-Arm Statute provides that a nonresident does business in Texas if the nonresident:

(1)    contracts by mail or otherwise with a Texas resident and either party is to perform the contract in whole or in part in this state;

(2)    commits a tort in whole or in part in this state; or

(3)    recruits Texas residents, directly or through an intermediary located in this state, for employment inside or outside this state.

TEX. CIV. PRAC. & REM. CODE ANN. § 17.042. ASRC is not a party to any contract at issue in this lawsuit. *See* Affidavit of Conrad Bagne ("Bagne Affidavit"), ¶ 14, attached as Exhibit 6. ASRC has never traveled to Texas in connection with the allegations in this matter. *See id.* at ¶ 15. ASRC has

never done any business with plaintiffs in Texas or elsewhere. *Id.* at ¶ 15. Accordingly, ASRC has never entered into any contract with plaintiffs in Texas or elsewhere. *Id.* at ¶¶ 14-15.

19.    ASRC has never been licensed to do business in Texas, has never had a registered agent for service of process in Texas, and has never maintained an office in Texas. *Id.* at ¶¶ 5-6. ASRC has never paid taxes, solicited business, maintained a bank account, owned property, had a telephone listing, or employed personnel in Texas. *Id.* at ¶¶ 8-10, 12-13. Prior to this lawsuit, ASRC had not sued or been sued in any court located in Texas. *Id.* at ¶ 11. ASRC has no connection to the transactions described in the Complaint. *Id.* at ¶¶ 14-15. Because ASRC has no contact with Texas arising from the causes of action brought by plaintiffs, the Court should dismiss ASRC for lack of personal jurisdiction.

20.    TQP Plastics is not subject to personal jurisdiction under the Texas long-arm statute or the due process clause. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 17.042. TQP Plastics is not a party to any contract at issue in this lawsuit. *See* Affidavit of Kent Hempel ("Hempel Affidavit"), at ¶ 14, attached as Exhibit 7. TQP Plastics has never traveled to Texas in connection with the allegations in this matter. *Id.* at ¶ 15. TQP Plastics has never done any business with plaintiffs in Texas or elsewhere. *Id.* at ¶ 15. Accordingly, TQP Plastics has never entered into any contract with plaintiffs in Texas or elsewhere. *Id.* at ¶¶ 14-15.

21.    TQP Plastics has never been licensed to do business in Texas, has never had a registered agent for service of process in Texas, and has never maintained an office in Texas. *Id.* at ¶¶ 5-6. TQP Plastics has never paid taxes, solicited business, maintained a bank account, owned property, had a telephone listing, or employed personnel in Texas. *Id.* at ¶¶ 8-10, 12-13. Prior to

#30233064v2<

-7-

this lawsuit, TQP Plastics had not sued or been sued in any court located in Texas. *Id.* at ¶ 11.  TQP

Plastics has no connection to the transactions described in the Complaint. *Id.* at ¶¶ 14-15.  Because

TQP Plastics has no contact with Texas arising from the causes of action brought by plaintiffs, the

Court should dismiss TQP Plastics for lack of personal jurisdiction.

**B.      Venue Should Be Transferred to the Houston Division for Convenience of the Parties and  Witnesses and In the Interests of Justice**

22.      Alternatively, venue should be changed from the Brownsville Division to the Houston

Division pursuant to 28 U.S.C. § 1404(b).  Section 1404(b) provides that:

> Upon motion, consent or stipulation of all parties, any action, suit or proceeding of
> a civil nature may be transferred, in the discretion of the court, from the division in
> which pending to any other division in the same district.

28 U.S.C. § 1404(b). The convenience of the parties, witnesses, and the interest of justice supports

a change of venue to the Houston Division.  This Court has wide discretion to transfer to another

division in the same district for the convenience of the parties, witnesses and in the interest of

justice. *Weber v. Coney*, 642 F.2d 91, 93 (5th Cir. 1981).

23.      The convenience of the parties supports transfer to the Houston Division.  Plaintiff

Microtherm, Inc. has its principal place of business in Houston, Texas.  *See* Plaintiffs' Original

Petition, Exhibit 5.  Plaintiff David Seitz resides in Conroe, Texas; about a thirty minute drive away

from the federal court house in Houston.  *Id.*  Plaintiffs' counsel is located in Houston, Texas.

24.      None of the defendants have their principal place of business in Texas and none of

the defendants were incorporated in Texas.  *See* Bagne Affidavit, Exhibit 6, ¶¶ 3-4; Hempel

Affidavit, Exhibit 7, ¶¶ 3-4.  All of the defendants in this action will have to travel to Texas to

litigate this matter.  ASRC will have to travel from Alaska.  *See* Bagne Affidavit, Exhibit 6, ¶ 4.

-8-

TQP Plastics will have to travel from Washington state. *See* Hempel Affidavit, Exhibit 7, ¶ 4. Traveling from Alaska or Washington state to Houston, Texas is more economical and efficient than traveling to Brownsville, Texas. In addition, the attorneys for plaintiffs, ASRC and TQP Plastics are located in Houston, Texas.

25.    It is also more convenient for the witnesses if the litigation is transferred to the Houston Division. Plaintiffs' allege that the defective molding work was performed in Guadalajara, Mexico. *See* Plaintiffs' Original Petition, Exhibit 5. It is more convenient for these witnesses to travel from Guadalajara, Mexico to Houston, Texas rather than to Brownsville, Texas to appear for deposition or trial. In fact, there are no major airline flights from Guadalajara, Mexico to Brownsville, Texas. *See* OAG Flight Schedule, Exhibit 3. There are no direct flights from Anchorage, Alaska or Vancouver, Washington to Brownsville, Texas. *See id.*

26.    In contrast, flights into Houston are readily available by numerous airlines. *See id.*

27.    Accordingly, the convenience of the parties and the witnesses supports changing venue from the Brownsville Division to the Houston Division pursuant to 28 U.S.C. § 1404(b).

**C.    Plaintiffs Fail to State a Claim Against Either ASRC or TQP Plastics**

28.    Plaintiffs fail to state a claim against ASRC or TQP Plastics because these defendants were not involved in the molding process of which plaintiffs complain and have never communicated with plaintiffs. Neither ASRC nor TQP Plastics are parties to any contract with plaintiffs. *See* Bagne Affidavit, Exhibit 6, ¶¶ 14-15; Hempel Affidavit, Exhibit 7, ¶¶ 14-15. In fact, TQP Plastics did not exist until August 2000. *See* Hempel Affidavit, Exhibit 7, ¶ 3. No one from

TQP Plastics communicated at any time with plaintiffs regarding the tankless water heater system or supplying any molded parts to plaintiffs. *See id.* at ¶¶ 14-15.

29.    Similarly, ASRC did not communicate at any time with plaintiffs regarding the tankless water heater system and did not supply molded plastic parts to plaintiffs for the water heater system. *See* Bagne Affidavit, Exhibit

30.    Defendants request that the Court dismiss plaintiffs' actions against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

## CONCLUSION

31.    ASRC and TQP Plastics respectfully move the Court for an order dismissing plaintiffs' claims against ASRC and TQP Plastics for lack of personal jurisdiction, or, in the alternative, to dismiss pursuant to Rule 12(b)(6). Alternatively, Defendants respectfully move this Court to transfer this action to the Southern District of Texas, Brownsville Division to the Houston Division, and for such other and further relief to which the defendants are entitled to receive.

Respectfully submitted,

By: _____ William D. Wood _____

William D. Wood *w/ permission*

State Bar No. 21916500

Southern District No. 2002

1301 McKinney Street, Suite 5100

Houston, Texas 77010-3095

Telephone: (713) 651-5151

Telecopier: (713) 651-5246

**ATTORNEY-IN-CHARGE   FOR DEFENDANTS,   TRIQUEST   PUGET PLASTICS, LLC, AND ARCTIC SLOPE REGIONAL CORPORATION**

Of COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Graig J. Alvarez
State Bar No. 24001647
Southern District No. 22596

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of

record, to-wit:

Steve A. Bryant
Steve A. Bryant & Associates, P.C.
3618 Mt. Vernon, Suite A
Houston, Texas 77006
Attorneys for Plaintiffs

Jeffery J. Wawrzyniak
Dana Risk Management
1745 Indian Wood Circle
Suite 210
Maumee, Ohio  43537
Attorneys for Defendants
Dana Corporation and
Dana Engine Controls

Eduardo Roberto Rodriguez
R. Patrick Rodriguez
Rodriguez, Colvin & Chaney, LLP
Post Office Box 2155
Brownsville, Texas  78522

## APPENDIX TO DEFENDANTS' MOTION TO DISMISS

Exhibit 1:     Consent to Removal

Exhibit 2:     Special Appearance and, Subject Thereto, Motion to Transfer Venue of Triquest Puget Plastics, LLC, and Arctic Slope Regional Corporation

Exhibit 3:     OAG Flight Schedule

Exhibit 4:     Mapquest Driving Directions from David Seitz's Residence to Houston and Brownsville Federal Courthouses

Exhibit 5:     Plaintiffs' Original Petition

Exhibit 6:     Affidavit of Conrad Bagne

Exhibit 7:     Affidavit of Kent Hempel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICROTHERM, INC.; MAVID          *
MAQUILADORA,M and DAVID E.       *
SEITZ, Individually              *
                                 *
VS.                              *          CIVIL ACTION NO. _____
                                 *
TRIQUEST-PUGET PLASTICS, L.L.C., *
A Subsidiary of ARCTIC SLOPE     *
REGIONAL CORPORATION; ARCTIC     *
SLOPE REGIONAL CORPORATION;      *
EMERSON ELECTRIC CO.;            *
WIEGAND APPLIANCE DIVISION       *
OF EMERSON ELECTRIC CO.;         *
CHROMOLOX, INC.; DANA            *
CORPORATION; and DANA ENGINE     *
CONTROLS                         *

## CONSENT TO REMOVAL

Defendants Triquest Puget Plastics, LLC, and Arctic Slope Regional Corporation (expressly reserving all of their rights to object to personal jurisdiction by special appearance, move to transfer venue, or otherwise respond to this lawsuit) file this consent to Defendants Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co.'s removal of this action from the 357th Judicial District of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

*CONSENT TO REMOVAL*                                      *PAGE 1*



Respectfully submitted,

By: _William D. Wood_ *by permission McKeown*
      William D. Wood
      State Bar No. 21916500
      1301 McKinney Street, Suite 5100
      Houston, Texas 77010-3095
      Telephone: (713) 651-5151
      Telecopier: (713) 651-5246

ATTORNEYS-IN-CHARGE
FOR DEFENDANTS,
TRIQUEST PUGET PLASTICS, LLC, AND
ARCTIC SLOPE REGIONAL
CORPORATION

Of COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Graig J. Alvarez
State Bar No. 24001647

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Consent to Removal was served upon all counsel of record, to-wit:

    Steve A. Bryant
    Steve A. Bryant & Associates, P.C.
    3618 Mt. Vernon, Suite A
    Houston, Texas 77006
    Attorneys for Plaintiffs

    Jeffery J. Wawrzyniak
    Dana Risk Management
    1745 Indian Wood Circle
    Suite 210
    Maunee, Ohio  43537
    Attorneys for Defendants
    Dana Corporation and
    Dana Engine Controls

Eduardo Roberto Rodriguez
R. Patrick Rodriguez
Rodriguez, Colvin & Chaney, LLP
Post Office Box 2155
Brownsville, Texas  78522

Timothy G. O'Neill
Brent D. Anderson
Snell & Wilmer, LLP
One Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, Colorado  80202
Attorneys for Defendants
Emerson Electric Co. and
Wiegand Appliance Division
of Emerson Electric Co.

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission

pursuant to the Federal Rules of Civil Procedure, on this the __8__ th day of April, 2002.

_____
Eduardo Roberto Rodriguez

*CONSENT TO REMOVAL*

*PAGE 3*

FILED __8:45__ O'CLOCK __A__ M
AURORA DE LA GARZA DIST. CLERK
APR 0 8 2002
DISTRICT COURT OF CAMERON COUNTY TEXAS
_____ DEPUTY

NO. 2002-03-933-E

| MICROTHERM, INC., ET AL. | § | IN THE DISTRICT COURT OF |
| COMPANY | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| TRIQUEST-PUGET PLASTICS, L.L.C., | § | |
| ET AL. | § | 357TH JUDICIAL DISTRICT |

## SPECIAL APPEARANCE, AND SUBJECT THERETO, MOTION TO TRANSFER VENUE OF TRIQUEST PUGET PLASTICS, LLC, AND ARCTIC SLOPE REGIONAL CORPORATION

1.    Triquest Puget Plastics, LLC ("Triquest"), and Arctic Slope Regional Corporation ("ASRC") (collectively "defendants") file this special appearance under Rule 120a of the Texas Rules of Civil Procedure to this entire proceeding before any other plea, pleading or motion.

2.    This Court lacks personal jurisdiction over the defendants for the following reasons:

a.    Triquest is incorporated, not under the laws of Texas, but under the laws of another state, and its principal place of business is in Vancouver, Washington.

b.    ASRC is incorporated, not under the laws of Texas, but under the laws of another state, and its principal place of business is in Barrow, Alaska.

c.    Neither Triquest nor ASRC maintain a place of business in Texas and do not have agents or employees within Texas.

d.    Neither Triquest nor ASRC have sufficient "minimum contacts" with Texas to justify imposing jurisdiction over the defendants, and the exercise of jurisdiction over the defendants would violate the fourteenth amendment to the United States Constitution.

e.    Neither Triquest nor ASRC do business in Texas within the meaning of

#30228733v1<



Section 17.042 of the Texas Civil Practice and Remedies Code.

For the reasons above, the defendants pray for a dismissal of this case on account of a lack of personal jurisdiction, for all costs, and for all other just relief.

#30228733v1<

## MOTION TO TRANSFER VENUE
## SUBJECT TO SPECIAL APPEARANCE

1.    Defendants move to transfer venue of this case to Harris County, Texas pursuant to Rules 86 and 87 of the Texas Rules of Civil Procedure, and pursuant to Section 15.063 of the Texas Civil Practice and Remedies Code, because (a) venue is not proper in Cameron County and (b) venue is proper in Harris County, Texas.

2.    Defendants specifically deny all of the purported venue facts and venue theories alleged by plaintiffs pursuant to Texas Civil Practice and Remedies Code § 15.002a(1) and (3).  Cameron County is not a county of proper venue because defendants do not have a principal office in Cameron County, the cause of action did not accrue in Cameron County, and no mandatory or permissive exception authorizes the maintenance of the action against the defendants in Cameron County.

3.    Venue is proper in Harris County because plaintiff Microtherm, Inc. maintains its principal office in Harris County, Texas.  TEX. CIV. PRAC. & REM. CODE ANN. § 15.002.

4.    Defendants request that this action be transferred to a district court in Harris County, Texas.

Defendants request that this Court grant their motion to transfer venue and transfer such cause to Harris County, taxing costs incurred herein against plaintiffs; and that defendants have such other and further relief to which they may show themselves justly entitled to receive.

#30228733v1<

FULBRIGHT & JAWORSKI L.L.P.


By: _William Wood_____
    William D. Wood. *w/ permission*
    State Bar No. 21916500
    Graig J. Alvarez
    State Bar No. 24001647
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246

**COUNSEL FOR DEFENDANTS,
TRIQUEST PUGET PLASTICS, LLC, AND
ARCTIC SLOPE REGIONAL CORPORATION**


### CERTIFICATE OF SERVICE

    This pleading was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on April 8, 2002.


_Graig Alvarez_____
    Graig J. Alvarez *w/ permission*


#30228733v1<



# OAG. Flight Guide®

### North America

An Official Airline Guide® Publication



EXHIBIT 3 to

Defendants' Motion to Dismiss

April 2002



Featuring Lincolns

# At your service. Worldwide.

Carey's global network of 480 cities in over 75 countries is now available at your fingertips.
Carey, the worldwide leader in chauffeured transportation services, knows that your needs
always come first. Carey fulfills them with integrity, courtesy and professionalism.

## Carey Reservations at
## eCarey.com or 800-336-4646



### CAREY
Worldwide Chauffeured Services

**BOZEMAN, MONTANA**

U.S./CANADIAN LAW PROHIBITS SMOKING ON DOMESTIC FLIGHTS - SEE STOP PRESS SECTION FOR MORE DETAILS

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| | 10:10a O | 11:48a DEN | UA | 253 | FYBMH | 757 | L/ | 0 |
| E-6APR | 12:30p DEN | 2:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| 7 | 10:10a O | 11:49a DEN | UA | 253 | FYBMH | 320 | L/ | 0 |
| D-7APR | 1:30p DEN | 3:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| X7 | 11:36a O | 12:44p DEN | UA | 269 | FYBMH | 319 | L/ | 0 |
| D-6APR | 1:30p DEN | 3:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| X7 | 6:00p O | 8:20p DEN | UA | 241 | FCDYB | 777 | D/ | 0 |
| D-6APR | 7:40p DEN | 9:30p | UA★ | 5763 | YBMHQ | CRJ | | 0 |
| | 5:05p O | 8:32p DEN | UA | 255 | FCDYB | 777 | D/ | 0 |
| E-7APR | 7:46p DEN | 9:35p | UA★ | 5763 | YBMHQ | CRJ | | 0 |
| **CINCINNATI, OHIO** | | | | | 1427 MI | EDT CVG | | |
| | 6:30p | 10:46p | NW | 1267 | FPYBM | D9S | | 1 |
| NW1267 EFFECTIVE 7APR | | | | | | | | |
| **DENVER, CO** | | | | | 524 MI | MDT DEN | | |
| | 9:40a | 11:30a | UA★ | 5765 | YBMHQ | CRJ | | 0 |
| | 12:30p | 2:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| UA5761 EFFECTIVE 8APR | | | | | | | | |
| | 1:30p | 3:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| UA5761 DISCONTINUED AFTER 7APR | | | | | | | | |
| X7 | 7.40p | 9:30p | UA★ | 5763 | YBMHQ | CRJ | | 0 |
| UA5763 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 7:45p | 9:35p | UA★ | 5763 | YBMHQ | CRJ | | 0 |
| UA5763 EFFECTIVE 7APR | | | | | | | | |
| **MIAMI, FL (I-MIA)** | | | | | 2188 MI | EDT MIA | | |
| X7 | 7:40a I | 1:10p | NW | 571 | FPYBM | 319 | S/ | 1 |
| NW 571 DISCONTINUED AFTER 6APR | | | | | | | | |
| **MINNEAPOLIS/ST PAUL, MN** | | | | | 878 MI | CDT MSP | | |
| | 11:31a | 1:03p | NW | 1259 | FPYBM | D9S | S/ | 0 |
| NW1259 EFFECTIVE 7APR | | | | | | | | |
| X7 | 11:39a | 1:10p | NW | 571 | FPYBM | 319 | S/ | 0 |
| NW 571 DISCONTINUED AFTER 6APR | | | | | | | | |
| X7 | 5:03p | 6:37p | NW | 1268 | FPYBM | D9S | S/ | 0 |
| NW1268 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 9:15p | 10:46p | NW | 1267 | FPYBM | D9S | | 0 |
| NW1267 EFFECTIVE 7APR | | | | | | | | |
| X67 | 9:15p | 10:49p | NW | 1267 | FPYBM | 320 | | 0 |
| NW1267 DISCONTINUED AFTER 6APR | | | | | | | | |
| **PHILADELPHIA, PA (P-PHL)** | | | | | 1847 MI | EDT PHL | | |
| X7 | 6:00p P | 11:18p | DL | 1931 | FAYBM | 738 | D | 1 |
| DL1931 DISCONTINUED AFTER 6APR | | | | | | | | |
| **PORTLAND, OREGON** | | | | | 552 MI | PDT PDX | | |
| X6 | 6:30p | 10:52p | AS★ | 2350 | YBMHQ | DH4 | | 1 |
| AS2350 EFFECTIVE 28APR | | | | | | | | |
| **SALT LAKE CITY, UTAH** | | | | | 347 MI | MDT SLC | | |
| | 11:00a | 12:11p | DL | 231 | FAYBM | 738 | | 0 |
| DL 231 EFFECTIVE 7APR | | | | | | | | |
| X7 | 11:00a | 12:13p | DL | 231 | FAYBM | 738 | | 0 |
| DL 231 DISCONTINUED AFTER 6APR | | | | | | | | |
| X67 | 2:31p | 4:05p | DL★ | 3430 | YBMHQ | EM2 | | 0 |
| DL3430 DISCONTINUED AFTER 6APR | | | | | | | | |
| X6 | 2:33p | 4:03p | DL★ | 3430 | YBMHQ | EM2 | | 0 |
| DL3430 EFFECTIVE 7APR | | | | | | | | |
| | 6:28p | 7:40p | DL★ | 3542 | YBMHQ | CRJ | | 0 |
| DL3542 EFFECTIVE 7APR | | | | | | | | |
| X7 | 6:30p | 7:45p | DL★ | 3542 | YBMHQ | CRJ | | 0 |
| DL3542 DISCONTINUED AFTER 6APR | | | | | | | | |
| X7 | 10:05p | 11:18p | DL | 1931 | FAYBM | 738 | | 0 |
| DL1931 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 10:05p | 11:17p | DL | 2049 | FAYBM | 738 | | 0 |
| DL2049 EFFECTIVE 7APR | | | | | | | | |
| **SAN FRANCISCO, CA (S-SFO)** | | | | | 882 MI | PDT SFO | | |
| | 7:40a S | 11:18a DEN | UA | 425 | FYBMH | 735 | B/ | 0 |
| E-6APR | 12:30p DEN | 2:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| | 8:58a S | 12:18p DEN | UA | 1208 | FCDYB | 777 | B/ | 0 |
| D-7APR | 1:30p DEN | 3:20p | UA★ | 5761 | YBMHQ | CRJ | | 0 |
| X7 | 2:15p S | 5:37p DEN | UA | 1714 | FCDYB | 744 | D/ | 0 |
| D-6APR | 7:40p DEN | 9:30p | UA★ | 5763 | YBMHQ | CRJ | | 0 |
| | 3:20p S | 6:46p DEN | UA | 1608 | FYBMH | 763 | L/ | 0 |
| E-7APR | 7:45p DEN | 9:35p | UA★ | 5763 | YBMHQ | CRJ | | 0 |
| **SEATTLE/TACOMA, WA (S-SEA)** | | | | | 548 MI | PDT SEA | | |
| | 9:57a S | 12:40p | AS★ | 2328 | YBMHQ | DH4 | | 0 |
| X6 | 2:12p S | 5:32p | AS★ | 2385 | YBMHQ | DH4 | | 1 |
| 6 | 3.40p S | 6:20p | AS★ | 2384 | YBMHQ | DH4 | | 0 |
| X6 | 8.10p S | 10:50p | AS★ | 2350 | YBMHQ | DH4 | | 0 |
| AS2350 DISCONTINUED AFTER 28APR | | | | | | | | |
| X6 | 8:12p S | 10:52p | AS★ | 2350 | YBMHQ | DH4 | | 0 |
| AS2350 EFFECTIVE 28APR | | | | | | | | |
| **WASHINGTON, DC (D-IAD N-DCA)** | | | | | 1790 MI | EDT WAS | | |
| X7 | 7:25a D | 12:13p | DL | 231 | FAYBM | 738 | B | 1 |
| DL 231 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 7:30a D | 12:11p | DL | 231 | FAYBM | 738 | B | 1 |
| DL 231 EFFECTIVE 7APR | | | | | | | | |
| X7 | 2:10p N | 6:37p | NW | 1268 | FPYBM | D9S | S/ | 1 |
| NW1268 DISCONTINUED AFTER 6APR | | | | | | | | |
| X67 | 5:35p N | 10:49p | NW | 1267 | FPYBM | 320 | S/ | 1 |
| NW1267 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 8:20p D | 11:17p | DL | 2049 | FAYBM | 738 | D | 1 |
| DL2049 EFFECTIVE 7APR | | | | | | | | |

**BRADENTON, FLORIDA**

8.0 MI S 30 MIN

SEE SARASOTA/BRADENTON, FLORIDA

**BRADFORD, PENNSYLVANIA** [illegible]

15.0 MI S T $15.00 RA

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From PITTSBURGH, PA** | | | | | 117 MI | EDT PIT | | |
| X7 | 9:05a | 9:50a | US★ | 5561 | YBMHK | BE1 | | 0 |
| | 2:29p | 3.19p | US★ | 5563 | YBMHK | BE1 | | 0 |
| X6 | 6:03p | 6:48p | US★ | 5564 | YBMHK | BE1 | | 0 |

**BRAINERD, MINNESOTA** [illegible]

4.0 MI NE

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From HIBBING/CHISHOLM, MN** | | | | | 91 MI | CDT HIB | | |
| | 6:05a | 6:44a | NW★ | 3009 | YBMHQ | SF3 | | 0 |
| NW3009 EFFECTIVE 7APR | | | | | | | | |
| X7 | 6:20a | 7:00a | NW★ | 3009 | YBMHQ | SF3 | | 0 |
| NW3009 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 3:55p | 4:35p | NW★ | 3257 | YBMHQ | SF3 | | 0 |
| NW3257 EFFECTIVE 7APR | | | | | | | | |
| X7 | 4:00p | 4:40p | NW★ | 3257 | YBMHQ | SF3 | | 0 |
| NW3257 DISCONTINUED AFTER 6APR | | | | | | | | |
| **MINNEAPOLIS/ST PAUL, MN** | | | | | 112 MI | CDT MSP | | |
| X7 | 10:11a | 11:04a | NW★ | 2953 | YBMHQ | SF3 | | 0 |
| NW2953 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 10:11a | 11:06a | NW★ | 2953 | YBMHQ | SF3 | | 0 |
| NW2953 EFFECTIVE 7APR | | | | | | | | |
| | 1:20p | 2:24p | NW★ | 2737 | YBMHQ | SF3 | | 0 |
| NW2737 EFFECTIVE 7APR | | | | | | | | |
| X7 | 1:40p | 2:35p | NW★ | 2737 | YBMHQ | SF3 | | 0 |
| NW2737 DISCONTINUED AFTER 6APR | | | | | | | | |
| X7 | 9:35p | 10:34p | NW★ | 3139 | YBMHQ | SF3 | | 0 |
| NW3139 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 9:45p | 10:44p | NW★ | 3139 | YBMHQ | SF3 | | 0 |
| NW3139 EFFECTIVE 7APR | | | | | | | | |

[illegible]

0.5 MI E 5 MIN

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From ELIM, ALASKA** | | | | | 132 MI | ADT ELI | | |
| X7 | 11:10a | 12:30p | 48 | 65 | Q | CNA | | 1 |
| **GOLOVIN, ALASKA** | | | | | 114 MI | ADT GLV | | |
| X7 | 10:50a | 12:30p | 48 | 65 | Q | CNA | | 2 |
| **NOME, ALASKA** | | | | | 64 MI | ADT OME | | |
| 135 | 9:00a | 9:50a | 48 | 403 | SYQ | CNA | | 1 |
| X7 | 10:00a | 12:30p | 48 | 65 | Q | CNA | | 4 |
| 246 | 11:00a | 12:10p | 6C | 355 | Y | CNA | | 1 |
| 135 | 11.00a | 12:30p | 6C | 350 | Y | CNA | | 2 |
| X7 | 1:00p | 1:55p | 8E | 670 | Y | PAG | | 1 |
| X7 | 1:30p | 2:10p | GS | 381 | S | CNA | | 1 |
| X7 | 2:30p | 3:10p | 48 | 306 | Q | CNA | | 1 |
| X7 | 3:00p | 3:50p | 8Q | 461 | S | CNA | | 1 |
| **PORT CLARENCE, ALASKA** | | | | | 12 MI | ADT KPC | | |
| 135 | 12:20p | 12:30p | 6C | 350 | Y | CNA | | 0 |
| **TELLER, ALASKA** | | | | | 8 MI | ADT TLA | | |
| 135 | 9:40a | 9:50a | 48 | 403 | SYQ | CNA | | 0 |
| X7 | 12:25p | 12:30p | 48 | 65 | Q | CNA | | 0 |
| X7 | 1:45p | 1:55p | 8E | 670 | Y | PAG | | 0 |
| X7 | 2:05p | 2:10p | GS | 381 | S | CNA | | 0 |
| X7 | 3:05p | 3:10p | 48 | 306 | Q | CNA | | 0 |
| X7 | 3:40p | 3:50p | 8Q | 461 | S | CNA | | 0 |
| **WALES, ALASKA** | | | | | 51 MI | ADT WAA | | |
| 246 | 11:45a | 12:10p | 6C | 355 | Y | CNA | | 0 |
| 135 | 11:45a | 12:30p | 6C | 350 | Y | CNA | | 1 |
| **WHITE MOUNTAIN, ALASKA** | | | | | 100 MI | ADT WMO | | |
| X7 | 10:35a | 12:30p | 48 | 65 | Q | CNA | | 3 |

[illegible]

SEE BARBADOS, BARBADOS

[illegible]

16.0 MI SW 30 MIN

SEE TRI-CITY AIRPORT, TENNESSEE

[illegible]

16.0 MI SW 30 MIN

SEE TRI-CITY AIRPORT, TENNESSEE

[illegible]

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From LAC BROCHET, MANITOBA** | | | | | 186 MI | CDT XLB | | |
| 135 | 4:05p | 4:25p | K9 | 218 | Y | EMB | L | 0 |
| **THOMPSON, MANITOBA** | | | | | 203 MI | CDT YTH | | |
| 246 | 2:30p | 3:45p | K9 | 218 | Y | EMB | L | 0 |
| 135 | 2:30p | 4:25p | K9 | 218 | Y | EMB | L | 1 |

[illegible]

1.0 MI SW

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From HURON, SOUTH DAKOTA** | | | | | 70 MI | CDT HON | | |
| X7 | 6:49a | 7:16a | ZK | 6640 | YBMHQ | BE1 | | 0 |
| X6 | 2:15p | 2:42p | ZK | 6642 | YBMHQ | BE1 | | 0 |
| **MINNEAPOLIS/ST PAUL, MN** | | | | | 161 MI | CDT MSP | | |
| X7 | 12:00n | 12:58p | ZK | 6641 | YBMHQ | BE1 | | 0 |
| X67 | 6:35p | 7:33p | ZK | 6643 | YBMHQ | BE1 | | 0 |
| ZK6643 DISCONTINUED AFTER 6APR | | | | | | | | |
| X6 | 6:45p | 7:43p | ZK | 6643 | YBMHQ | BE1 | | 0 |
| ZK6643 EFFECTIVE 7APR | | | | | | | | |

[illegible]

1.0 MI W 15 MIN

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From IQALUIT, NUNAVUT** | | | | | 292 MI | EDT YFB | | |
| 15 | 8:00a | 9:20a | 7F | 828 | YMBHV | BE9 | | 0 |
| 7F 828 DISCONTINUED AFTER 6APR | | | | | | | | |
| 135 | 8:00a | 10:05a | 7F | 808 | YMBHV | HS7 | | 1 |
| 7F 808 EFFECTIVE 8APR | | | | | | | | |
| 12 | 8:15a | 10:05a | 4K | 491 | Y | BE9 | | 1 |
| 3 | 8:15a | 10:20a | 7F | 808 | YMBHV | HS7 | | 1 |
| 7F 808 DISCONTINUED AFTER 3APR | | | | | | | | |
| 3 | 9:15a | 11:06a | 4K | 491 | Y | BE9 | | 1 |
| 5 | 10:30a | 12:20p | 4K | 491 | Y | BE9 | | 1 |
| 4 | 1:15p | 2:35p | 7F | 828 | YMBHV | BE9 | | 0 |
| 7F 828 DISCONTINUED AFTER 4APR | | | | | | | | |
| 7 | 1:30p | 3:20p | 4K | 491 | Y | BE9 | | 1 |
| 24 | 1:45p | 3:50p | 7F | 808 | YMBHV | HS7 | | 1 |
| 7F 808 EFFECTIVE 8APR | | | | | | | | |
| 2 | 2:00p | 4:05p | 7F | 808 | YMBHV | HS7 | S | 1 |
| 7F 808 DISCONTINUED AFTER 2APR | | | | | | | | |
| 4 | 2:15p | 4:06p | 4K | 491 | Y | BE9 | | 1 |
| **PANGNIRTUNG, NUNAVUT** | | | | | 187 MI | EDT YXP | | |
| 135 | 9:30a | 10:05a | 7F | 808 | YMBHV | HS7 | | 0 |
| 7F 808 EFFECTIVE 8APR | | | | | | | | |
| 12 | 9:35a | 10:05a | 4K | 491 | Y | BE9 | | 0 |
| 3 | 9:45a | 10:20a | 7F | 808 | YMBHV | HS7 | | 0 |
| 7F 808 DISCONTINUED AFTER 3APR | | | | | | | | |
| 3 | 10:35a | 11:06a | 4K | 491 | Y | BE9 | | 0 |
| 5 | 11:50a | 12:20p | 4K | 491 | Y | BE9 | | 0 |
| 7 | 2:50p | 3:20p | 4K | 491 | Y | BE9 | | 0 |
| 24 | 3:15p | 3:50p | 7F | 808 | YMBHV | HS7 | | 0 |
| 7F 808 EFFECTIVE 8APR | | | | | | | | |
| 2 | 3:30p | 4:05p | 7F | 808 | YMBHV | HS7 | | 0 |
| 7F 808 DISCONTINUED AFTER 2APR | | | | | | | | |
| 4 | 3:35p | 4:06p | 4K | 491 | Y | BE9 | | 0 |

**BROWNSVILLE, TEXAS** CDT BRO

5.0 MI E

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From Dallas/Fort Worth, TX (D-DFW)** | | | | | 474 MI | CDT DFW | | |
| X67 | 8:50p D | 10:01p | CO | 714 | ADFYH | 735 | | 1 |
| CO 714 DISCONTINUED AFTER 6APR | | | | | | | | |
| **HOUSTON, TEXAS (I-IAH)** | | | | | 288 MI | CDT HOU | | |
| 6 | 9:10a I | 10:29a | CO★ | 3642 | YHKBV | ERJ | | 0 |
| X67 | 9:20a I | 10:39a | CO★ | 3642 | YHKBV | ERJ | | 0 |
| CO3642 DISCONTINUED AFTER 6APR | | | | | | | | |
| X6 | 9:25a I | 10:44a | CO★ | 3642 | YHKBV | ERJ | | 0 |
| CO3642 EFFECTIVE 7APR | | | | | | | | |
| 6 | 10:45a I | 11:56a | CO | 773 | ADFYH | 735 | | 0 |
| CO 773 DISCONTINUED AFTER 6APR | | | | | | | | |
| 6 | 10:48a I | 12:04p | CO | 773 | ADFYH | 735 | | 0 |
| CO 773 EFFECTIVE 13APR-27APR | | | | | | | | |
| X6 | 11:45a I | 1:04p | CO★ | 3644 | YHKBV | ERJ | | 0 |
| CO3644 EFFECTIVE 7APR | | | | | | | | |
| X67 | 11:50a I | 1:09p | CO★ | 3644 | YHKBV | ERJ | | 0 |
| CO3644 DISCONTINUED AFTER 6APR | | | | | | | | |
| 6 | 1:05p I | 2:40p | CO★ | 3646 | YHKBV | ATR | | 0 |
| CO3646 EFFECTIVE 13APR-27APR | | | | | | | | |
| 6 | 1:05p I | 2:55p | CO★ | 3646 | YHKBV | ATR | | 0 |
| CO3646 DISCONTINUED AFTER 6APR | | | | | | | | |
| X6 | 2:20p I | 4:03p | CO★ | 3646 | YHKBV | ATR | | 0 |
| X6 | 5:30p I | 7:05p | CO★ | 3648 | YHKBV | ATR | | 0 |
| 6 | 8:30p I | 9:41p | CO | 1624 | ADFYH | 735 | | 0 |
| CO1624 DISCONTINUED AFTER 6APR | | | | | | | | |
| 6 | 8:35p I | 9:55p | CO★ | 3648 | YHKBV | ERJ | | 0 |
| CO3648 EFFECTIVE 13APR-27APR | | | | | | | | |
| X67 | 8:50p I | 10:01p | CO | 714 | ADFYH | 735 | | 0 |
| CO 714 DISCONTINUED AFTER 6APR | | | | | | | | |
| X6 | 8:50p I | 10:06p | CO | 1285 | ADFYH | 735 | | 0 |
| CO1285 EFFECTIVE 7APR | | | | | | | | |
| **HUNTSVILLE/DECATUR, ALABAMA** | | | | | 885 MI | CDT HSV | | |
| 7 | 9:00a | 1:04p | CO★ | 3644 | YHKBV | ERJ | S | 1 |
| CO3644 DISCONTINUED AFTER 28APR | | | | | | | | |
| **INDIANAPOLIS, INDIANA** | | | | | 1150 MI | EST IND | | |
| 6 | 5:35p | 9:41p | CO | 1624 | ADFYH | 735 | D/S | 1 |
| CO1624 DISCONTINUED AFTER 6APR | | | | | | | | |
| **KANSAS CITY, MISSOURI (I-MCI)** | | | | | 926 MI | CDT MKC | | |
| X6 | 5:53p I | 10:06p | CO | 1285 | ADFYH | 735 | S/ | 1 |
| CO1285 EFFECTIVE 7APR | | | | | | | | |
| **PENSACOLA, FL** | | | | | 687 MI | CDT PNS | | |
| X67 | 9:35a | 1:09p | CO★ | 3644 | YHKBV | ERJ | | 1 |
| CO3644 DISCONTINUED AFTER 6APR | | | | | | | | |

[illegible]

8.0 MI N

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From Dallas/Fort Worth, TX (D-DFW)** | | | | | 143 MI | CDT DFW | | |
| | 10:30a D | 11:15a | GQ | 1306 | YBHQM | SWM | | 0 |
| X67 | 4:50p D | 5:35p | GQ | 1320 | YBHQM | SWM | | 0 |
| X6 | 7:15p D | 8:00p | GQ | 1326 | YBHQM | SWM | | 0 |

[illegible]

6.0 MI N

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From ATLANTA, GEORGIA** | | | | | 247 MI | EDT ATL | | |
| | 10:00a | 11:06a | DL★ | 4237 | YBMHQ | CRJ | | 0 |
| | 5:30p | 6:35p | DL★ | 4325 | YBMHQ | CRJ | | 0 |
| | 10:15p | 11:20p | DL★ | 4085 | YBMHQ | CRJ | | 0 |

[illegible]

5.0 MI SE

SEE COLLEGE STATION, TEXAS

[illegible]

1.0 MI SW

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From DEERING, ALASKA** | | | | | 45 MI | ADT DRG | | |
| 246 | 12:00n | 12:25p | 6C | 210 | Y | PAG | | 0 |
| **KOTZEBUE, ALASKA** | | | | | 78 MI | ADT OTZ | | |
| X7 | 8:00a | 9:15a | J6 | 514 | Y | PAG | | 2 |
| 135 | 11:15a | 11:50a | 6C | 215 | Y | PAG | | 0 |
| 246 | 11:15a | 12:25p | 6C | 210 | Y | PAG | | 1 |
| X7 | 12:30p | 1:10p | H6 | 902 | Y | CNA | | 0 |
| | 1:30p | 2:00p | 8E | 641 | Y | PAG | | 0 |
| 1245 | 2.30p | 3:10p | 8Q | 427 | S | CNA | | 0 |
| 246 | 3:00p | 3:55p | 4E | 2263 | AC | PAG | | 1 |
| **NOORVIK, ALASKA** | | | | | 58 MI | ADT ORV | | |
| X7 | 8:25a | 9:15a | J6 | 514 | Y | PAG | | 1 |
| **SELAWIK, ALASKA** | | | | | 53 MI | ADT WLK | | |
| X7 | 8:50a | 9:15a | J6 | 514 | Y | PAG | | 0 |
| 246 | 3:35p | 3:55p | 4E | 2263 | AC | PAG | | 0 |

[illegible]

ALSO SEE NIAGARA FALLS, NY

9.0 MI E 30 MIN

| Freq. | Leave | Arrive | Flight | | Class | Eq | M | S |
|---|---|---|---|---|---|---|---|---|
| **From ALBANY, NEW YORK** | | | | | 259 MI | EDT ALB | | |
| X67 | 6.40a | 8:00a | US★ | 3592 | YBMHK | DH8 | | 0 |
| X67 | 8:35a | 9:50a | CO★ | 2426 | YHKBV | BE1 | | 0 |
| X7 | 8:45a | 10:09a | US★ | 3594 | YBMHK | DH8 | | 0 |
| X67 | 11:45a | 1:05p | CO★ | 2421 | YHKBV | BE1 | | 0 |
| X6 | 3 05p | 4:15p | CO★ | 2428 | YHKBV | BE1 | | 0 |
| X6 | 3:15p | 4:38p | US★ | 3554 | YBMHK | DH8 | | 0 |
| X6 | 4:35p | 5:55p | US★ | 3598 | YBMHK | DH8 | | 0 |
| X6 | 6:35p | 7:55p | CO★ | 2423 | YHKBV | BE1 | | 0 |
| X6 | 6:55p | 8:15p | US★ | 3600 | YBMHK | DH8 | | 0 |
| **ATLANTA, GEORGIA** | | | | | 711 MI | EDT ATL | | |
| X7 | 9:40a | 11:28a | DL | 2092 | FAYBM | 72S | S/ | 0 |
| DL2092 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 9:40a | 11:30a | FL | 558 | AJYBM | 717 | | 0 |
| FL 558 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 9:40a | 11:35a | FL | 558 | AJYBM | 717 | | 0 |
| FL 558 EFFECTIVE 9APR | | | | | | | | |
| | 9.55a | 11:50a | DL | 2092 | FAYBM | 72S | S/ | 0 |
| DL2092 EFFECTIVE 7APR | | | | | | | | |
| X7 | 10.30a | 2:34p | NW | 1124 | FPYBM | D9S | | 1 |
| NW1124 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 12:40p | 4:53p | US | 215 | FAYBM | 733 | | 1 |
| | 2:10p | 4:01p | DL | 1116 | FAYBM | 72S | S/ | 0 |
| DL1116 EFFECTIVE 7APR | | | | | | | | |
| X7 | 2:15p | 4:12p | DL | 574 | FAYBM | 72S | S/ | 0 |
| DL 574 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 3:15p | 5:10p | FL | 552 | AJYBM | 717 | | 0 |
| FL 552 EFFECTIVE 9APR | | | | | | | | |
| | 3:15p | 5:13p | FL | 552 | AJYBM | 717 | | 0 |
| FL 552 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 5:05p | 6:57p | DL | 1219 | FAYBM | 72S | S/ | 0 |
| DL1219 EFFECTIVE 7APR | | | | | | | | |
| X7 | 5:10p | 7:08p | DL | 1219 | FAYBM | 72S | S/ | 0 |
| DL1219 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 7:35p | 9:33p | FL | 554 | AJYBM | 717 | | 0 |
| FL 554 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 8:00p | 9:52p | DL | 628 | FAYBM | 72S | | 0 |
| DL 628 EFFECTIVE 7APR | | | | | | | | |
| X7 | 8:00p | 9:54p | DL | 628 | FAYBM | 72S | | 0 |
| DL 628 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 8:45p | 10:40p | FL | 554 | AJYBM | 717 | | 0 |
| FL 554 EFFECTIVE 9APR | | | | | | | | |
| | 9:45p | 11.37p | DL | 976 | FAYBM | 72S | | 0 |
| DL 976 EFFECTIVE 7APR | | | | | | | | |
| X7 | 9:45p | 11.39p | DL | 976 | FAYBM | 72S | | 0 |
| DL 976 DISCONTINUED AFTER 6APR | | | | | | | | |
| CONNECTIONS | | | | | | | | |
| X67 | 6:00a | 7:55a DTW | NW | 364 | FPYBM | D9S | | 0 |
| E-6APR | 8:25a DTW | 9:22a | NW | 1116 | FPYBM | D9S | | 0 |
| X67 | 6:00a | 7:55a DTW | CO★ | 5364 | ADFYH | D9S | | 0 |
| E-6APR | 8:25a DTW | 9:22a | CO★ | 6116 | ADFYH | D9S | | 0 |
| | 6:20a | 7:38a CVG | DL | 1960 | JDIYB | 763 | | 0 |
| E-7APR | 8:45a CVG | 10:07a | DL★ | 6013 | YBMHQ | CRJ | | 0 |
| X7 | 6:40a | 8:13a IAD | UA | 1904 | FYBMH | 320 | | 0 |
| D-6APR | 9:12a IAD | 10:26a | UA★ | 7710 | YBMHQ | CRJ | | 0 |
| X67 | 7:00a | 8:50a CLE | CO★ | 2962 | YHKBV | ERJ | S | 0 |
| D-5APR | 9:25a CLE | 10:20a | CO★ | 3048 | YHKBV | ERJ | | 0 |
| | 11:40a | 1:19p PIT | US | 1175 | FAYBM | 733 | | 0 |
| | 2:00p PIT | 2:32p | US | 1002 | FAYBM | 733 | | 0 |
| **AUSTIN, TEXAS** | | | | | 1364 MI | CDT AUS | | |
| | 2:20p | 8:05p | WN | 331 | YLBQH | 73G | | 1 |
| WN 331 EFFECTIVE 7APR | | | | | | | | |
| X7 | 2:35p | 8:05p | WN | 331 | YLBQH | 73G | | 1 |
| WN 331 DISCONTINUED AFTER 6APR | | | | | | | | |
| **BALTIMORE, MARYLAND (B-BWI)** | | | | | 281 MI | EDT BWI | | |
| X7 | 7:50a B | 11:00a | US | 1444 | FAYBM | 733 | | 1 |
| US1444 EFFECTIVE 2APR | | | | | | | | |
| X67 | 8:00a B | 9:00a | WN | 423 | YLBQH | 733 | | 0 |
| X67 | 9:35a B | 10:35a | WN | 361 | YLBQH | 73G | | 0 |
| WN 361 EFFECTIVE 8APR | | | | | | | | |
| X67 | 9:45a B | 10:50a | WN | 361 | YLBQH | 73G | | 0 |
| WN 361 DISCONTINUED AFTER 6APR | | | | | | | | |
| X7 | 10:30a B | 11:36a | WN | 87 | YLBQH | 73G | | 0 |
| WN 87 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 10:35a B | 11:35a | WN | 87 | YLBQH | 73G | | 0 |
| WN 87 EFFECTIVE 7APR | | | | | | | | |
| X7 | 2:05p B | 3:05p | WN | 1440 | YLBQH | 73G | | 0 |
| WN1440 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 2:10p B | 3:10p | WN | 1440 | YLBQH | 73G | | 0 |
| WN1440 EFFECTIVE 7APR | | | | | | | | |
| | 4:30p B | 5:35p | WN | 809 | YLBQH | 73G | | 0 |
| WN 809 EFFECTIVE 7APR | | | | | | | | |
| X7 | 4:40p B | 5.45p | WN | 809 | YLBQH | 73G | | 0 |
| WN 809 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 7:00p B | 8:05p | WN | 331 | YLBQH | 73G | | 0 |
| X67 | 8:35p B | 9:45p | WN | 2061 | YLBQH | 73G | | 0 |
| WN2061 DISCONTINUED AFTER 6APR | | | | | | | | |
| X6 | 8.45p B | 9:55p | WN | 2061 | YLBQH | 73G | | 0 |
| WN2061 EFFECTIVE 7APR | | | | | | | | |
| CONNECTIONS | | | | | | | | |
| 17 | 7:15a B | 8:18a PIT | US | 1029 | FAYBM | 733 | | 0 |
| D-28APR | 9:05a PIT | 10:01a | US | 256 | FAYBM | 734 | | 0 |
| EX 8APR, 15APR, 22APR | | | | | | | | |
| X7 | 7:25a B | 8:20a PIT | US | 2348 | FAYBM | 733 | | 0 |
| E-2APR | 9:05a PIT | 10:01a | US | 256 | FAYBM | 734 | | 0 |
| **BILLINGS, MONTANA** | | | | | 1475 MI | MDT BIL | | |
| X7 | 2:15p | 9:40p | NW | 1046 | FPYBM | D9S | S/ | 1 |
| NW1046 DISCONTINUED AFTER 6APR | | | | | | | | |
| **BINGHAMTON, NEW YORK** | | | | | 148 MI | EDT BGM | | |
| X67 | 6:45a | 7:35a | US★ | 3779 | YBMHK | DH8 | | 0 |
| **BOSTON, MA (B-BOS)** | | | | | 394 MI | EDT BOS | | |
| X7 | 8:25a B | 9:59a | US★ | 4907 | YBMHK | ERJ | | 0 |
| | 12.50p B | 2:20p | US★ | 4908 | YBMHK | ERJ | | 0 |
| | 4:20p B | 5:50p | US★ | 4909 | YBMHK | ERJ | | 0 |
| X6 | 8:35p B | 10:09p | US★ | 4910 | YBMHK | ERJ | | 0 |
| CONNECTIONS | | | | | | | | |
| X6 | 10:00a B | 11:12a LGA | US | 6809 | UYBMH | 319 | | 0 |
| | 12:00n LGA | 1:25p | US★ | 4786 | YBMHK | ERJ | | 0 |
| X6 | 3:53p B | 5:00p ALB | US★ | 3678 | YBMHK | DH8 | | 0 |
| | 6:55p ALB | 8:15p | US★ | 3800 | YBMHK | DH8 | | 0 |
| 6 | 6:00p B | 7:25p EWR | CO | 865 | ADFYH | 735 | | 0 |
| E-13APR D-27APR | 8:25p EWR | 8:47p | CO★ | 3399 | YHKBV | ERJ | | 0 |
| X7 | 6:00p B | 7:20p EWR | CO | 865 | ADFYH | 733 | | 0 |
| D-6APR | 8:30p EWR | 9:52p | CO★ | 3399 | YHKBV | ERJ | | 0 |
| **CANCUN, MEXICO** | | | | | 1584 MI | CDT CUN | | |
| X67 | 8:00a | 3:50p | CO | 1925 | COZYH | 733 | B/S | 1 |
| CO1925 DISCONTINUED AFTER 6APR | | | | | | | | |
| 7 | 8 42a | 3:56p | CO | 1457 | COZYH | | B/S | 1 |
| CO1457 DISCONTINUED AFTER 28APR | | | | | | | | |
| CO1457 EQUIPMENT 738-EWR-738 | | | | | | | | |
| X67 | 8:42a | 3:56p | CO | 1457 | COZYH | 733 | B/S | 1 |
| CO1457 EFFECTIVE 8APR | | | | | | | | |
| **CHARLOTTE, NC** | | | | | 545 MI | EDT CLT | | |
| | 9:30a | 11.12a | US | 753 | FAYBM | 733 | | 0 |
| US 753 EFFECTIVE 2APR | | | | | | | | |
| | 3.45p | 5 26p | US | 587 | FAYBM | 734 | | 0 |
| | 6.55p | 8:35p | US | 220 | FAYBM | 734 | | 0 |
| **CHICAGO, ILLINOIS (O-ORD M-MDW)** | | | | | 459 MI | CDT CHI | | |
| | 6.40a O | 9 10a | UA★ | 7670 | YBMHQ | CRJ | | 0 |
| UA7670 EFFECTIVE 7APR | | | | | | | | |
| X7 | 7.08a O | 9:35a | AA | 572 | FAYBH | 100 | | 0 |
| AA 572 EFFECTIVE 8APR | | | | | | | | |
| X7 | 7:10a O | 9.40a | UA★ | 7670 | YBMHQ | CRJ | | 0 |
| UA7670 DISCONTINUED AFTER 6APR | | | | | | | | |
| X7 | 10:06a O | 12:34p | AA | 1518 | FAYBH | 100 | | 0 |
| AA1518 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 10:15a O | 12:44p | UA★ | 7858 | YBMHQ | CRJ | | 0 |
| | 1.15p O | 3:48p | UA | 542 | FYBMH | 733 | | 0 |
| UA 542 EFFECTIVE 7APR | | | | | | | | |
| | 1:24p O | 4:00p | AA | 1120 | FAYBH | M80 | | 0 |
| AA1120 EFFECTIVE 7APR | | | | | | | | |
| X7 | 1:30p O | 4.08p | UA | 1576 | FYBMH | 735 | | 0 |
| UA1576 DISCONTINUED AFTER 6APR | | | | | | | | |
| X67 | 1:38p O | 4:09p | AA | 1120 | FAYBH | M80 | | 0 |
| AA1120 DISCONTINUED AFTER 5APR | | | | | | | | |
| | 3:29p O | 5:58p | AA | 1972 | FAYBH | 100 | | 0 |
| AA1972 EFFECTIVE 7APR | | | | | | | | |
| X7 | 4:42p O | 7 12p | AA | 2022 | FAYBH | 100 | | 0 |
| AA2022 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 6:33p O | 8:02p | AA | 2022 | FAYBH | M80 | | 0 |
| AA2022 EFFECTIVE 7APR | | | | | | | | |
| | 5:44p O | 8.18p | UA | 1074 | FYBMH | 733 | | 0 |
| UA1074 EFFECTIVE 7APR | | | | | | | | |
| X7 | 6 10p O | 8.40p | UA | 1074 | FYBMH | 733 | | 0 |
| UA1074 DISCONTINUED AFTER 6APR | | | | | | | | |
| 6 | 7.39p O | 10:08p | AA | 1982 | FAYBH | M80 | | 0 |
| AA1982 DISCONTINUED AFTER 6APR | | | | | | | | |
| X67 | 8:23p O | 10:47p | AA | 1982 | FAYBH | M80 | | 0 |
| AA1982 DISCONTINUED AFTER 5APR | | | | | | | | |
| X7 | 8:40p O | 11:09p | UA★ | 7578 | YBMHQ | CRJ | | 0 |
| UA7578 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 8.50p M | 11:10p | NJ | 352 | YBOHQ | 73S | | 0 |
| | 9.00p O | 11.29p | UA★ | 7578 | YBMHQ | CRJ | | 0 |
| UA7578 EFFECTIVE 7APR | | | | | | | | |
| X6 | 9:26p O | 11:54p | AA | 1982 | FAYBH | M80 | | 0 |
| AA1982 EFFECTIVE 7APR | | | | | | | | |
| CONNECTIONS | | | | | | | | |
| | 7:30a M | 9.39a DTW | NW | 1418 | FPYBM | 319 | | 0 |
| E-7APR | 10:30a DTW | 11:45a | NW★ | 5663 | YBMHQ | CRJ | | 0 |
| **CINCINNATI, OHIO** | | | | | 395 MI | EDT CVG | | |
| | 8:45a | 10:07a | DL★ | 6013 | YBMHQ | CRJ | | 0 |
| X7 | 3:40p | 5:02p | DL★ | 6015 | YBMHQ | CRJ | | 0 |
| DL6015 DISCONTINUED AFTER 6APR | | | | | | | | |
| | 3:40p | 5:02p | DL★ | 5769 | YBMHQ | CRJ | | 0 |
| DL5769 EFFECTIVE 7APR | | | | | | | | |
| | 10:55p | 12.17a | DL★ | 5771 | YBMHQ | CRJ | | 0 |
| DL5771 EFFECTIVE 7APR | | | | | | | | |
| X7 | 11:00p | 12:22a | DL★ | 5771 | YBMHQ | CRJ | | 0 |
| DL5771 DISCONTINUED AFTER 6APR | | | | | | | | |
| **CLEVELAND, OHIO** | | | | | 190 MI | EDT CLE | | |
| X67 | 9:25a | 10 25a | CO★ | 3048 | YHKBV | ERJ | | 0 |
| CO3048 EFFECTIVE 8APR | | | | | | | | |
| X67 | 9 25a | 10:29a | CO★ | 3048 | YHKBV | ERJ | | 0 |
| CO3048 DISCONTINUED AFTER 5APR | | | | | | | | |
| X6 | 11 20a | 12:20p | CO★ | 3151 | YHKBV | ERJ | | 0 |
| 6 | 12:25p | 1 25p | CO★ | 3050 | YHKBV | ERJ | | 0 |
| CO3050 DISCONTINUED AFTER 27APR | | | | | | | | |
| X6 | 3:25p | 4.30p | CO★ | 4022 | YHKBV | ERJ | | 0 |
| CO4022 EFFECTIVE 7APR | | | | | | | | |
| X67 | 3:30p | 4:35p | CO★ | 3105 | YHKBV | ERJ | | 0 |
| CO3105 DISCONTINUED AFTER 5APR | | | | | | | | |
| X6 | 4:50p | 5:55p | CO★ | 3068 | YHKBV | ER3 | | 0 |
| X67 | 6:55p | 7:59p | CO★ | 3054 | YHKBV | ERJ | | 0 |
| CO3054 DISCONTINUED AFTER 5APR | | | | | | | | |
| X6 | 6.55p | 7:59p | CO★ | 3274 | YHKBV | ERJ | | 0 |
| CO3274 EFFECTIVE 7APR | | | | | | | | |
| 6 | 8.15p | 9:19p | CO★ | 3054 | YHKBV | ERJ | | 0 |
| CO3054 DISCONTINUED AFTER 27APR | | | | | | | | |
| CONNECTIONS | | | | | | | | |
| X7 | 7:20a | 8.15a PIT | US★ | 4500 | YBMHK | SF3 | | 0 |
| | 9:05a PIT | 10:01a | US | 256 | FAYBM | 734 | | 0 |
| **COLUMBUS, OHIO (C-CMH)** | | | | | 295 MI | EDT CMH | | |
| X6 | 9:45a C | 12:20p | CO★ | 3151 | YHKBV | ERJ | | 1 |
| **DALLAS/FORT WORTH, TX (D-DFW)** | | | | | 1204 MI | CDT DFW | | |
| | 4:50p D | 11:10p | NJ | 352 | YBOHQ | 73S | | 2 |
| CONNECTIONS | | | | | | | | |
| X7 | 7:00a D | 9 11a ORD | UA | 394 | FYBMH | 319 | B/ | 0 |
| D-6APR | 10:15a ORD | 12:44p | UA★ | 7858 | YBMHQ | CRJ | | 0 |
| | 7.00a D | 9 13a ORD | UA | 1422 | FYBMH | 320 | B/ | 0 |
| E-7APR | 10:15a ORD | 12.44p | UA★ | 7858 | YBMHQ | CRJ | | 0 |
| X7 | 10:00a D | 12:14p ORD | UA | 408 | FYBMH | 733 | L/ | 0 |
| D-6APR | 1:30p ORD | 4:08p | UA | 1576 | FYBMH | 735 | | 0 |
| | 10:10a D | 12:25p ORD | UA | 1460 | FYBMH | 320 | L/ | 0 |
| E-7APR | 1:15p ORD | 3:48p | UA | 542 | FYBMH | 733 | | 0 |
| X7 | 2:55p D | 5:06p ORD | UA | 1246 | FYBMH | 320 | | 0 |
| D-6APR | 6:10p ORD | 8:40p | UA | 1074 | FYBMH | 733 | | 0 |
| | 2:57p D | 5:15p ORD | UA | 1876 | FYBMH | 733 | L/ | 0 |
| E-7APR | 5 44p ORD | 8:18p | UA | 1074 | FYBMH | 733 | | 0 |
| | 5:20p D | 7.41p ORD | UA | 1684 | FYBMH | 733 | D/ | 0 |
| E-7APR | 9:00p ORD | 11:29p | UA★ | 7578 | YBMHQ | CRJ | | 0 |
| X7 | 5:30p D | 7:43p ORD | UA | 662 | FYBMH | 319 | D/ | 0 |
| D-6APR | 8:40p ORD | 11:09p | UA★ | 7578 | YBMHQ | CRJ | | 0 |
| **DENVER, CO** | | | | | 1354 MI | MDT DEN | | |
| X7 | 6:00a | 9:16a ORD | UA | 254 | FYBMH | 757 | B/ | 0 |
| D-6APR | 10:15a ORD | 12:44p | UA★ | 7858 | YBMHQ | CRJ | | 0 |
| | 6:00a | 9:12a ORD | UA | 256 | FYBMH | 757 | B/ | 0 |
| E-7APR | 10:15a ORD | 12:44p | UA★ | 7858 | YBMHQ | CRJ | | 0 |
| X7 | 9:08a | 12:27p ORD | UA | 944 | FCDYB | 320 | B/ | 0 |
| D-6APR | 1:30p ORD | 4:06p | UA | 1576 | FYBMH | 735 | | 0 |

Page 80 APRIL 01, 2002

1-MONDAY 2-TUESDAY 3-WEDNESDAY 4-THURSDAY 5-FRIDAY 6-SATURDAY 7-SUNDAY X-EXCEPT

OAG FLIGHT GUIDE

This page is a densely printed airline flight schedule (OAG Flight Guide) listing. The content is too small and low-resolution to reliably transcribe in full detail.

TO FIND OUT WHETHER MORE CONVENIENT FLIGHTS ARE AVAILABLE, YOU MAY WISH TO CONSTRUCT
ALTERNATIVE CONNECTIONS AFTER READING THE "HOW TO USE" SECTION

HOUSTON, TEXAS

| Freq. | Leave | Arrive | Flight | Class | Eq | Ml | S |
| --- | --- | --- | --- | --- | --- | --- | --- |

*(This page is a densely printed airline schedule timetable with multiple columns of flight listings for various cities including GRAND JUNCTION, CO; GRAND RAPIDS, MICHIGAN; FORT MYERS, FL; FORT WAYNE, INDIANA; FRESNO, CALIFORNIA; GRAND CAYMAN I., WEST INDIES; GREEN BAY, WISCONSIN; GREENVILLE/SPARTANBURG, SC; GRENADA, WINDWARD ISLANDS; GUADALAJARA, MEXICO; GULFPORT/BILOXI, MS; HALIFAX, NS (I-YHZ); HARRISBURG, PA (I-MDT); HARTFORD, CT (I-BDL); HILO, HAWAII; HONOLULU, OAHU, HAWAII; HARLINGEN, TEXAS; HOUSTON, TEXAS. The individual flight times, flight numbers, class and equipment codes are not legible at this resolution.)*

◆ = Code Sharing Carrier - For explanation see contents page

TO FIND OUT WHETHER MORE CONVENIENT FLIGHTS ARE AVAILABLE, YOU MAY WISH TO CONSTRUCT ALTERNATIVE CONNECTIONS AFTER READING THE "HOW TO USE" SECTION

This page is a densely printed airline flight schedule page (OAG Flight Guide). The content is too small and low-resolution to transcribe reliably.

STIC FLIGHTS - SEE STOP PRESS SECTION FOR MORE DETAILS

| Freq. | Leave | Arrive | Flight | Class | Eq | Mls |
|---|---|---|---|---|---|---|

TO FIND OUT WHETHER MORE CONVENIENT FLIGHTS ARE AVAILABLE, YOU MAY WISH TO CONSTRUCT ALTERNATIVE CONNECTIONS AFTER READING THE "HOW TO USE" SECTION

| Freq. | Leave | Arrive | Flight | Class | Eq | M/S |
|---|---|---|---|---|---|---|
| 1 | 5:36p | 7:28p I | CO 249 | ADFYH | 757 | D/S0 |
| | | CO 249 DISCONTINUED AFTER 6APR | | | | |
| X67 | 5:45p | 7:35p I | CO 249 | ADFYH | 757 | D/S0 |
| | | CO 249 DISCONTINUED AFTER 6APR | | | | |
| X6 | 5:55p | 7:32p I | CO 249 | ADFYH | 757 | D/S0 |
| | | CO 249 EFFECTIVE 7APR | | | | |
| SPEC | 7:32p | 9:20p I | CO 1857 | ADFYH | M80 | S/ 0 |
| | | OP 22APR | | | | |
| X7 | 7:40p | 11:00p H | WN 601 | YLBQH | 73S | 2 |
| | | WN 601 EFFECTIVE 7APR | | | | |
| X67 | 7:40p | 11:15p H | WN 601 | YLBQH | 73S | 2 |
| | | WN 601 DISCONTINUED AFTER 6APR | | | | |

GRAND JUNCTION, CO — 865 MI — MDT GJT

FORT MYERS, FL (R-RSW) — 844 MI — EDT FMY

FORT WAYNE, INDIANA — 976 MI — EST FWA

FRESNO, CALIFORNIA — 1458 MI — PDT FAT

GRAND CAYMAN IS., WEST INDIES — 1120 MI — EST GCM

GRAND RAPIDS, MICHIGAN — 1061 MI — EDT GRR

GREEN BAY, WISCONSIN — 1096 MI — CDT GRB

Greensboro/H.P./W-Salem, NC (G-GSO) — 994 MI — EDT GSO

GREENVILLE/SPARTANBURG, SC — 834 MI — EDT GSP

GRENADA, WINDWARD ISLANDS — 2468 MI — AST GND

GUADALAJARA, MEXICO — 865 MI — CDT GDL

GULFPORT/BILOXI, MS — 376 MI — CDT GPT

HALIFAX, NS (I-YHZ) — 2019 MI — ADT YHZ

HARLINGEN, TEXAS — 281 MI — CDT HRL

| Freq. | Leave | Arrive | Flight | Class | Eq | M/S |
|---|---|---|---|---|---|---|
| X7 | 5:45a | 7:03a I | CO★ 3776 | YHKBV | ERJ | 0 |
| | | C03776 EFFECTIVE 8APR | | | | |
| X67 | 5:50a | 7:05a I | CO★ 3776 | YHKBV | ERJ | 0 |
| | | C03776 DISCONTINUED AFTER 6APR | | | | |
| X67 | 6:10a | 7:05a H | WN 1651 | YLBQH | 733 | 0 |
| | | WN1651 DISCONTINUED AFTER 6APR | | | | |
| X67 | 6:10a | 7:10a H | WN 1651 | YLBQH | 733 | 0 |
| | | WN1651 EFFECTIVE 7APR | | | | |
| 7 | 7:00a | 8:24a I | CO★ 3778 | YHKBV | ATR | 0 |
| 6 | 7:50a | 8:50a H | WN 2551 | YLBQH | 733 | 0 |
| 6 | 7:55a | 8:50a H | WN 92 | YLBQH | 733 | 0 |
| X7 | 8:15a | 9:53a I | CO★ 3692 | YHKBV | ATR | 0 |
| | 8:35a | 10:35a H | WN 20 | YLBQH | 73S | 0 |
| 6 | 10:45a | 12:05p I | CO★ 3778 | YHKBV | ERJ | 0 |
| X67 | 11:05a | 12:14p I | CO★ 3708 | YHKBV | ERJ | 0 |
| X6 | 11:05a | 12:25p I | CO★ 3650 | YHKBV | ERJ | 0 |
| X6 | 12:10p | 1:05p H | WN 30 | YLBQH | 733 | 0 |
| X6 | 1:00p | 2:00p H | WN 34 | YLBQH | 73S | 0 |
| X67 | 1:20p | 2:10p H | WN 34 | YLBQH | 73S | 0 |
| 6 | 1:20p | 2:58p I | CO★ 3780 | YHKBV | ATR | 0 |
| X6 | 1:25p | 2:43p I | CO★ 3780 | YHKBV | ERJ | 0 |
| X67 | 1:30p | 2:50p I | CO★ 3786 | YHKBV | ERJ | 0 |
| 6 | 1:50p | 3:10p I | CO★ 3780 | YHKBV | ERJ | 0 |
| | 2:10p | 3:10p H | WN 38 | YLBQH | 73S | 0 |
| X7 | 2:15p | 3:10p H | WN 38 | YLBQH | 73S | 0 |
| | 3:05p | 4:05p H | WN 2041 | YLBQH | 73S | 0 |
| | | WN2041 EFFECTIVE 7APR | | | | |

HARRISBURG, PA (H-MDT) — 1278 MI — EDT HAR

HARTFORD, CT (H-BDL) — 1512 MI — EDT HFD

HILO, HAWAII, HAWAII — 3771 MI — HST ITO

HONOLULU, OAHU, HAWAII — 3901 MI — HST HNL

HOUSTON, TEXAS (I-IAH B-EFD) — 2 MI — CDT HOU

TO HOUSTON ELLINGTON FIELD FROM GEORGE BUSH ERC

| Freq. | Leave | Arrive | Flight | Class | Eq | M/S |
|---|---|---|---|---|---|---|
| X67 | 7:20a I | 7:50a B | CO★ 3744 | YHKBV | ATR | 0 |
| X7 | 9:30a I | 10:00a B | CO★ 3746 | YHKBV | EM2 | 0 |
| SPEC | 9:30a I | 10:00a B | CO★ 3746 | YHKBV | EM2 | 0 |
| 6 | 9:30a I | 10:04a B | CO★ 3746 | YHKBV | ATR | 0 |
| X6 | 10:45a I | 11:15a B | CO★ 3746 | YHKBV | ATR | 0 |
| 6 | 1:15p I | 1:46p B | CO★ 3748 | YHKBV | ATR | 0 |
| X6 | 3:50p I | 4:21p B | CO★ 3750 | YHKBV | ATR | 0 |
| X67 | 6:40p I | 7:10p B | CO★ 3750 | YHKBV | ATR | 0 |
| X6 | 6:50p I | 7:20p B | CO★ 3750 | YHKBV | ATR | 0 |
| 6 | 8:30p I | 9:04p B | CO★ 3752 | YHKBV | ATR | 0 |
| 6 | 8:50p I | 9:23p B | CO★ 3752 | YHKBV | ATR | 0 |
| X6 | 8:50p I | 9:24p B | CO★ 3752 | YHKBV | ATR | 0 |

TO GEORGE BUSH INTERCONTINENTAL FROM HOUSTO LIN

| Freq. | Leave | Arrive | Flight | Class | Eq | M/S |
|---|---|---|---|---|---|---|
| X67 | 6:30a B | 7:00a I | CO★ 3743 | YHKBV | ATR | 0 |
| | 7:30a B | 8:00a I | CO★ 3743 | YHKBV | ATR | 0 |
| X6 | 7:45a B | 8:16a I | CO★ 3745 | YHKBV | ATR | 0 |
| | | C03745 EFFECTIVE 7APR | | | | |

NORTH AMERICA

This page is a dense airline flight schedule listing (OAG Flight Guide) for Houston, Texas, with extremely small print that is largely illegible at this resolution.

TO FIND OUT WHETHER MORE CONVENIENT FLIGHTS ARE AVAILABLE, YOU MAY WISH TO CONSTRUCT ALTERNATIVE CONNECTIONS AFTER READING THE "HOW TO USE" SECTION

Freq. Leave Arrive Flight Class Eq MI S

6 5:36p 7:28p I CO 249 ADFYH 757 D/S0
CO 249 DISCONTINUED AFTER 6APR
X67 5:45p 7:35p I CO 249 ADFYH 757 D/S0
CO 249 DISCONTINUED AFTER 6APR
X6 5:55p 7:32p I CO 249 ADFYH 757 D/S0
CO 249 EFFECTIVE 7APR
SPEC 7:32p 9:20p I CO 1057 ADFYH M80 S/ 0
OP 22APR
X6 7:40p 11:00p H WN 601 YLBQH 73S 2
WN 601 EFFECTIVE 7APR
X67 7:40p 11:15p H WN 601 YLBQH 73S 2
WN 601 DISCONTINUED AFTER 6APR
CONNECTIONS
6:00a 7:45a ATL FL 180 AJYBM D9S 0
E-8APR 8:25a ATL 9:36a H FL 289 AJYBM 717 0
8:15a 9:58a ATL DL 1494 FAYBM 763 0
E-7APR 11:20a ATL 12:18p H DL 186 FAYBM M80 0
X67 10:15a 11:20a TPA CO★ 9214 YHKBV BE1 0
D-5APR 12:00n TPA 1:25p I CO 1607 ADFYH M80 S/ 0
11:28a 1:12p ATL DL 1466 FAYBM 763 0
E-7APR 2:20p ATL 2:18p H DL 529 FAYBM M80 0
12:30p 2:22p ATL FL 378 AJYBM D9S 0
E-8APR 3:10p ATL 4:18p H FL 126 AJYBM 717 0
X67 6:10p 7:10p MSY WN 1209 YLBQH 73G 0
D-5APR 7:40p MSY 8:45p H WN 63 YLBQH 733 0
6 6:10p 7:10p MSY WN 1209 YLBQH 73G 0
D-6APR 7:40p MSY 8:45p H WN 2841 YLBQH 733 0
6 6:10p 7:10p MSY WN 1209 YLBQH 73G 0
E-13APR 8:10p MSY 9:15p H WN 1182 YLBQH 733 0
7:35p 9:47p ATL FL 90 AJYBM 717 0
E-8APR 10:30p ATL 11:40p H FL 459 AJYBM 717 0
7:55p 9:50p ATL FL 90 AJYBM 717 0
D-8APR 10:30p ATL 11:44p H FL 299 AJYBM 717 0

FORT MYERS, FL (R-RSW) 844 MI EDT FMY
X7 6:45a R 8:14a I CO 1224 ADFYH M80 B/S0
CO1224 DISCONTINUED AFTER 6APR
6 6:45a R 8:24a I CO 1563 ADFYH M80 B/S0
CO1563 EFFECTIVE 13APR-27APR
7 6:53a R 8:20a I CO 1563 ADFYH 735 B/S0
CO1563 DISCONTINUED AFTER 28APR
X67 6:53a R 8:32a I CO 1563 ADFYH M80 B/S0
CO1563 EFFECTIVE 8APR
6 5:35p R 7:09p I CO 263 ADFYH M80 D/S0
CO 263 DISCONTINUED AFTER 6APR
6 5:35p R 7:11p I CO 263 ADFYH M80 D/S0
CO 263 EFFECTIVE 13APR-27APR
X67 5:50p R 7:24p I CO 263 ADFYH M80 D/S0
CO 263 DISCONTINUED AFTER 5APR
X6 5:50p R 7:26p I CO 263 ADFYH M80 D/S0
CO 263 EFFECTIVE 7APR
CONNECTIONS
5:46a R 7:23a ATL DL 2172 FAYBM 763 0
E-7APR 8:25a ATL 9:36a H DL 238 FAYBM M80 0
7:58a R 9:50a DFW AA 425 FAYBH M80 B/ 0
E-7APR 10:40a DFW 11:54a I AA 1303 FAYBH 738 0
X7 7:58a R 9:50a DFW AA 425 FAYBH M80 B/ 0
D-6APR 10:50a DFW 12:01p I AA 1303 FAYBH 738 0
10:30a R 12:15p ATL FL 280 AJYBM D9S 0
E-8APR 12:45p ATL 1:45p H FL 283 AJYBM 717 0
7 10:50a R 11:36a MIA CO★ 9209 YHKBV BE1 0
12:04p MIA 1:47p I CO 291 ADFYH M80 L/S0
X67 1:30p R 2:15p TPA CO★ 9281 YHKBV BE1 0
D-5APR 3:10p TPA 4:30p I CO 1707 ADFYH M80 0
X67 1:40p R 2:25p TPA CO★ 9281 YHKBV BE1 0
E-8APR 3:15p TPA 4:22p I CO 1707 ADFYH M80 0
6 1:50p R 2:35p TPA CO★ 9281 YHKBV BE1 0
E-13APR 3:35p TPA 4:44p I CO 1707 ADFYH 738 0
D-27APR
6 1:50p R 2:35p TPA CO★ 9217 YHKBV BE1 0
D-6APR 3:35p TPA 4:56p I CO 1707 ADFYH M80 0
5:30p R 6:20p MIA AA★ 5076 YBHKM AT7 0
E-7APR 7:20p MIA 8:04p I AA 978 FAJYB 72S D/ 0
7:50p R 9:40p ATL FL 178 AJYBM D9S 0
E-8APR 10:30p ATL 11:40p H FL 459 AJYBM 717 0
7:50p R 9:34p ATL FL 178 AJYBM D9S 0
D-8APR 10:30p ATL 11:44p H FL 299 AJYBM 717 0

FORT WAYNE, INDIANA 976 MI EST FWA
X7 6:56a 7:44a CVG DL★ 5558 YBMHQ CRJ 0
D-6APR 8:50a CVG 10:22a H DL★ 5563 YBMHQ CRJ 0
8:34a 9:34a ORD AA★ 4326 YBHKM ER4 0
E-7APR 10:30a ORD 1:01p I UA 573 FYBMH 733 L/ 0
X6 8:30a 9:34a ORD AA★ 4326 YBHKM ER4 0
E-7APR 10:23a ORD 1:14p I AA 483 FAYBH 100 S/ 0
7 12:45p 1:45p ORD UA★ 5875 YBMHQ 038 0
D-7APR 2:40p ORD 6:12p I UA 665 FYBMH 319 L/ 0
X7 1:15p 3:00p ATL DL★ 4598 YBMHQ CRJ 0
D-6APR 3:50p ATL 4:50p I DL 735 FAYBM 72S 0
2:40p 3:35p ORD UA★ 5671 YBMHQ CRJ 0
E-8APR 4:50p ORD 7:22p I UA 1017 FYBMH 735 D/ 0
X67 2:45p 3:40p ORD UA★ 5671 YBMHQ CRJ 0
D-6APR 4:40p ORD 7:14p I UA 1169 FYBMH 733 D/ 0
7:20p 8:00p CVG DL★ 5568 YBMHQ CRJ 0
E-7APR 9:55p CVG 11:27p I DL★ 5645 YBMHQ CRJ 0
X7 8:25p 9:14p CVG DL★ 5568 YBMHQ CRJ 0
D-6APR 9:55p CVG 11:25p I DL★ 5645 YBMHQ CRJ 0

FRESNO, CALIFORNIA 1486 MI PDT FAT
6:45a 1:59p I AA 506 FAYBH M80 S/ 1
AA 506 EFFECTIVE 7APR
CONNECTIONS
X7 6:35a 9:07a PHX HP★ 6491 YHWBQ CRJ 0
D-6APR 9:59a PHX 1:32p I HP 274 FYHWB 733 0
6:35a 8:05a PHX HP★ 6491 YHWBQ CRJ 0
E-7APR 8:56a PHX 1:34p I HP 274 FYHWB 733 0
X7 12:35p 3:00p PHX HP★ 6018 YHWBQ CRJ 0
D-6APR 3:41p PHX 7:14p I HP 275 FYHWB 733 0
12:35p 2:00p PHX HP★ 6018 YHWBQ CRJ 0
E-7APR 2:41p PHX 7:20p I HP 275 FYHWB 733 0
X6 6:00p 8:40p PHX HP★ 6022 YHWBQ CRJ 0
9:30p PHX 12:50a I HP 279 FYHWB 733 0

GRAND CAYMAN IS., WEST INDIES 1129 MI EST GCM
46 8:25a 10:30a I KX 300 YWHKL 737 0
KX 300 DISCONTINUED AFTER 6APR
467 8:40a 11:30a I KX 300 YWHKL 737 0
KX 300 EFFECTIVE 7APR
CONNECTIONS
6 7:25a 8:45a MIA KX 102 YWHKL 737 0
D-6APR 12:00n MIA 1:01p I CO 291 ADFYH 738 L/S0
X67 7:25a 8:45a MIA KX 102 YWHKL 737 0
D-5APR 12:00n MIA 1:45p I CO 291 ADFYH M80 L/S0
X67 7:40a 10:00a MIA KX 102 YWHKL 737 0
E-8APR 12:04p MIA 1:47p I CO 291 ADFYH M80 L/S0
6 8:10a 10:30a MIA KX 102 YWHKL 737 0
E-13APR 12:04p MIA 1:38p I CO 291 ADFYH 738 L/S0
D-27APR
7 8:10a 10:30a MIA KX 102 YWHKL 737 0
12:04p MIA 1:47p I CO 291 ADFYH M80 L/S0
67 8:10a 10:30a MIA KX 102 YWHKL 737 0
E-7APR 1:35p MIA 3:20p I AA 832 FAYBH 72S S/ 0
6 12:15p 1:25p MIA KX 104 YWHKL 737 0
D-6APR 5:20p MIA 7:20p I CO 491 ADFYH M80 D/S0
X67 12:15p 1:25p MIA KX 104 YWHKL 737 0
D-5APR 5:45p MIA 7:25p I CO 491 ADFYH M80 D/S0
6 12:30p 3:15p MIA KX 104 YWHKL 737 0
E-13APR 5:30p MIA 7:20p I CO 491 ADFYH 738 D/S0
D-20APR
1257 12:30p 3:15p MIA KX 104 YWHKL 737 0
E-7APR 5:45p MIA 7:32p I CO 491 ADFYH 738 D/S0
EX 20APR
34 12:55p 3:15p MIA KX 104 YWHKL 737 0
E-10APR 5:45p MIA 7:35p I CO 491 ADFYH 733 D/S0
D-24APR

GRAND JUNCTION, CO 895 MI MDT GJT
X7 6:20a 7:31a DEN UA★ 6800 YBMHQ EM2 0
D-6APR 8:30a DEN 11:43a I UA 1294 FYBMH 735 B/ 0
6:20a 7:33a DEN UA★ 6800 YBMHQ EM2 0
E-7APR 8:35a DEN 11:48a I UA 1294 FYBMH 733 B/ 0
X67 9:12a 10:20a DEN UA★ 6806 YBMHQ EM2 0
E-8APR 11:05a DEN 2:18p I UA 1296 FYBMH 320 L/ 0
67 9:12a 10:20a DEN UA★ 6806 YBMHQ EM2 0
E-7APR 11:05a DEN 2:20p I UA 1296 FYBMH 735 L/ 0
X7 9:13a 10:20a DEN UA★ 6806 YBMHQ EM2 0
D-6APR 11:00a DEN 2:13p I UA 1254 FYBMH 733 L/ 0
10:13a 11:21a DEN UA★ 6802 YBMHQ EM2 0
E-7APR 1:20p DEN 4:23p I UA 1442 FYBMH 319 L/ 0
X7 10:13a 11:20a DEN UA★ 6802 YBMHQ EM2 0
D-6APR 1:20p DEN 4:35p I UA 1442 FYBMH 733 L/ 0
X7 1:45p 2:56p DEN UA★ 6804 YBMHQ EM2 0
D-6APR 3:50p DEN 7:06p I UA 338 FYBMH 735 D/ 0
1:49p 2:58p DEN UA★ 6804 YBMHQ EM2 0
E-7APR 3:45p DEN 7:01p I UA 1642 FYBMH 733 L/ 0
6:45p 7:55p DEN UA★ 6811 YBMHQ EM2 0
E-7APR 8:40p DEN 11:30p I UA 584 FYBMH 319 0

GRAND RAPIDS, MICHIGAN 1061 MI EDT GRR
7 1:41p 5:17p I NW 1835 FPYBM • 1
NW1835 DISCONTINUED AFTER 7APR
NW1835 EQUIPMENT D9S-DTW-319
X6 1:41p 5:17p I NW 1835 FPYBM 319 1
NW1835 EFFECTIVE 8APR
CONNECTIONS
6:00a 7:47a DFW AA★ 3796 YBHKM ER4 0
8:20a DFW 9:25a H AA★ 3545 YBHKM ER4 0
X7 7:10a 8:04a MEM CO★ 6973 ADFYH D9S 0
D-6APR 8:35a MEM 10:14a I CO★ 8087 ADFYH D9S 0
X7 7:10a 8:04a MEM NW 1973 FPYBM D9S 0
D-6APR 8:35a MEM 10:14a I NW 1087 FPYBM D9S 0
10:12a 11:00a STL AA★ 5517 YBHKM J41 0
E-7APR 11:26a STL 1:28p I AA★ 3025 FAYBH 717 0
X7 2:15p 3:22p CVG DL★ 5692 YBMHQ CRJ 0
D-6APR 4:35p CVG 6:05p I DL★ 5643 YBMHQ CRJ 0
2:15p 3:22p CVG DL★ 5692 YBMHQ CRJ 0
E-7APR 4:35p CVG 6:07p I DL★ 5643 YBMHQ CRJ 0
3:35p 3:50p ORD UA 528 FYBMH 319 0
E-7APR 4:50p ORD 7:22p I UA 1017 FYBMH 735 D/ 0
X67 4:00p 3:57p ORD UA 1115 FYBMH 733 0
D-5APR 4:40p ORD 7:14p I UA 1169 FYBMH 733 D/ 0
X6 6:14p 6:07p ORD AA★ 4398 YBHKM ER4 0
E-7APR 8:38p ORD 11:17p I AA 1315 FAYBH 100 0
X7 8:15p 9:20p CVG DL★ 5696 YBMHQ CRJ 0
D-6APR 9:55p CVG 11:25p I DL★ 5645 YBMHQ CRJ 0
8:15p 9:20p CVG DL★ 5696 YBMHQ CRJ 0
E-7APR 9:55p CVG 11:27p I DL★ 5645 YBMHQ CRJ 0

GREEN BAY, WISCONSIN 1096 MI CDT GRB
X7 6:30a 8:00a CVG DL★ 5570 YBMHQ CRJ 0
D-6APR 8:50a CVG 10:22a H DL★ 5563 YBMHQ CRJ 0
X6 6:40a 7:43a MSP NW 1275 FPYBM D9S 0
E-7APR 8:15a MSP 11:18a I NW★ 6517 FPYBM 733 B/S0
X6 6:40a 7:43a MSP CO★ 6275 ADFYH D9S 0
E-7APR 8:15a MSP 11:15a I CO 517 ADFYH 733 B/S0
X7 6:47a 7:40a ORD AA★ 4200 YBHKM ER4 0
E-8APR 8:30a ORD 10:49a I UA 637 FYBMH 319 B/ 0
7 6:47a 7:40a ORD AA★ 4200 YBHKM ER4 0
D-7APR 8:30a ORD 10:53a I UA 637 FYBMH 735 B/ 0
X7 10:14a 11:05a ORD AA★ 4220 YBHKM ER4 0
D-6APR 11:48a ORD 2:22p I AA 559 FAYBH 100 L/ 0
12:19p 1:10p ORD AA★ 4026 YBHKM ER4 0
E-7APR 2:40p ORD 6:12p I UA 665 FYBMH 319 L/ 0
12:19p 1:10p ORD AA★ 4026 YBHKM ER4 0
E-7APR 2:47p ORD 6:36p I AA 793 FAYBH 100 0
X7 5:30p 6:25p ORD UA★ 5803 YBMHQ CRJ 0
D-6APR 7:20p ORD 9:54p I UA 1897 FYBMH 735 D/ 0
6 5:30p 6:25p ORD UA★ 5803 YBMHQ CRJ 0
E-13APR 7:40p ORD 10:12p I UA 1897 FYBMH 735 D/ 0

Greensboro/H.Pt/W-Salem, NC (G-GSO) 994 MI EDT GSO
234 6:30a G 8:12a I CO 1557 ADFYH 735 B/S0
CO1557 EFFECTIVE 17APR-23APR
X6 6:30a G 8:25a I CO★ 3766 YHKBV ERJ 0
CO3766 EFFECTIVE 7APR
EX 17APR-18APR, 23APR
X7 6:30a G 8:30a I CO★ 3766 YHKBV ERJ S 0
CO3766 DISCONTINUED AFTER 6APR
6 6:35a G 8:30a I CO★ 3766 YHKBV ERJ 0
CO3766 EFFECTIVE 13APR-27APR
12:05p G 3:18p H DL 529 FAYBM M80 1
DL 529 EFFECTIVE 7APR
EX 21APR-22APR
17 12:05p G 3:18p H DL 529 FAYBM • 1
DL 529 EFFECTIVE 21APR-22APR
DL 529 EQUIPMENT 757-ATL-M80
1:30p G 4:48p I DL 735 FAYBM 72S 1
DL 735 EFFECTIVE 7APR
EX 21APR
SPEC 1:30p G 4:48p I DL 735 FAYBM • 1
OP 21APR
DL 735 EQUIPMENT 757-ATL-72S
X7 2:50p G 4:50p I CO★ 3768 YHKBV ERJ 0
CO3768 DISCONTINUED AFTER 6APR
2:55p G 4:50p I CO★ 3768 YHKBV ER3 0
CO3768 EFFECTIVE 7APR
6 5:10p G 7:05p I CO★ 3770 YHKBV ERJ S 0
CO3770 EFFECTIVE 13APR-27APR
6 5:10p G 7:18p I CO★ 3770 YHKBV ERJ S 0
CO3770 DISCONTINUED AFTER 6APR
X6 5:30p G 7:25p I CO★ 3770 YHKBV ERJ S 0
CO3770 EFFECTIVE 7APR
EX 16APR-17APR, 21APR-22APR, 28APR
X67 5:30p G 7:38p I CO★ 3770 YHKBV ERJ S 0
CO3770 DISCONTINUED AFTER 5APR
SPEC 5:35p G 7:15p I CO 157 ADFYH 735 D/S0
OP 28APR
1237 5:45p G 7:25p I CO 157 ADFYH 735 D/S0
CO 157 EFFECTIVE 16APR-22APR
CONNECTIONS
6:15a G 7:25a ATL FL 85 AJYBM D9S 0
E-8APR 8:25a ATL 9:36a H FL 289 AJYBM 717 0
X67 7:20a G 8:02a CLT US 927 FAYBM 733 0
E-8APR 9:05a CLT 10:52a I CO 1681 ADFYH 735 B/S0
7 7:20a G 8:02a CLT US 927 FAYBM 733 0
D-28APR 9:15a CLT 10:56a I CO★ 3685 YHKBV ERJ 0
X67 7:20a G 8:02a CLT US 927 FAYBM 733 0
D-5APR 9:05a CLT 11:02a I CO 1681 ADFYH 735 B/S0
12:10p G 12:57p CLT US 649 FAYBM 733 0
1:45p CLT 3:23p I US 463 FAYBM 733 L/ 0
X7 6:00p G 7:18p ATL DL 309 FAYBM M80 0
D-6APR 8:20p ATL 9:33p I DL 823 FAYBM M80 0
X7 7:30p G 8:50p ATL DL 1441 FAYBM 738 0
D-6APR 10:00p ATL 11:07p I DL 1915 FAYBM 72S 0
7:30p G 8:53p ATL DL 618 FAYBM 738 0
E-7APR 9:55p ATL 10:40p I DL 1915 FAYBM 72S 0

GREENVILLE/SPARTANBURG, SC 834 MI EDT GSP
6:30a 8:00a I CO★ 3771 YHKBV ERJ 0
CO3771 EFFECTIVE 7APR
X7 6:30a 8:15a I CO★ 3771 YHKBV ERJ S 0
CO3771 DISCONTINUED AFTER 6APR
1234 6:00p 7:30p I CO★ 3455 YHKBV ERJ S 0
CO3455 EFFECTIVE 8APR
X67 6:00p 7:36p I CO★ 3736 YHKBV ERJ S 0
CO3736 DISCONTINUED AFTER 5APR
57 6:05p 7:35p I CO★ 3455 YHKBV ERJ S 0
CO3455 EFFECTIVE 7APR-28APR
CONNECTIONS
11:25a 12:05p MEM NW★ 5928 YBMHQ CRJ 0
E-7APR 12:55p MEM 2:36p I NW 1085 FPYBM 319 0
11:25a 12:05p MEM CO★ 6361 YHKBV CRJ 0
E-7APR 12:55p MEM 2:36p I CO★ 6085 ADFYH 319 0
X7 11:25a 12:05p MEM CO★ 6361 YHKBV CRJ 0
D-6APR 12:55p MEM 2:37p I CO★ 5631 ADFYH 319 0
X7 11:25a 12:05p MEM NW★ 5928 YBMHQ CRJ 0
D-6APR 12:55p MEM 2:37p I NW 831 FPYBM 319 0
7 1:18p 2:11p ATL DL★ 4447 YBMHQ CRJ 0
E-21APR 3:00p ATL 4:00p H DL 9695 FAYBM 738 0
D-21APR
5:00p 5:45p CLT US★ 5717 YBMHK ERJ 0
6:50p CLT 8:27p I US 897 FAYBM 733 D/ 0
7:40p 8:35p ATL DL 2132 YBMHQ 738 0
E-7APR 9:55p ATL 10:40p I DL 1915 FAYBM 72S 0
X7 7:40p 8:35p ATL DL 2132 YBMHQ 738 0
D-6APR 10:00p ATL 11:07p I DL 1915 FAYBM 72S 0

GRENADA, WINDWARD ISLANDS 2468 MI AST GND
6:35a 7:10a POS BW 845 YKBMQ DH3 0
9:00a POS 12:45p MIA BW 484 FYKBQ 738 B 0
E-7APR 3:03p MIA 4:50p I CO 391 ADFYH M80 S/ 0
X7 6:40a 7:20a POS BW 845 YKBMQ DH3 0
9:05a POS 11:55a MIA BW 484 FJDYK 738 B 0
D-6APR 2:59p MIA 4:45p I CO 391 ADFYH M80 S/ 0

GUADALAJARA, MEXICO 865 MI CDT GDL
7:16a 9:33a I CO 1964 CDZYH 735 B/S0
CO1964 EFFECTIVE 7APR
X7 7:20a 9:35a I CO 1964 CDZYH 735 B/S0
CO1964 DISCONTINUED AFTER 6APR
X67 12:20p 2:30p I CO 1961 CDZYH 735 L/S0
CO1961 DISCONTINUED AFTER 5APR
X6 12:21p 2:38p I CO 1961 CDZYH 735 L/S0
CO1961 EFFECTIVE 7APR
6 1:50p 4:03p I CO 1963 CDZYH 735 L/S0
CO1963 DISCONTINUED AFTER 6APR
6 2:10p 4:25p I CO 1963 CDZYH 733 L/S0
CO1963 EFFECTIVE 13APR-27APR
X67 3:15p 5:23p I CO 1963 CDZYH 735 D/S0
CO1963 DISCONTINUED AFTER 5APR
X6 3:22p 5:37p I CO 1963 CDZYH 735 D/S0
CO1963 EFFECTIVE 7APR
CONNECTIONS
7 7:20a 8:30a MEX AM 125 JAYBM 757 0
9:40a MEX 11:50a I AM 472 JAYBM M87 S 0
X7 7:30a 8:40a MEX AM 125 JAYBM M80 0
9:40a MEX 11:50a I AM 472 JAYBM M87 S 0
2:00p 3:10p MEX AM 253 JAYBM M80 0
5:05p MEX 7:10p I AM 418 JAYBM M87 0
X3 5:00p 6:10p MEX AM 229 JAYBM D9S 0
8:40p MEX 10:45p I AM 426 JAYBM M87 0
6:30p 7:40p MEX AM 117 JAYBM M80 0
8:40p MEX 10:45p I AM 426 JAYBM M87 0
EX 14APR, 21APR

GULFPORT/BILOXI, MS 376 MI CDT GPT
6 8:40a 10:00a I CO 1216 ADFYH 735 0
CO1216 EFFECTIVE 13APR-27APR
6 8.50a 10:10a I CO 115 ADFYH 735 0
CO 115 DISCONTINUED AFTER 6APR
X67 9.35a 10:55a I CO 1216 ADFYH 735 0
CO1216 DISCONTINUED AFTER 5APR
X6 9.40a 11.00a I CO 1962 ADFYH 735 0
CO1962 EFFECTIVE 7APR
11 40a 1:40p I CO★ 3761 YHKBV ATR S 0
CO3761 EFFECTIVE 7APR
X7 11 45a 1:10p I CO★ 3761 YHKBV ERJ 0
CO3761 DISCONTINUED AFTER 6APR
3 00p 4:55p I CO★ 3763 YHKBV EM2 0
X67 5.40p 7:44p I CO★ 3765 YHKBV ATR 0
CO3765 DISCONTINUED AFTER 5APR
X6 6:00p 7.30p I CO★ 3765 YHKBV ERJ 0
CO3765 EFFECTIVE 7APR

HALIFAX, NS (I-YHZ) 2019 MI ADT YHZ
6:05a I 7:28a YYZ AC 603 JCYMT 320 S 0
E-7APR 8:40a YYZ 11:03a I AC 668 JCYMT 319 S 0
X7 6:10a I 7:35a YYZ AC 603 JCYMT 319 S 0
D-6APR 8.45a YYZ 11:23a I AC 668 JCYMT 319 S 0
45 10:50a I 11:30a BOS AC★ 8855 JCYMB 142 0
E-11APR 1 20p BOS 4:31p I CO 1083 ADFYH 738 L/S0
D-12APR
7 10:50a I 11:30a BOS AC★ 8855 JCYMB 142 0
D-28APR 1:23p BOS 4:23p I CO 1083 ADFYH 733 L/S0
X7 10:50a I 11:30a BOS AC★ 8855 JCYMB 142 0
E-8APR 1:28p BOS 4:38p I CO 1083 ADFYH 733 L/S0
EX 11APR-12APR
12:40p I 2:00p YYZ AC 825 JCYMT 320 0
E-7APR 3:15p YYZ 7:22p I UA 1017 FYBMH 735 D/ 1
6 1:30p I 2:56p EWR CO★ 4133 YHKBV ERJ 0
D-6APR 4:20p EWR 7:12p I CO 98 ADFYH 764 D/S0
X67 1:30p I 2:56p EWR NW★ 7259 YBMHQ ERJ 0
D-5APR 4:50p EWR 7:42p I NW★ 6096 FPYBM 764 D/S0
X67 1:30p I 2:56p EWR CO★ 4133 YHKBV ERJ 0
D-5APR 4:50p EWR 7:42p I CO 98 ADFYH 764 D/S0

HARLINGEN, TEXAS 281 MI CDT HRL
X7 5.45a 7:03a I CO★ 3776 YHKBV ERJ 0
CO3776 EFFECTIVE 8APR
X7 5 50a 7:05a I CO★ 3776 YHKBV ERJ 0
CO3776 DISCONTINUED AFTER 6APR
X67 6.10a 7:05a H WN 1651 YLBQH 733 0
WN1651 DISCONTINUED AFTER 5APR
X67 6 10a 7:10a H WN 1651 YLBQH 733 0
WN1651 EFFECTIVE 8APR
7 7:00a 8.38a I CO★ 3776 YHKBV ATR S 0
CO3776 DISCONTINUED AFTER 28APR
6 7:50a 8:50a H WN 2551 YLBQH 733 0
WN2551 EFFECTIVE 13APR
6 7:55a 8:50a H WN 92 YLBQH 733 0
WN 92 DISCONTINUED AFTER 6APR
X7 8 15a 9.53a I CO★ 3692 YHKBV ATR S 0
CO3692 EFFECTIVE 8APR
9:35a 10:36a H WN 20 YLBQH 73S 0
EX 13APR, 20APR, 27APR
6 10:45a 12:05p I CO★ 3778 YHKBV ERJ 0
CO3778 DISCONTINUED AFTER 27APR
X67 11:05a 12:24p I CO★ 3708 YHKBV ERJ 0
CO3708 DISCONTINUED AFTER 5APR
X6 11:05a 12:25p I CO★ 3650 YHKBV ERJ 0
CO3650 EFFECTIVE 7APR
12.10p 1:05p H WN 30 YLBQH 733 0
X6 1:00p 2:00p H WN 34 YLBQH 73S 0
WN 34 EFFECTIVE 7APR
X67 1:20p 2:10p H WN 34 YLBQH 73S 0
WN 34 DISCONTINUED AFTER 5APR
6 1.20p 2:58p I CO★ 3780 YHKBV ATR 0
CO3780 EFFECTIVE 13APR-27APR
X6 1.25p 2:43p I CO★ 3780 YHKBV ERJ 0
CO3780 EFFECTIVE 7APR
X67 1 30p 2:50p I CO★ 3780 YHKBV ERJ 0
CO3780 DISCONTINUED AFTER 5APR
6 1.50p 3:10p I CO★ 3780 YHKBV ERJ 0
CO3780 DISCONTINUED AFTER 6APR
2 10p 3:10p H WN 38 YLBQH 73S 0
WN 38 EFFECTIVE 7APR
X7 2:15p 3:10p H WN 38 YLBQH 73S 0
WN 38 DISCONTINUED AFTER 6APR
3.05p 4.05p H WN 2041 YLBQH 73S 0
WN2041 EFFECTIVE 7APR
X7 3:10p 4:05p H WN 2041 YLBQH 73S 0
WN2041 DISCONTINUED AFTER 6APR
6 3:25p 4:58p I CO★ 3782 YHKBV EM2 0
CO3782 DISCONTINUED AFTER 6APR
6 3.25p 5:03p I CO★ 3782 YHKBV ATR 0
CO3782 EFFECTIVE 13APR-27APR
3.55p 4:55p H WN 46 YLBQH 73S 0
X67 4.25p 6:02p I CO★ 3782 YHKBV ATR 0
CO3782 DISCONTINUED AFTER 5APR
X6 4.25p 6:03p I CO★ 3782 YHKBV ATR 0
CO3782 EFFECTIVE 7APR
6 6.00p 7:18p I CO★ 3329 YHKBV ERJ 0
CO3329 EFFECTIVE 13APR-27APR
6 6 10p 7.25p I CO★ 3784 YHKBV ERJ 0
CO3784 DISCONTINUED AFTER 6APR
15 7:30p 9:10p I CO★ 3329 YHKBV ATR 0
CO3329 DISCONTINUED AFTER 5APR
8:00p 9:00p H WN 64 YLBQH 733 0
WN 64 EFFECTIVE 7APR
X7 8 10p 9 10p H WN 64 YLBQH 733 0
WN 64 DISCONTINUED AFTER 6APR
X6 8.40p 9:40p H WN 66 YLBQH 73S 0
WN 66 EFFECTIVE 7APR
X67 8:45p 9:35p H WN 66 YLBQH 73S 0
WN 66 DISCONTINUED AFTER 5APR

HARRISBURG, PA (H-MDT) 1276 MI EDT HAR
4 40p H 9:22p I AA 409 FAYBH 100 D/ 1
AA 409 EFFECTIVE 7APR
X67 5:00p H 9:36p I AA 409 FAYBH 100 D/ 1
AA 409 DISCONTINUED AFTER 5APR
X67 5:25p H 9:54p I UA 1897 FYBMH 735 D/ 1
UA1897 DISCONTINUED AFTER 5APR
6 5.25p H 9:54p I UA 1897 FYBMH • D/ 1
UA1897 DISCONTINUED AFTER 6APR
UA1897 EQUIPMENT 735-ORD-733
CONNECTIONS
7 7:15a H 8:11a PIT US 1790 FAYBM 734 0
D-7APR 8.55a PIT 10:56a I CO 655 ADFYH 733 B/S0
X7 10:30a H 12:00n CVG DL★ 5834 YBMHQ CRJ 0
D-6APR 12:40p CVG 2:12p H DL★ 5605 YBMHQ CRJ 0
10:30a H 12:00n CVG DL★ 5834 YBMHQ CRJ 0
E-7APR 12:40p CVG 2:14p H DL★ 5605 YBMHQ CRJ 0
12:50p H 3:00p ATL DL★ 5108 YBMHQ CRJ 0
E-7APR 3.50p ATL 4:48p I DL 735 FAYBM 72S 0
X67 6:30p H 7.35p CLE NW★ 5351 YBMHQ ER3 0
D-5APR 8:30p CLE 10:29p I NW★ 8145 FPYBM 735 0
X67 6:30p H 7:35p CLE CO★ 3251 YHKBV ER3 0
D-5APR 8:30p CLE 10:29p I CO 1445 ADFYH 735 0
6:50p H 9:00p ATL DL★ 5124 YBMHQ CRJ 0
E-7APR 9:55p ATL 10:40p I DL 1915 FAYBM 72S 0
X7 6:55p H 8.57p ATL DL★ 5124 YBMHQ CRJ 0
D-6APR 10:00p ATL 11:07p I DL 1915 FAYBM 72S 0

HARTFORD, CT (H-BDL) 1512 MI EDT HFD
X7 1:10p H 6.00p H WN 1575 YLBQH 733 2
WN1575 DISCONTINUED AFTER 6APR
X6 1:15p H 5 55p H WN 1575 YLBQH 733 2
WN1575 EFFECTIVE 7APR
6 1:15p H 5 55p H WN 1927 YLBQH 733 2
WN1927 EFFECTIVE 13APR
CONNECTIONS
X7 6:00a H 7:19a ORD UA 1543 FYBMH 319 B/ 0
D-6APR 8:20a ORD 10:57a I UA 705 FYBMH 319 B/ 0
X7 6:05a H 7:19a ORD UA 451 FYBMH 320 B/ 0
E-8APR 8.30a ORD 10:49a I UA 637 FYBMH 319 B/ 0
X7 7:35a H 8:06a ORD UA 1579 FYBMH 320 B/ 0
D-6APR 10:25a ORD 1:00p I UA 573 FYBMH 733 L/ 0
7 8.00a H 9:26a ORD UA 1777 FYBMH 320 B/ 0
D-7APR 10.30a ORD 1:01p I UA 573 FYBMH 733 L/ 0
8:00a H 9:25a ORD UA 1777 FYBMH 757 B/ 0
E-8APR 10 30a ORD 1:01p I UA 573 FYBMH 733 L/ 0
12:25p H 1.46p ORD UA 387 FYBMH 319 L/ 0
E-7APR 2 40p ORD 5:12p I UA 665 FYBMH 319 L/ 0
X7 12.25p H 1:51p ORD UA 483 FYBMH 320 L/ 0
D-6APR 3 00p ORD 5:43p I UA 703 FYBMH 733 D/ 0
2 42p H 4:06p ORD UA★ 7171 YBMHQ CRJ 0
E-7APR 4 50p ORD 7:22p I UA 1017 FYBMH 735 D/ 0
X7 5:00p H 6:31p ORD UA 1035 FYBMH 320 D/ 0
D-6APR 7 20p ORD 9:54p I UA 1897 FYBMH 735 D/ 0
127 5:05p H 6:34p ORD UA 473 FYBMH 733 D/ 0
E-21APR 7 40p ORD 10:08p I UA 1897 FYBMH 320 D/ 0
D-23APR
X6 5 14p H 6 40p ORD UA 473 FYBMH 757 D/ 0
E-7APR 7 40p ORD 10:08p I UA 1897 FYBMH 320 D/ 0
EX 21APR-23APR
6 5.14p H 6 43p ORD UA 473 FYBMH 733 D/ 0
E-13APR 7 40p ORD 10:12p I UA 1897 FYBMH 735 D/ 0

HILO, HAWAII, HAWAII 3771 MI HST ITO
3:34p 4.41p HNL CO★ 4579 JOZYH 717 0
E-6APR 6:30p HNL 7:05a I CO 2 JOZYH 764 DS 0
X67 6:01p 6:48p HNL CO★ 4584 JOZYH 717 0
D-5APR 10.10p HNL 9:35a I CO 72 JOZYH 764 DS 0

HONOLULU, OAHU, HAWAII 3901 MI HST HNL
6:30p 7:05a I CO 2 JOZYH 764 DS 0
CO 2 EFFECTIVE 6APR
X67 7 40p 7.05a I CO 2 JOZYH 764 DS 0
CO 2 DISCONTINUED AFTER 5APR
9:15p 9:50a I CO 72 JOZYH 764 DS 0
CO 72 EFFECTIVE 6APR
X67 10:10p 9 35a I CO 72 JOZYH 764 DS 0
CO 72 DISCONTINUED AFTER 5APR
CONNECTIONS
X46 7:50a 4:10p LAX HA 10 FPXYW 763 L 0
E-7APR 6:10p LAX 11:19p I CO 1694 ADFYH 738 D/S0
10:20p 8:23a SLC DL 192 FAYBM 764 S 0
E-7APR 10 05a SLC 2:00p I DL 1450 FAYBM 733 L/ 0
6 10.25p 8:26a SLC DL 192 FAYBM 764 S 0
D-6APR 10:05a SLC 2:00p I DL 1450 FAYBM 733 L/ 0
X67 11:25p 8:26a SLC DL 192 FAYBM 764 S 0
D-5APR 10:00a SLC 1:56p I DL 1450 FAYBM 733 L/ 0

HOUSTON, TEXAS (I-IAH B-EFD) 2 MI CDT HOU
TO HOUSTON ELLINGTON FIELD FROM GEORGE BUSH ERC
X67 7:20a I 7:50a B CO★ 3744 YHKBV ATR 0
CO3744 DISCONTINUED AFTER 5APR
X7 9:30a I 10:00a B CO★ 3746 YHKBV EM2 0
CO3746 DISCONTINUED AFTER 21APR
EX 06APR, 08APR-12APR, 15APR-19APR
SPEC 9:30a I 10:00a B CO★ 3746 YHKBV EM2 0
OP 27APR
6 9:30a I 10:04a B CO★ 3746 YHKBV ATR 0
CO3746 DISCONTINUED AFTER 6APR
X6 10:45a I 11:15a B CO★ 3746 YHKBV ATR 0
CO3746 EFFECTIVE 7APR
1:15p I 1:46p B CO★ 3748 YHKBV ATR 0
X6 3:50p I 4 21p B CO★ 3756 YHKBV ATR 0
X67 6 40p I 7:10p B CO★ 3750 YHKBV ATR 0
CO3750 DISCONTINUED AFTER 5APR
X6 6 50p I 7:20p B CO★ 3750 YHKBV ATR 0
CO3750 EFFECTIVE 7APR
6 8:30p I 9:04p B CO★ 3752 YHKBV ATR 0
CO3752 DISCONTINUED AFTER 6APR
6 8.50p I 9:23p B CO★ 3752 YHKBV ATR 0
CO3752 EFFECTIVE 13APR-27APR
X6 8 50p I 9:24p B CO★ 3752 YHKBV ATR 0
TO GEORGE BUSH INTERCONTINENTAL FROM HOUSTO LIN
X67 6.30a B 7:00a I CO★ 3743 YHKBV ATR 0
6 7:30a B 8:00a I CO★ 3743 YHKBV ATR 0
CO3743 DISCONTINUED AFTER 27APR
X6 7:45a B 8.18a I CO★ 3745 YHKBV ATR 0
CO3745 EFFECTIVE 7APR

★ - Code Sharing Carrier - For explanation see contents page

TO FIND OUT WHETHER MORE CONVENIENT FLIGHTS ARE AVAILABLE, YOU MAY WISH TO CONSTRUCT
ALTERNATIVE CONNECTIONS AFTER READING THE "HOW TO USE" SECTION

HOUSTON, TEXAS

**Free. Leave Arrive Flight. Class Eq Ml S**

PHILADELPHIA, PA (P-PHL)

PHOENIX, ARIZONA

PALM SPRINGS, CALIFORNIA

PENSACOLA, FL

PORTLAND, MAINE

PORTLAND, OREGON

PITTSBURGH, PENNSYLVANIA

PORT OF SPAIN, TRINIDAD & TOBAGO

PROVIDENCE, RHODE ISLAND

PUERTO PLATA, DOM REP

PUERTO VALLARTA, MEXICO

QUEBEC, QUEBEC (Y-QB)

RALEIGH/DURHAM, NC

NORTH AMERICA :
★ = Code Sharing Carrier • For explanation see contents page
APRIL 01, 2002 Page 29

HOUSTON, TEXAS
U.S./CANADIAN LAW PROHIBITS SMOKING ON DOMESTIC FLIGHTS - SEE STOP PRESS SECTION FOR MORE DETAILS

Freq. Leave Arrive Flight Class Eq M S
X7 11:58a S 2:58p DEN UA 1642 FYBMH 735 L/ 0
D-6APR 3:50p DEN 7:08p I UA 338 FYBMH 735 D/ 0
2:25p S 5:34p DEN UA 710 FYBMH 735 L/ 0
E-7APR 6:30p DEN 9:45p I UA 714 FYBMH 319 D/ 0
X7 2:30p S 5:34p DEN UA 1136 FYBMH 735 D/ 0
D-6APR 6:30p DEN 9:41p I UA 718 FYBMH 319 D/ 0

STEAMBOAT SPRINGS, CO (H-HDN) 863 MI MDT SBS
6 1:35p H 5:08p I CO 201 ADFYH 738 S/ 0
CO 201 DISCONTINUED AFTER 6APR
X67 2:30p H 6:03p I CO 1244 ADFYH 738 S/ 0
CO1244 DISCONTINUED AFTER 6APR
CONNECTIONS
X67 9:00a H 9:57a DEN UA★ 5738 YBMHQ D38 0
E-6APR 11:05a DEN 2:18p I UA 1296 FYBMH 320 L/ 0
67 9:00a H 9:57a DEN UA★ 5738 YBMHQ D38 0
E-13APR 11:05a DEN 2:20p I UA 1296 FYBMH 735 L/ 0
X7 9:30a H 10:20a DEN UA 1264 FYBMH 733 0
D-6APR 11:00a DEN 2:13p I UA 1254 FYBMH 733 L/ 0
10:48a H 11:30a DEN UA★ 5738 YBMHQ CRJ 0
E-6APR 1:20p DEN 4:33p I UA 1442 FYBMH 319 L/ 0
7 11:00a H 11:45a DEN UA★ 5852 YBMHQ 146 0
D-7APR 1:20p DEN 4:33p I UA 1442 FYBMH 319 L/ 0
X7 11:00a H 11:45a DEN UA★ 5852 YBMHQ 146 0
D-6APR 1:20p DEN 4:35p I UA 1442 FYBMH 733 L/ 0
7 1:00p H 1:45p DEN UA★ 5738 YBMHQ 146 0
D-7APR 3:45p DEN 7:01p I UA 1642 FYBMH 733 L/ 0
X7 1:00p H 1:45p DEN UA★ 5738 YBMHQ 146 0
D-6APR 3:50p DEN 7:08p I UA 338 FYBMH 735 D/ 0
6 2:15p H 3:05p DEN UA 1966 FYBMH 733 0
D-6APR 3:50p DEN 7:08p I UA 338 FYBMH 735 D/ 0
X7 4:30p H 5:15p DEN UA★ 5850 YBMHQ 146 0
D-6APR 6:30p DEN 9:41p I UA 718 FYBMH 319 D/ 0
7 4:30p H 5:15p DEN UA★ 5850 YBMHQ 146 0
D-7APR 6:30p DEN 9:40p I UA 714 FYBMH 319 D/ 0
5:18p H 6:07p DEN UA★ 5734 YBMHQ D38 0
E-6APR 8:40p DEN 11:50p I UA 584 FYBMH 319 0
7 7:00p H 7:45p DEN UA★ 5854 YBMHQ 146 0
D-7APR 8:40p DEN 11:50p I UA 584 FYBMH 319 0

SYRACUSE, NEW YORK 1400 MI EDT SYR
X7 6:15a 8:06a CVG DL 1433 FAYBM 72S 0
D-6APR 8:50a CVG 10:22a H DL★ 5583 YBMHQ CRJ 0
6:15a 7:56a CVG DL 595 FAYBM 72S 0
E-7APR 8:50a CVG 10:24a H DL★ 5583 YBMHQ CRJ 0
6:55a 9:15a ATL DL 2197 FAYBM 72S S/ 0
E-7APR 9:50a ATL 10:53a I DL 493 FAYBM M80 0
7 7:00a 8:11a PIT US 825 FAYBM 733 0
D-7APR 8:55a PIT 10:58a I CO 655 ADFYH 733 B/S 0
X67 11:00a 12:15p CLE CO★ 3739 YHKBV ER3 0
E-6APR 12:45p CLE 2:38p I CO 245 ADFYH 735 L/S 0
X67 11:00a 12:15p CLE NW★ 7239 YBMHQ ER3 0
E-6APR 12:45p CLE 2:38p I NW★ 6341 FPYBM 735 L/S 0
X67 11:10a 12:15p CLE NW★ 7239 YBMHQ ER3 0
D-5APR 12:45p CLE 2:48p I NW★ 6341 FPYBM 733 L/S 0
X67 11:10a 12:15p CLE CO★ 3739 YHKBV ER3 0
D-5APR 12:45p CLE 2:48p I CO 245 ADFYH 733 L/S 0
X7 12:35p 2:05p DTW NW 1555 FPYBM D9S 0
D-6APR 2:52p DTW 4:50p I NW★ 7649 FPYBM 733 S/ 0
X7 12:35p 2:05p DTW CO★ 6555 ADFYH D9S 0
D-6APR 2:52p DTW 4:50p I CO 1649 ADFYH 733 S/ 0
2:15p 4:30p ATL DL 780 FAYBM 72S S/ 0
E-7APR 5:30p ATL 6:29p I DL 443 YBMHQ 738 0
X6 3:45p 4:52p PIT US 422 FAYBM 733 0
5:36p PIT 7:30p I CO 1455 ADFYH 735 D/S 0
3:45p 4:52p PIT US 422 FAYBM 733 0
5:55p PIT 8:01p I US 1993 FAYBM 733 D/S 0
X7 5:20p 6:22p ORD UA 396 FYBMH 735 0
D-6APR 7:20p ORD 9:54p I UA 1897 FYBMH 735 D/ 0

TALLAHASSEE, FL 656 MI EDT TLH
X67 8:10a 8:00a PNS US★ 5814 YBMHK BE1 0
D-5APR 9:35a PNS 11:15a I CO★ 3644 YHKBV ERJ 0
X67 8:10a 8:00a PNS US★ 5814 YBMHK BE1 0
E-6APR 9:35a PNS 11:15a I CO★ 3995 YHKBV ERJ 0
X67 5:10p 5:00p PNS US★ 5856 YBMHK BE1 0
D-5APR 5:50p PNS 7:34p I CO★ 3973 YHKBV ERJ 0
X6 5:10p 5:00p PNS US★ 5656 YBMHK BE1 0
E-7APR 5:55p PNS 7:35p I CO★ 3973 YHKBV ERJ 0

TAMPA/ST. PETERSBURG, FL (T-TPA) 789 MI EDT TPA
7 7:00a T 8:19a I CO 1407 ADFYH 739 S 0
CO1407 DISCONTINUED AFTER 28APR
6 7:00a T 8:27a I CO 1407 ADFYH M80 S 0
CO1407 EFFECTIVE 13APR-27APR
X7 7:05a T 8:33a I CO 1407 ADFYH M80 S 0
CO1407 DISCONTINUED AFTER 6APR
X67 7:15a T 8:34a I CO 1407 ADFYH 739 S 0
CO1407 EFFECTIVE 8APR
X7 7:50a T 10:05a H WN 1557 YLBQH 73S 1
WN1557 EFFECTIVE 8APR
X7 7:50a T 10:10a H WN 1557 YLBQH 73S 1
WN1557 DISCONTINUED AFTER 6APR
6 8:20a T 9:44a I CO 1507 ADFYH 752 S 0
CO1507 DISCONTINUED AFTER 6APR
6 8:25a T 9:44a I CO 1507 ADFYH 739 S 0
CO1507 EFFECTIVE 13APR-27APR
X7 9:10a T 11:30a H WN 604 YLBQH 733 1
WN 604 DISCONTINUED AFTER 6APR
9:20a T 11:35a H WN 604 YLBQH 733 1
WN 604 EFFECTIVE 7APR
7 9:35a T 10:46a I CO 1507 ADFYH 739 0
CO1507 DISCONTINUED AFTER 28APR
X67 9:35a T 10:52a I CO 1920 ADFYH 752 0
CO1920 DISCONTINUED AFTER 6APR
X67 9:35a T 11:01a I CO 1507 ADFYH M80 0
CO1507 EFFECTIVE 8APR
X7 11:20a T 1:40p H WN 1990 YLBQH 733 1
WN1990 DISCONTINUED AFTER 6APR
11:35a T 1:50p H WN 1990 YLBQH 733 1
WN1990 EFFECTIVE 7APR
X67 12:00n T 1:25p I CO 1607 ADFYH M80 S/ 0
CO1607 DISCONTINUED AFTER 6APR
6 12:00n T 1:26p I CO 1607 ADFYH 733 S/ 0
CO1607 DISCONTINUED AFTER 6APR
6 12:03p T 1:24p I CO 1607 ADFYH 733 S/ 0
CO1607 EFFECTIVE 13APR-27APR
EX 20APR
12:03p T 1:36p I CO 1607 ADFYH M80 S/ 0
CO1607 EFFECTIVE 7APR
EX 13APR, 27APR
12:45p T 4:15p H FL 126 AJYBM 717 1
FL 126 EFFECTIVE 8APR
X67 3:10p T 4:30p I CO 1707 ADFYH M80 0
CO1707 DISCONTINUED AFTER 6APR
7 3:15p T 4:27p I CO 1707 ADFYH 735 0
CO1707 DISCONTINUED AFTER 7APR
X6 3:15p T 4:32p I CO 1707 ADFYH M80 0
CO1707 EFFECTIVE 8APR
6 3:35p T 4:44p I CO 1707 ADFYH 738 0
CO1707 EFFECTIVE 13APR-27APR
6 3:35p T 4:55p I CO 1707 ADFYH M80 0
CO1707 DISCONTINUED AFTER 6APR
4:35p T 6:50p H WN 2540 YLBQH 733 1
WN2540 EFFECTIVE 7APR
X7 4:36p T 6:55p H WN 2540 YLBQH 733 1
WN2540 DISCONTINUED AFTER 6APR
6 6:00p T 7:16p I CO 1807 ADFYH 739 S/ 0
CO1807 EFFECTIVE 13APR-27APR
6 6:00p T 7:20p I CO 1807 ADFYH 757 S/ 0
CO1807 DISCONTINUED AFTER 6APR
X6 6:30p T 7:45p I CO 1807 ADFYH 757 S/ 0
CO1807 EFFECTIVE 7APR
X67 6:30p T 7:50p I CO 1807 ADFYH 757 S/ 0
CO1807 DISCONTINUED AFTER 6APR
X67 6:30p T 8:45p H WN 63 YLBQH 733 1
WN 63 DISCONTINUED AFTER 6APR
X6 6:40p T 8:55p H WN 63 YLBQH 733 1
WN 63 EFFECTIVE 7APR
SPEC 7:55p T 9:12p I CO 607 ADFYH 733 0
OP 28APR
457 7:55p T 9:13p I CO 607 ADFYH M80 0
CO 607 EFFECTIVE 7APR-28APR
EX 26APR
46 7:55p T 9:15p I CO 607 ADFYH M80 0
CO 607 DISCONTINUED AFTER 6APR
CONNECTIONS
8:00a T 7:25a ATL FL 118 AJYBM 717 0
E-6APR 8:25a ATL 8:36a H FL 289 AJYBM 717 0
6 8:25a T 9:05a MSY WN 1880 YLBQH 73G 0
E-13APR 9:40a MSY 10:45a H WN 2033 YLBQH 733 0
1:40p T 3:05p ATL DL 1954 FAYBM M80 0
E-7APR 3:50p ATL 4:40p I DL 736 FAYBM 72S 0
6:05p T 7:31p ATL DL 1252 FAYBM M80 0
E-7APR 8:20p ATL 9:22p I DL 823 FAYBM M80 0
8:00p T 9:34p ATL FL 30 AJYBM 717 0
E-9APR 10:30p ATL 11:48p H FL 459 AJYBM 717 0
8:06p T 9:34p ATL FL 170 AJYBM 717 0
D-8APR 10:30p ATL 11:44p H FL 289 AJYBM 717 0

TAMPICO, MEXICO 531 MI CDT TAM
X7 7:25a 9:16a I CO★ 4120 YHKBV ERJ S 0
CO4120 DISCONTINUED AFTER 6APR
7:30a 9:19a I CO★ 4120 YHKBV ERJ S 0
CO4120 EFFECTIVE 7APR
24 2:25p 4:14p I CO★ 4122 YHKBV ERJ S 0
CO4122 EFFECTIVE 8APR
CONNECTIONS
X7 6:55a 7:55a MEX MX 757 CDYBM 100 S 0
D-6APR 9:40a MEX 11:50a I DL★ 8058 CDIYB M87 S 0
X7 6:55a 7:55a MEX MX 757 CDYBM 100 S 0
9:40a MEX 12:03p I CO 1225 CDZYH 733 B/S 0
X5 8:30a 9:30a MEX MX 741 CDYBM 320 S 0
E-7APR 12:18p MEX 2:39p I CO 725 CDZYH M80 L/S 0
X6 8:30a 9:30a MEX MX 741 CDYBM 320 S 0
E-10APR 12:18p MEX 2:39p I CO 725 CDZYH M80 L/S 0
1245 8:30a 9:30a MEX MX 741 CDYBM 320 S 0
D-5APR 12:27p MEX 2:40p I CO 725 CDZYH M80 L/S 0
6 8:30a 9:30a MEX MX 741 CDYBM 320 S 0
D-6APR 12:40p MEX 2:53p I CO 725 CDZYH M80 L/S 0
6 8:30a 9:30a MEX MX 741 CDYBM 320 S 0
E-13APR 12:33p MEX 2:54p I CO 725 CDZYH M80 L/S 0
D-27APR
8:30a 9:30a MEX MX 741 CDYBM 320 S 0
E-10APR 3:55p MEX 6:10p I 6A 504 YBHQM 737 L 0
17 11:50a 12:50p MEX MX 743 CDYBM 100 S 0
E-7APR 3:31p MEX 5:46p I CO 1425 CDZYH M80 D/S 0
EX 21APR, 28APR
7 11:50a 12:50p MEX MX 743 CDYBM 100 S 0
E-21APR 3:31p MEX 5:40p I CO 1425 CDZYH 733 D/S 0
X67 1:40p 2:40p MEX MX 751 CDYBM 100 S 0
E-2APR 3:55p MEX 6:10p I 6A 504 YBHQM 737 L 0
2 1:40p 2:40p MEX MX 751 CDYBM 100 S 0
E-30APR 5:13p MEX 7:31p I CO 1525 CDZYH 73G D/S 0
D-30APR
X67 1:40p 2:40p MEX MX 751 CDYBM 100 S 0
E-8APR 5:13p MEX 7:34p I CO 1525 CDZYH 733 D/S 0
D-29APR
2345 1:40p 2:40p MEX MX 751 CDYBM 100 S 0
D-5APR 5:17p MEX 7:35p I CO 1525 CDZYH 733 D/S 0
7 2:50p 3:50p MEX MX 755 CDYBM 100 S 0
E-14APR 5:13p MEX 7:34p I CO 1525 CDZYH 733 D/S 0
D-28APR
7 2:50p 3:50p MEX MX 755 CDYBM 100 S 0
E-14APR 4:50p MEX 10:04p I AA 1156 JYBHK M80 D/ 1
X67 6:35p 7:35p MEX MX 745 CDYBM 72S S 0
D-5APR 8:40p MEX 10:40p I DL★ 8050 CDIYB M87 D 0
X7 6:35p 7:35p MEX MX 745 CDYBM 72S S 0
E-6APR 8:40p MEX 11:45p I DL★ 8050 CDIYB M87 D 0

TIJUANA, MEXICO 1296 MI PDT TIJ
6 9:25a 10:15a LAX MX 912 CDYBM 320 S 0
D-6APR 12:00n LAX 6:15p I CO 294 ADFYH 764 L/S 0
6 9:25a 10:15a LAX MX 912 CDYBM 320 S 0
E-13APR 12:00n LAX 6:20p I CO 294 ADFYH 764 L/S 0
D-27APR

TOBAGO, TRINIDAD & TOBAGO 2555 MI AST TAB
X7 8:00a 11.55a MIA BW 484 FJDYK * 6 1
D-6APR 2:59p MIA 4:45p I CO 391 ADFYH M80 S/ 0
BW 484 EQUIPMENT D8G-POS-738

TORONTO, ONTARIO (T-YYZ) 1303 MI EDT YTO
X7 6:25a T 11:02a I NW 1831 FPYBM 319 S/ 1
NW1831 EFFECTIVE 8APR
6 7:20a T 9:46a I CO 1673 ADFYH 735 B/S 0
CO1673 EFFECTIVE 13APR-27APR
6 7:20a T 9:51a I CO 1673 ADFYH 735 B/S 0
CO1673 DISCONTINUED AFTER 6APR
X67 8:20a T 10:51a I CO 1673 ADFYH 735 B/S 0
CO1673 DISCONTINUED AFTER 6APR
X6 8:25a T 10:47a I CO 1673 ADFYH 735 B/S 0
CO1673 EFFECTIVE 7APR
8:40a T 11:03a I AC 668 JCYMT 319 S 0
AC 668 EFFECTIVE 7APR
8:40a T 11:03a I UA★ 3368 FYBMH 319 S 0
UA3368 EFFECTIVE 7APR
X7 8:45a T 11:23a I AC 668 JCYMT 319 S 0
AC 668 DISCONTINUED AFTER 6APR
X7 8:45a T 11:23a I UA★ 3368 FYBMH 319 S 0
UA3368 DISCONTINUED AFTER 6APR
7 10:45a T 1:11p I CO 1273 ADFYH 735 L/S 0
CO1273 DISCONTINUED AFTER 28APR
3:15p T 7:22p I UA 1017 FYBMH 735 D/ 1
UA1017 EFFECTIVE 7APR
X6 4:50p T 7:16p I CO 773 ADFYH 735 D/S 0
CO 773 EFFECTIVE 7APR
X67 4:50p T 7:26p I CO 773 ADFYH 735 D/S 0
CO 773 DISCONTINUED AFTER 6APR
X7 6:55p T 9:22p I AC 664 JCYMT 319 S 0
AC 664 DISCONTINUED AFTER 6APR
X7 6:55p T 9:22p I UA★ 3370 FYBMH 319 S 0
UA3370 DISCONTINUED AFTER 6APR
7:05p T 9:28p I AC 664 JCYMT 319 S 0
AC 664 EFFECTIVE 7APR
7:05p T 9:28p I UA★ 3370 FYBMH 319 S 0
UA3370 EFFECTIVE 7APR
CONNECTIONS
6 10:15a T 11:20a CLE NW★ 7309 YBMHQ ER3 0
D-6APR 11:50a CLE 1:50p I NW★ 7745 FPYBM 733 L/S 0
6 10:15a T 11:20a CLE CO★ 4009 YHKBV ER3 0
D-6APR 11:50a CLE 1:50p I CO 1745 ADFYH 733 L/S 0
10:38a T 12:05p CVG DL★ 5426 YBMHQ CRJ 0
E-7APR 12:40p CVG 2:14p H DL★ 5606 YBMHQ CRJ 0
X7 10:32a T 12:04p CVG DL★ 5426 YBMHQ CRJ 0
D-6APR 12:40p CVG 2:12p H DL★ 5605 YBMHQ CRJ 0
X6 11:00a T 12:07p CLE NW★ 7309 YBMHQ ER3 0
E-7APR 12:45p CLE 2:38p I NW★ 6341 FPYBM 735 L/S 0
X6 11:00a T 12:07p CLE CO★ 4009 YHKBV ER3 0
E-7APR 12:45p CLE 2:38p I CO 245 ADFYH 735 L/S 0
X7 2:20p T 3:52p CVG DL★ 5734 YBMHQ CRJ 0
D-6APR 4:35p CVG 6:06p I DL★ 5643 YBMHQ CRJ 0
2:25p T 3:57p CVG DL★ 5734 YBMHQ CRJ 0
E-7APR 4:35p CVG 6:07p I DL★ 5643 YBMHQ CRJ 0

TORREON, MEXICO 569 MI CDT TRC
X7 7:30a 9:17a I CO★ 4144 YHKBV ERJ S 0
CO4144 DISCONTINUED AFTER 6APR
X6 8:45a 10:38a I CO★ 4146 YHKBV ERJ S 0
CO4146 EFFECTIVE 7APR
6 9:45a 11:38a I CO★ 4146 YHKBV ERJ S 0
CO4146 EFFECTIVE 13APR-27APR
24 12:10p 2:03p I CO★ 4148 YHKBV ERJ S 0
CO4148 EFFECTIVE 8APR
6 1:10p 3:03p I CO★ 4148 YHKBV ERJ S 0
CO4148 EFFECTIVE 13APR

TUCSON, ARIZONA 942 MI MST TUS
X67 6:45a 9:58a I CO 179 ADFYH M80 B/S 0
CO 179 DISCONTINUED AFTER 6APR
X6 7:45a 12:07p I CO 1092 ADFYH M80 B/S 0
CO1092 EFFECTIVE 7APR
6 7:45a 12:07p I CO 1828 ADFYH M80 B/S 0
CO1828 EFFECTIVE 13APR-27APR
6 8:45a 11:58a I CO 1828 ADFYH M80 B/S 0
CO1828 DISCONTINUED AFTER 6APR
X16 10:35a 2:50p I CO 582 ADFYH M80 L/S 0
CO 582 EFFECTIVE 7APR
6 10:35a 2:50p I CO 1039 ADFYH M80 L/S 0
CO1039 EFFECTIVE 13APR-27APR
1 10:35a 2:53p I CO 1039 ADFYH 733 L/S 0
CO1039 EFFECTIVE 8APR-29APR
X67 11:35a 2:53p I CO 341 ADFYH M80 L/S 0
CO 341 DISCONTINUED AFTER 5APR
6 11:35a 2:53p I CO 1039 ADFYH M80 L/S 0
CO1039 DISCONTINUED AFTER 6APR
6 12:30p 4:45p I CO 543 ADFYH M80 L/S 0
CO 543 EFFECTIVE 13APR-27APR
X67 1:15p 7:08p I UA 338 FYBMH 735 D/ 1
UA 338 DISCONTINUED AFTER 5APR
6 1:15p 7:08p I UA 338 FYBMH * D/ 1
UA 338 DISCONTINUED AFTER 6APR
UA 338 EQUIPMENT 735-DEN-733
6 1:30p 4:48p I CO 543 ADFYH M80 S/ 0
CO 543 DISCONTINUED AFTER 6APR
X18 1:30p 5.54p I CO 500 ADFYH M80 S/ 0
CO 500 EFFECTIVE 7APR
1 1:30p 5:57p I CO 543 ADFYH 733 S/ 0
CO 543 EFFECTIVE 8APR-29APR
X67 2:30p 5:51p I CO 543 ADFYH 733 S/ 0
CO 543 DISCONTINUED AFTER 5APR
CONNECTIONS
X67 8:14a 9:05a PHX HP 590 FYHWB 733 0
D-5APR 9:59a PHX 1:32p I HP 274 FYHWB 733 0
10:22a 11:09a PHX HP 164 FYHWB 73S 0
E-7APR 12:01p PHX 4:27p I HP 273 FYHWB 320 0
6 1:17p 2:03p PHX CO★ 2083 ADFYH 319 0
E-13APR 2:30p PHX 7:12p I CO 1031 ADFYH 73G S/ 0
D-27APR
6 2:17p 3:07p PHX HP 7 FYHWB 320 0
D-6APR 3:41p PHX 7:14p I HP 275 FYHWB 733 0
3:00p 5:00p ABQ WN 2044 YLBQH 733 0
E-7APR 6:05p ABQ 9:00p H WN 1373 YLBQH 733 0
X67 6:32p 9:35p DFW AA 1062 FAYBH M80 D/ 0
D-5APR 10:31p DFW 11:29p I AA 1293 FAYBH M80 0
X6 6:59p 7:51p PHX HP★ 6550 YHWBQ CRJ 0
E-7APR 8:30p PHX 12:56a I HP 279 FYHWB 320 0
X67 7:59p 8:48p PHX HP★ 6550 YHWBQ CRJ 0
D-5APR 9:30p PHX 12:56a I HP 279 FYHWB 733 0

TULSA, OKLAHOMA 453 MI CDT TUL
X67 6:20a 7.45a H WN 1370 YLBQH 73S 0
WN1370 EFFECTIVE 8APR
X7 6:20a 7:50a H WN 1370 YLBQH 73S 0
WN1370 DISCONTINUED AFTER 6APR
6 6.50a 8:18a I CO 1443 ADFYH 733 0
X67 7.00a 8:28a I CO 1443 ADFYH 73G 0
CO1443 DISCONTINUED AFTER 5APR
23 7:00a 8:28a I CO 623 ADFYH 733 0
CO 623 EFFECTIVE 9APR
145 7:00a 8:28a I CO 1623 ADFYH 733 0
CO1623 EFFECTIVE 8APR-29APR
X67 8:10a 10:25a H WN 11 YLBQH 733 1
8:20a 9:50a I CO 343 ADFYH 735 0
CO 343 EFFECTIVE 7APR
X7 8:30a 10:02a I CO 137 ADFYH 735 0
CO 137 DISCONTINUED AFTER 6APR
6 9:50a 11:20a H WN 1027 YLBQH 735 0
WN1027 EFFECTIVE 13APR
X7 10:45a 12:15p H WN 2112 YLBQH 733 0
WN2112 DISCONTINUED AFTER 6APR
6 10:55a 12:30p I CO★ 3997 YHKBV ERJ 0
X7 11:05a 12:35p H WN 2112 YLBQH 733 0
WN2112 EFFECTIVE 8APR
X67 11.09a 12.40p I CO 443 ADFYH 735 0
CO 443 DISCONTINUED AFTER 5APR
X6 11:11a 12:33p I CO 443 ADFYH 735 0
CO 443 EFFECTIVE 7APR
X6 11:40a 1:55p H WN 27 YLBQH 73S 1
12:50p 2:15p H WN 480 YLBQH 73S 0
X67 1:29p 3:00p I CO 743 ADFYH 735 0
CO 743 DISCONTINUED AFTER 5APR
6 1:31p 3:06p I CO★ 2995 YHKBV ERJ 0
CO2995 EFFECTIVE 13APR-27APR
6 1:33p 3.08p I CO★ 2995 YHKBV ERJ 0
CO2995 DISCONTINUED AFTER 6APR
X6 1:34p 3.00p I CO 743 ADFYH 735 0
CO 743 EFFECTIVE 7APR
X7 2:00p 3:25p H WN 1023 YLBQH 73S 0
WN1023 DISCONTINUED AFTER 6APR
2:10p 3.35p H WN 1023 YLBQH 73S 0
WN1023 EFFECTIVE 7APR
6 3:25p 5:00p I CO★ 3999 YHKBV ERJ 0
CO3999 DISCONTINUED AFTER 27APR
3:55p 6:15p H WN 73 YLBQH 733 1
EX 13APR, 20APR, 27APR
X67 4:30p 6:05p I CO 1680 ADFYH 735 0
CO1680 DISCONTINUED AFTER 5APR
X6 4:35p 6:07p I CO 643 ADFYH 735 0
CO 643 EFFECTIVE 7APR
CONNECTIONS
X7 6:15p 8:10p DAL WN 1727 YLBQH 73S 0
D-6APR 7:30p DAL 8:25p H WN 53 YLBQH 733 0
6:46p 6:55p DFW AA★ 3534 YBHKM ER4 0
E-13APR 7:30p DFW 8:42p H AA★ 3541 YBHKM ER4 0
X67 6:56p 7:50p DAL WN 126 YLBQH 73S 0
D-5APR 8:30p DAL 9:25p I WN 57 YLBQH 73S 0
X6 6:55p 7:50p DAL WN 126 YLBQH 73S 0
E-7APR 8:30p DAL 9:25p I WN 1397 YLBQH 73S 0

VAIL, CO (E-EGE) 852 MI MDT EGE
6 1:50p E 5:20p I CO 106 ADFYH 757 S/ 0
CO 106 DISCONTINUED AFTER 6APR
X67 2:40p E 6:10p I CO 316 ADFYH 757 S/ 0
CO 316 DISCONTINUED AFTER 5APR

VANCOUVER, BC (V-YVR) 1987 MI PDT YVR
X67 8.10a V 2.33p I CO 764 ADFYH 738 B/S 0
CO 764 DISCONTINUED AFTER 5APR
1457 8:10a V 2:41p I CO 1911 ADFYH 733 B/S 0
CO1911 EFFECTIVE 7APR-28APR
6 8:30a V 2:53p I CO 1911 ADFYH 738 B/S 0
CO1911 DISCONTINUED AFTER 6APR
6 8:30a V 3:01p I CO 1911 ADFYH 733 B/S 0
CO1911 EFFECTIVE 13APR-27APR
6 1:10p V 7:41p I CO 1711 ADFYH 735 L/S 0
CO1711 DISCONTINUED AFTER 6APR
X6 1.15p V 7.39p I CO 1909 ADFYH 73G L/S 0
CO1909 EFFECTIVE 7APR
6 1:15p V 7:47p I CO 1711 ADFYH 735 L/S 0
CO1711 EFFECTIVE 13APR-27APR
CONNECTIONS
X7 8:15a V 10:38a YYC AC 204 JCYMT 320 S 0
D-6APR 12:40p YYC 5:36p I AC 670 JCYMT 319 M 0
X7 8:35a V 12:21p DEN UA 1036 FYBMH 320 B/ 0
D-6APR 3:50p DEN 7:08p I UA 338 FYBMH 735 D/ 0
8:45a V 12:33p DEN UA 1026 FYBMH 319 B/ 0
E-7APR 3:45p DEN 7:01p I UA 1642 FYBMH 733 L/ 0
X67 9:15a V 11:38a YYC AC 3684 JCYMT 737 S 0
D-5APR 12:40p YYC 5:36p I AC 670 JCYMT 319 M 0
9:15a V 11:38a YYC AC 206 JYMTB 737 S 0
E-7APR 12:40p YYC 5:35p I AC 670 JCYMT 319 M 0
1:35p V 5:21p DEN UA 378 FYBMH 320 L/ 0
E-7APR 8:40p DEN 11:50p I UA 584 FYBMH 319 0

VERACRUZ, MEXICO 728 MI CDT VER
6 7:00a 9:15a I CO★ 4172 YHKBV ERJ S 0
CO4172 DISCONTINUED AFTER 6APR
X67 7.15a 9:30a I CO★ 4172 YHKBV ERJ S 0
CO4172 DISCONTINUED AFTER 5APR
9:30a 11:45a I CO★ 4172 YHKBV ERJ 0
CO4172 EFFECTIVE 7APR
CONNECTIONS
X7 7:00a 7:55a MEX MX★ 1520 CYBMS D9S 0
D-6APR 9:40a MEX 11:50a I DL★ 8058 CDIYB M87 S 0
7:00a 7:55a MEX MX★ 1520 CYBMS D9S 0
9:40a MEX 12:03p I CO 1225 CDZYH 733 B/S 0
X67 8:25a 9:25a MEX MX 620 CDYBM 72S S 0
E-6APR 12:18p MEX 2:39p I CO 725 CDZYH M80 L/S 0
X67 8:25a 9:25a MEX MX 620 CDYBM 72S S 0
D-5APR 12:27p MEX 2:40p I CO 725 CDZYH M80 L/S 0
6 8:25a 9:25a MEX MX 620 CDYBM 72S S 0
D-6APR 12:40p MEX 2:53p I CO 725 CDZYH M80 L/S 0
6 8:25a 9:25a MEX MX 620 CDYBM 72S S 0
E-13APR 12.33p MEX 2:54p I CO 725 CDZYH M80 L/S 0
D-27APR
6 11:45a 12:45p MEX MX 622 CDYBM 100 S 0
D-6APR 2:25p MEX 4:41p I CO 1425 CDZYH 733 L/S 0
6 11:45a 12:45p MEX MX 622 CDYBM 100 S 0
E-13APR 2.30p MEX 4:44p I CO 1425 CDZYH M80 L/S 0
D-27APR
X67 11:45a 12:45p MEX MX 622 CDYBM 100 S 0
D-5APR 3.25p MEX 5:38p I CO 1425 CDZYH M80 D/S 0
17 11:45a 12:45p MEX MX 622 CDYBM 100 S 0
E-7APR 3:31p MEX 5:46p I CO 1425 CDZYH M80 D/S 0
EX 21APR, 28APR
X16 11:45a 12:45p MEX MX 622 CDYBM 100 S 0
E-9APR 3.31p MEX 5:46p I CO 1425 CDZYH 733 D/S 0
EX 14APR
11:45a 12:45p MEX MX 622 CDYBM 100 S 0
3.55p MEX 6:10p I 6A 504 YBHQM 737 L 0
11:45a 12:45p MEX MX 622 CDYBM 100 S 0
5:05p MEX 7:10p I AM 418 JAYBM M87 0
X47 2:00p 2:55p MEX MX★ 1522 CYBMS M80 0
D-6APR 3.55p MEX 6:10p I 6A 504 YBHQM 737 L 0
X47 2:00p 2:55p MEX MX★ 1522 CYBMS M80 0
D-6APR 5:05p MEX 7:10p I AM 418 JAYBM M87 0
X46 3:00p 3:55p MEX MX★ 1522 CYBMS D9S 0
E-7APR 5.13p MEX 7:34p I CO 1525 CDZYH 733 D/S 0
D-29APR
X4 3:00p 3.55p MEX MX★ 1522 CYBMS D9S 0
E-7APR 8.40p MEX 10:45p I AM 426 JAYBM M87 0
X47 3:05p 4:05p MEX MX 624 CDYBM 100 S 0
D-6APR 5:05p MEX 7:10p I DL★ 8058 CDIYB M87 0
2 3:05p 4:05p MEX MX 624 CDYBM 100 S 0
E-30APR 5.13p MEX 7:31p I CO 1525 CDZYH 73G D/S 0
X67 3:05p 4:05p MEX MX 624 CDYBM 100 S 0
E-8APR 5:13p MEX 7:34p I CO 1525 CDZYH 733 D/S 0
D-29APR
X67 3:05p 4:05p MEX MX 624 CDYBM 100 S 0
D-5APR 5:17p MEX 7:35p I CO 1525 CDZYH 733 D/S 0
X47 3:05p 4:05p MEX MX 624 CDYBM 100 S 0
E-8APR 5:05p MEX 8:10p I DL★ 8058 CDIYB M87 0
X7 3:05p 4:05p MEX MX 624 CDYBM 100 S 0
8:40p MEX 10:45p I AM 426 JAYBM M87 0
X67 6:35p 7:35p MEX MX 626 CDYBM 320 S 0
D-5APR 8:40p MEX 10:46p I DL★ 8050 CDIYB M87 D 0
X67 6:35p 7:35p MEX MX 626 CDYBM 320 S 0
E-6APR 8.40p MEX 11:45p I DL★ 8050 CDIYB M87 D 0

VICTORIA, BC (V-YYJ) 1977 MI PDT YYJ
X6 6:00a V 6.38a SEA CO★ 8747 YHKBV DH8 0
E-7APR 8:20a SEA 2:33p I CO 1288 ADFYH 738 B/S 0
X6 6:00a V 6:38a SEA AS★ 2047 YBMHQ DH8 0
E-7APR 8.20a SEA 2:33p I AS★ 3054 FYBMH 738 B/S 0
6 6:00a V 6.38a SEA CO★ 8747 YHKBV DH8 0
E-13APR 8:20a SEA 2:33p I CO 1086 ADFYH 757 B/S 0
D-27APR
6 6:00a V 6:38a SEA AS★ 2047 YBMHQ DH8 0
E-13APR 8:20a SEA 2:33p I AS★ 3052 FYBMH 757 B/S 0
D-27APR
X67 6:00a V 6.38a SEA CO★ 8747 YHKBV DH8 0
D-5APR 8:30a SEA 2:42p I CO 166 ADFYH 738 B/S 0
X67 6:00a V 6:38a SEA AS★ 2047 YBMHQ DH8 0
D-5APR 8:30a SEA 2:42p I AS★ 3102 FYBMH 738 B/S 0
X6 11:25a V 12.10p SEA AS★ 2071 YBMHQ DH8 0
E-7APR 1:20p SEA 7:32p I AS★ 3118 FYBMH 738 L/S 0
6 11:25a V 12:10p SEA AS★ 2071 YBMHQ DH8 0
E-13APR 1:20p SEA 7:32p I AS★ 3055 FYBMH 738 L/S 0
D-27APR
X67 11:25a V 12:10p SEA AS★ 2071 YBMHQ DH8 0
D-5APR 1:30p SEA 7:38p I AS★ 3118 FYBMH 738 L/S 0
6 11:25a V 12:10p SEA AS★ 2071 YBMHQ DH8 0
D-6APR 1:30p SEA 7:38p I AS★ 3037 FYBMH 738 L/S 0

VICTORIA, TEXAS 112 MI CDT VCT
X7 6:00a 6:55a I CO★ 3580 YHKBV EM2 0
CO3580 DISCONTINUED AFTER 6APR
X67 6:00a 6:56a I CO★ 3580 YHKBV EM2 0
CO3580 EFFECTIVE 8APR
6 7.00a 7:56a I CO★ 3580 YHKBV EM2 0
CO3580 EFFECTIVE 13APR-27APR
X6 11:15a 12:12p I CO★ 3582 YHKBV ATR 0
CO3582 EFFECTIVE 7APR
X67 1.40p 2:37p I CO★ 3582 YHKBV EM2 0
CO3582 DISCONTINUED AFTER 5APR
X67 5:05p 5:59p I CO★ 3584 YHKBV EM2 0
CO3584 DISCONTINUED AFTER 5APR
X6 5:05p 6:02p I CO★ 3584 YHKBV EM2 0
CO3584 EFFECTIVE 7APR

VILLAHERMOSA, MEXICO 826 MI CDT VSA
1235 8:25a 9:50a MEX MX★ 1508 CYBMS M80 0
D-5APR 12:27p MEX 2:40p I CO 725 CDZYH M80 L/S 0
X67 8.30a 9.56a MEX MX 660 CDYBM 320 S 0
E-8APR 12:18p MEX 2:39p I CO 725 CDZYH M80 L/S 0
X67 8:30a 9:55a MEX MX 660 CDYBM 320 S 0
E-10APR 12.18p MEX 2:39p I CO 725 CDZYH M80 L/S 0
1245 8:30a 9:55a MEX MX 660 CDYBM 320 S 0
D-5APR 12:27p MEX 2:40p I CO 725 CDZYH M80 L/S 0
6 8:30a 9:55a MEX MX 660 CDYBM 320 S 0
D-6APR 12.40p MEX 2:53p I CO 725 CDZYH M80 L/S 0
6 8:30a 9:55a MEX MX 660 CDYBM 320 S 0
E-13APR 12.33p MEX 2:54p I CO 725 CDZYH M80 L/S 0
D-27APR
6 10:50a 12:15p MEX MX★ 1508 CYBMS M80 0
D-6APR 2:25p MEX 4:41p I CO 1425 CDZYH 733 L/S 0
6 10:50a 12:15p MEX MX★ 1508 CYBMS M80 0
E-13APR 2.30p MEX 4:44p I CO 1425 CDZYH M80 L/S 0
D-27APR
7 10:50a 12:15p MEX MX★ 1508 CYBMS M80 0
D-14APR 3:31p MEX 5:46p I CO 1425 CDZYH M80 D/S 0

Page 262 APRIL 01, 2002
1-MONDAY 2-TUESDAY 3-WEDNESDAY 4-THURSDAY 5-FRIDAY 6-SATURDAY 7-SUNDAY X-EXCEPT
OAG FLIGHT GUIDE

MapQuest: Driving Directions                                      Page 1 of 2



Netscape Presents:



< Back

SEND TO

**FROM:**

**27285 Wells Ln**
**Conroe, TX**
**77385 US**

**TO:**

**515 Rusk St**
**Houston, TX**
**77002 US**

**Total Distance:** 29.86 miles          **Total Estimated Time:** 38 minutes

| DIRECTIONS | DISTANCE |
|---|---|
| **1:** Start out going West on WELLS LN towards HARLAN LN by turning right. | 0.07 miles |
| **2:** Turn LEFT onto HARLAN LN. | 0.30 miles |
| **3:** Turn RIGHT onto STARK LN. | 0.22 miles |
| **4:** Turn LEFT onto PATSY LN. | 0.02 miles |
| **5:** Turn RIGHT onto ROBINSON RD. | 0.19 miles |
| **6:** ROBINSON RD becomes WOODLANDS PKWY. | 0.11 miles |
| **7:** Take the I-45 S ramp. | 0.13 miles |
| **8:** Turn RIGHT onto I-45. | 0.74 miles |
| **9:** Turn SLIGHT LEFT to take the I-45 S ramp. | 0.14 miles |
| **10:** Merge onto I-45 S. | 27.46 miles |
| **11:** Take the MC KINNEY ST exit- exit number 47C- on the left. | 0.24 miles |
| **12:** Stay straight to go onto MCKINNEY ST. | 0.03 miles |
| **13:** Turn LEFT onto BAGBY ST. | 0.14 miles |
| **14:** Turn RIGHT onto RUSK ST. | 0.08 miles |

**Total Estimated Time:**
**38 minutes**

**Total Distanc**
**29.86 miles**



@2002 MapQuest.com, Inc.

All rights reserved. Use
Subject to License/Copyright

**DESTINATION:**

**515 Rusk St**
**Houston, TX**
**77002 US**



@2002 MapQuest.com, Inc.; @2002 Navigation
Technologies

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or
expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.



.../main.adp?do=prt&1g=OmlSg8rINug%3d&1y=US&2a=515%20Rusk%20St&1z=77385&204/15/2002

MapQuest: Driving Directions                                                                Page 1 of 2

Netscape Presents



< Back                                                                                          SEND TO

**FROM:**                                              **TO:**

**27285 Wells Ln**                                     **600 E Harrison St**
**Conroe, TX**                                         **Brownsville, TX**
**77385 US**                                           **78520 US**

**Total Distance:** 381.54 miles                       **Total Estimated Time:** 8 hours, 10 minutes

**DIRECTIONS**                                                                              **DISTANCE**

There are 0.33 miles between the end of your directions and your destination. Use maps to get from the end of you
to your destination.

| | |
|---|---|
| **1:** Start out going West on WELLS LN towards HARLAN LN by turning right. | 0.07 miles |
| **2:** Turn LEFT onto HARLAN LN. | 0.30 miles |
| **3:** Turn RIGHT onto STARK LN. | 0.22 miles |
| **4:** Turn LEFT onto PATSY LN. | 0.02 miles |
| **5:** Turn RIGHT onto ROBINSON RD. | 0.19 miles |
| **6:** ROBINSON RD becomes WOODLANDS PKWY. | 0.11 miles |
| **7:** Take the I-45 S ramp. | 0.13 miles |
| **8:** Turn RIGHT onto I-45. | 0.74 miles |
| **9:** Turn SLIGHT LEFT to take the I-45 S ramp. | 0.14 miles |
| **10:** Merge onto I-45 S. | 23.38 miles |
| **11:** Take the I-610 E/I-610 W exit- exit number 51. | 0.12 miles |
| **12:** Take the I-610 W exit towards AIRLINE DR. | 0.14 miles |
| **13:** Merge onto I-610 W. | 9.50 miles |
| **14:** Take the US-59 N/US-59 S exit- exit number 8A- towards DOWNTOWN/VICTORIA. | 0.14 miles |
| **15:** Take the US-59 S exit towards VICTORIA. | 0.42 miles |
| **16:** Merge onto US-59 S. | 123.30 miles |
| **17:** Turn SHARP LEFT onto US-77. | 71.62 miles |
| **18:** Take the I-37 S/US-77 S ramp. | 0.31 miles |
| **19:** Merge onto I-37 S. | 2.50 miles |
| **20:** Take the US-77 exit- exit number 14- towards KINGSVILLE/BROWNSVILLE. | 0.35 miles |
| **21:** Merge onto US-77 S. | 147.56 miles |
| **22:** Take the exit towards 12TH-14TH STS. | 0.24 miles |
| **23:** Take the ramp towards 12TH-14TH STS. | 0.03 miles |

**Total Estimated Time:**                                                                   **Total Distan**
**8 hours, 10 minutes**                                                                     **381.54 mile**



© 2002 MapQuest.com, Inc.

**DESTINATION:**

**600 E Harrison St**
**Brownsville, TX**
**78520 US**



.../main.adp?do=prt&1g=OmlSg8rINug%3d&1y=US&2a=600%20E%20Harrison%20St&1z=04/15/2002

NO. 2002-03·933·E



| | | |
|---|---|---|
| MICROTHERM, INC., ET AL | * | IN THE DISTRICT COURT OF |
| | * | |
| vs. | * | CAMERON COUNTY, TEXAS |
| | * | |
| TRIQUEST-PUGET PLASTICS, | * | 357ᵗʰ JUDICIAL DISTRICT |
| L.L.C., ET AL | * | |

### PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW MICROTHERM, INC. ("*MICROTHERM*"), MAVID MAQUILADORA ("*MAVID*"), AND DAVID E. SEITZ ("*SEITZ*"), INDIVIDUALLY, hereinafter collectively referred to as Plaintiffs, complaining of TRIQUEST-PUGET PLASTICS, L.L.C., a subsidiary of ARCTIC SLOPE REGIOINAL CORPORATION), ARCTIC SLOPE REGIONAL CORPORATION ("*ARCTIC SLOPE*"), EMERSON ELECTRIC CO. ("*EMERSON*"), WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO. ("*WIEGAND*"), CHROMALOX®, INC., DANA CORPORATION ("*DANA CORP*"), DANA ENGINE CONTROLS ("*DANA ENGINE*"), and would respectfully show unto the Court the following:

I.

### PARTIES

MICROTHERM, INC. is a Texas Corporation with its principal place of business in Harris, County, Texas.

MAVID MAQUILADOR, S.A. is a Mexican Corporation.

1

DAVID E. SEITZ, INDIVIDUALLY and as Licensor of Technology to other Plaintiffs, who resides in Montgomery County, TX.

Defendant TRIQUEST-PUGET PLASTICS, L.L.C., a subsidiary of Arctic Slope Regional corporation, is a foreign corporation or business entity that does not maintain a regular place of business in the State of Texas or a designated agent for service of process. Defendant has, however, engaged in business in the State of Texas and plaintiffs' claims arise out of defendant's acts of business within the State. Thus, defendant may be served with process by serving the Secretary of State, Elton Bomer, State Capital Building, P.O. Box 12697, Austin, Texas 78711-2697 to be forwarded to defendant at Arctic Slope Regional Corporation, P.O. Box 129, Barrow, Alaska 99723.

Defendant ARCTIC SLOPE REGIONAL CORPORATION is a foreign corporation or business entity that does not maintain a regular place of business in the State of Texas or a designated agent for service of process. Defendant has, however, engaged in business in the State of Texas and plaintiffs' claims arise out of defendant's acts of business within the State. Thus, defendant may be served with process by serving the Secretary of State, Elton Bomer, State Capital Building, P.O. Box 12697, Austin, Texas 78711-2697 to be forwarded to defendant at Arctic Slope Regional Corporation, P.O. Box 129, Barrow, Alaska 99723.

Defendant EMERSON ELECTRIC CO. is a foreign corporation doing business in Texas and can be served through its registered agent for service, CT Corp System, 350 N. St. Paul, Dallas, Texas 75201.

Defendant WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO. is a foreign corporation or business entity that does not maintain a regular place of business in the State

2

of Texas or a designated agent for service of process. Defendant has, however, engaged in business in the State of Texas and plaintiffs' claims arise out of defendant's acts of business within the State. Thus, defendant may be served with process by serving the Secretary of State, Elton Bomer, State Capital Building, P.O. Box 12697, Austin, Texas 78711-2697 to be forwarded to defendant at 1199 County Road 9, P.O. Box 1439, Vernon, Alabama 35592.

Defendant CHROMALOX®, INC. is a foreign corporation or business entity that does not maintain a regular place of business in the State of Texas or a designated agent for service of process. Defendant has, however, engaged in business in the State of Texas and plaintiffs' claims arise out of defendant's acts of business within the State. Thus, defendant may be served with process by serving the Secretary of State, Elton Bomer, State Capital Building, P.O. Box 12697, Austin, Texas 78711-2697 to be forwarded to defendant at 103 Gamma Drive Extension, Pittsburgh, Pennsylvania 15238.

Defendant DANA CORPORATION is a foreign corporation doing business in Texas and can be served by serving its registered agent, CT Corp System, 350 N. St. Paul, Dallas, Texas 75201.

Defendant DANA ENGINE CONTROLS is a foreign corporation with offices in Brownsville, Texas. Defendant can be served by serving its registered agent, CT Corp System, 350 N. St. Paul, Dallas, Texas 75201.

Discovery is to be conducted under Level 3 of the Texas Rules of Civil Procedure.

3

## II.

## JURISDICTION

The court has jurisdiction over Defendant TRIQUEST-PUGET PLASTICS, L.L.C., a subsidiary of Arctic Slope Regional Corporation, a foreign corporation, organized and existing under the laws of the State of Alaska, because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

The court has jurisdiction over Defendant ARCTIC SLOPE REGIONAL CORPORATION, a foreign corporation, organized and existing under the laws of the State of Alaska, because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over this matter because the damages are within the jurisdictional limits of the court.

The court has jurisdiction over Defendant EMERSON ELECTRIC CO., a foreign corporation, organized and existing under the laws of the State of Missouri, because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over this matter because the damages are within the jurisdictional limits of the court.

The court has jurisdiction over Defendant WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO., a foreign corporation, organized and existing under the laws of the State of Alabama, because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

4

The court has jurisdiction over Defendant CHROMALOX®, a foreign corporation, organized and existing under the laws of the State of Pennsylvania, because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over this matter because the damages are within the jurisdictional limits of the court.

The court has jurisdiction over Defendant DANA CORPORATION, a foreign corporation, organized and existing under the laws of the State of Ohio, because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

The court has jurisdiction over Defendant DANA ENGINE CONTROLS because it has done business in Texas and has continuing contacts with Texas and is amenable to service by a Texas court. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

III.

**VENUE**

Venue is proper in Cameron County, Texas, pursuant to Texas Civil Practice & Remedies Code §15.002a(1) & (3).

5

IV.

## BACKGROUND

Plaintiffs in this case are Licensee's under patents for the SEISCO® electronically controlled tankless water heater. It is believed that this type product will some day replace the conventional water heaters found in homes today. Plaintiffs wanted to manufacture these water heater products and to sell them to the building industry including manufactured homes. Anyone who purchases and uses a water heater has generally enjoyed very reliable performance, therefore the expectation of any customer for his or his client's water heater is very high. Reliability results from good design, and good manufacturing with reliable component parts. Three of the most critical components in Plaintiffs' electronically controlled water heater are (1) the heating elements, (2) the temperature sensors that provide very important water temperature information necessary for safe and reliable performance, and (3) heating chambers (heat exchanger) which are made from high performance engineering plastics. If the screw plug of heating elements used in any water heater cracked and leaked water, or the temperature sensors were defective and shortly after installation gave bad temperature readings to the heater's control, or a high percentage of the heat exchangers of a water heater failed within the first year by cracking and leaking water customers of the manufacturer of the water heater would loose confidence and refuse to purchase his product. In fact, any one of these kinds of failures in the products of a single water heater manufacturer would cause his. If that same manufacturer had all these failure problems with his water heater he could not for long stay in business. Obviously, these critical components need to be suitable for their application, free of manufacturing defects in order to provide reliable performance and

reasonable service life under the normal conditions experienced by "tankless on demand water" heaters.

Plaintiffs would show this Honorable Court that they had developed a genuine sense of trust in their relationship with Defendants.

Plaintiffs would show this honorable court that between the years of 1999 and 2001 each of the Defendants individually were vendors to Plaintiffs and each represented themselves to said Plaintiffs

1.  to be leading manufacturers in their fields;

2.  with extensive experience and expertise in the design and manufacture of their respective products;

Plaintiffs would show this Honorable Court that Defendants Triquest-Puget Plastics, L.L.c, a subsidiary of Arctic Slope Regional Corporation, all molders were experts in the

1.  selection and utilization of injection molding equipment suitable for properly molding Plaintiffs' water heater parts;

2.  development of processing parameters to insure the best and strongest part;

3.  design tooling changes to improve the utilization of Plaintiffs molds and processing parameters;

4.  evaluation of toolmakers;

5.  review of tooling modifications during manufacture;

6.  approval of finished tooling;

7.  processing Defendants' selected engineering resin material into final parts;

8.  evaluation of the processing parameters to insure optimum part strength and integrity;

9.  assurance of a part quality and quality control;

10.    maintenance of its customer tooling in a first class condition;

Plaintiffs will further show that Defendants Triquest-Puget Plastics, L.L.C., a subsidiary of

Arctic Slope Regional Corporation, all molders/plastics owned did

1.    recommend tooling changes for Plaintiffs heating chamber mold that were represented to improve the performance of the mold and allow the mold to be used in smaller molding machines to reduce the overall cost of molding;

2.    assured Plaintiffs that such tooling work was to be performed by Taller Mendoza;

3.    agreed to take ownership of these tooling modifications and guarantee their ultimate performance;

Plaintiffs will show that Defendant Emerson Electric, Wiegand Appliances and Chromalox,

1.    represented themselves to Plaintiffs as the leading independent manufacturer of very high quality heating elements for appliances in the U.S.

2.    experts in the evaluation of heating elements in various applications;

3.    experts in the recommendation of the type and specifications for heating elements for fluid heating applications;

4.    recommended that Plaintiffs change the type of heating element used from one with a plated steel screw plug to a solid brass screw plug in order to provide better long term performance in aggressive water conditions and to prevent corrosion;

5.    charged Plaintiffs substantially more for what Defendants represented as a much superior heating element screw plug;

Plaintiffs will show that Defendant Dana Corporation and Dana Engine Control

1.    held itself out to be recognized as a global leader in the design and manufacture of temperature sensing devices;

2.    represented its devices were manufactured in a quality and workmanlike manner

3.    their temperature sensing devices, (thermistors) as used by Plaintiffs are suitable and reliable for demanding temperature measurements of water;

8

As Defendants are all recognized as major leaders in their respective fields, Plaintiffs were very comfortable in following their recommendations and using their products or services. Defendants, after gaining the confidence of Plaintiffs, recommended their own respective products and/or services initially and continued to recommend them and represent them as suitable for Plaintiffs application, even after Defendants were provided with failed parts and knew or should have known, not only that the reasons for the failures were their own manufacturing processes, but also knew the immediate remedy. Defendants either pleaded ignorant to the problems or blamed the failures on extraordinary circumstances including their own vendors and assured Plaintiffs with each new lot of product that the failures were not likely to reoccur.

In July of 1999, Plaintiffs were introducing their new microprocessor controlled version of the tankless water heater. This is a very sophisticated product and relies heavily on quality parts and it was just after this introduction that Plaintiffs began to receive parts for Defendants that had concealed manufacturing defects.

Plaintiffs would show that the first problem began with special heating elements provided by Defendant Chromalox, a division of Wiegand Appliances, a wholly owned subsidiary of the Emerson Electric Company. Defendants had induced Plaintiffs to change over to a much more expensive immersion heating element with a solid brass screw plug. Very shortly thereafter Plaintiffs who were pressure testing every element purchased began discovering a small percentage of brand new elements in their shipping boxes whose screw plugs had cracked. When David Seitz, President of Microtherm, Inc. contacted Mr. Dick Feather presenting him with the problem and providing him with samples, he was told that this problem occurred because Chromalox had been sold a quantity of bad brass screw plugs. Mr. Feather indicated that Chromalox had resolved the

9

issue and there shouldn't be any more problems. Neither Feather or anyone else at Chromalox had

contacted Plaintiffs to advise them prior to this time that Chromalox had a potential problem with

parts it sold Plaintiffs. Shortly thereafter Mr. James Albert, the Q.C. manager for a sub contractor

for Plaintiffs received a letter from Chromalox indicating the problem was a manufacturing issue at

the Chromalox facility involving over-stressing the part by over staking the screw plug upon

installation of the heating coil. When asked about this issue by Seitz on or about August of 1999,

Mr. Feather continued to insist that the problem was the total result of bad brass purchased in the

past and that the problem was resolved. Furthermore Feather indicated that Chromalox was

making a very strong effort in improving its own quality control over the brass materials it was

purchasing to insure this did not happen again. Feather confirmed what Plaintiffs were later to find

out. The defects in the brass, whether over-stressing or quality of brass is concealed and very hard

if not impossible to detect without destructive testing. Plaintiffs had to rely on Defendants

expertise and representations that the problems were resolved. The failures did continue, however,

albeit their were smaller quantities of failures in the newly delivered parts. The failures in actual

water heaters installed during this 1999 period were very small. From that point on lots were

tracked by date along with failures in the field. Failures from installed water heaters started to

increase late in the year 1999 from parts with latent stress defects but Chromalox continued to

blame these failures on alleged same limited bad batch of brass screw plugs. Chromalox

represented to Plaintiffs that it had changed over to making the brass screw plugs themselves rather

than buying them from outside vendors and that they would be able to control quality and prevent

these types of product defects. When failures continued to occur in different lots of heating

elements, Feather represented that these were probably made from the same material. Then

10

suddenly the products delivered to plaintiff by these defendants no longer experienced cracking. Plaintiffs were then told that the staking process had been slightly modified and that was insuring better parts. Chromalox had manufactured elements for month after month for over 6 months that continually had failures and was able to stop the problem with a single manufacturing change. Plaintiffs have since discovered that such staking issues are commonly known to the manufacturers of heating elements and that procedures and manufacturing specifications for staking have been developed and used to prevent this very type of problem.

The Dana Corporation and its wholly owned subsidiary Dana Engine Control purchased a company or companies which had previously sold temperature sensors to Microtherm, Inc. or its predecessor Therm-O-Lator Inc. The Dana Corporation is a large publicly held company which specializes in automobile parts. The temperature sensors purchased by Plaintiffs were a type commonly used in the engine blocks of cars to report engine water temperature. These devices had to be reliable and suitable for the very demanding application in which they were used. It was because of the long history of reliable use that Plaintiffs felt confident in the Dana temperature sensors for its water heater. The temperature curves for use in an automobile and that of Plaintiffs water heater were very similar. Dana had up until December of 1999 manufactured the sensors sold to Plaintiffs in Alabama. On or about December of 1999, Defendant Dana Corporation moved its manufacturing from Alabama to Brownsville, Texas and Matamoros, Mexico just west of the Gulf of Mexico.

On or about June of 2000, Plaintiffs began observing problems with incoming temperature sensor parts. Some would check out fine on incoming Q.C. then fail upon system checking the heater. The numbers of these failures were small but Plaintiffs engineer David Berryhill reported

11

the problem and Plaintiffs subcontractor's engineer Juan Carlos Cabello also discussed his findings with a Mexican engineering firm, which was working with Dana. A plant engineer had indicated to Juan Carlos that there had been some contamination problems in earlier lots and perhaps Plaintiffs had received a few of these. For the balance of the year, increasing problems were occurring with installed heaters, which Plaintiffs originally believed were probably due to control board failures. Control boards were replaced, even heaters, and from about October of 1999 through January of 2001 there was increasing evidence that the failures were caused by the defective temperature sensors. Then in January the Dana engineers disclosed that the temperature sensing devices were in fact contaminated. Plaintiffs did not know what "contamination" meant as it applied to the sensors but Dana's representatives continued to assure Plaintiffs that the problem was small and isolated to earlier lots and that they had truly resolved the problems. By January of 2001, the failures were occurring at an alarming rate. On or about March of 2001, Plaintiffs sent parts to outside experts to evaluate failed parts and discovered that the entire inside of the brass enclosed sensor assembly was corroding to the point that it looked like the parts had been soaked in salt water. Plaintiffs stopped paying for the parts and contacted Defendant Dana Engine Control both in Alabama and in Brownsville, Texas.

On or about September of 1999, after having minor tooling modifications made to a large heating chamber mold, Plaintiffs were considering two molders for the job of producing plastic parts for Plaintiffs newly improved tankless water heater. Plaintiffs interviewed Supreme Plastics out of Gladewater, Texas and were contacted by a representative of Puget Plastics for their Guadalajara molding facility. Puget was at that time an extremely well respected molder and had built a multimillion dollar state of the art facility in Guadalajara, Mexico to service the

requirements for Hewlett Packards' Mexico manufacturing. Plaintiffs were assured that Puget in Guadalajara was looking for diversified molding applications and Plaintiffs product was of particular interest to them. They represented that they were using their own staff of experts from their Tualalitin, Oregon facility and that every contract or obligation that involved molding in Guadalajara was in fact not only considered made but fully guaranteed by Puget Plastics, Tualatin and its owners Arctic Slope. This point was stressed and reinforced by demonstrating that the employees and management at the Guadalajara facility did not change their business cards which reflected their addresses as being Puget Plastics in Tualatin. Plaintiffs agreed to Defendants request to send Plaintiffs molds at considerable expense to Guadalajara to enable Defendants to properly survey the condition of Plaintiffs molds and processing requirements. After the molds were delivered Defendants had Plaintiffs molds surveyed and carefully checked. Defendant Puget Plasitcs advised Plaintiffs that they wanted the opportunity to have Plaintiffs business and would handle the account in a very special manner.

Plaintiffs had, over the years, worked with and developed a high level of confidence with Tony Mendoza, of Taller Mendoza in Guadalajara. Seitz was told that Puget had entered into a partnership with Taller Mendoza for mold repairs and mold manufacture. Mendoza told Seitz that his involvement with Puget was related to tooling support, and while his company had no relationship in Puget's molding operation, it was his understanding that Puget was doing a good job in its molding operations for major U.S. companies.

On or about December of 1999, the mold that makes the chamber parts for the Seisco water heater was sent to Puget. On January 28, 2000 a meeting was called by Andre Saverlieff, (Andre), Puget's Plant Manager for the purpose of concluding agreements between Puget and

13

Plaintiffs so that he could schedule Puget's production of all the plastic parts required by Plaintiff for the Seisco® water heater. Seitz made a special trip from Houston, TX, at Andre's request, to attend the meeting.

At the meeting, Seitz provided Puget with set-up and sequence information in an attempt to insure the safe operation of the chamber mold. Seitz provided and signed off on sample "QC" parts.

During this January 28 meeting, Seitz explained that Mavid's technicians were not plastic experts but rather contract manufacturers for the Plaintiffs. Seitz confirmed to Andre that Microtherm, Inc. a Texas Corporation was fully responsible for all P.O.'s for materials molded, as well as the materials provided. Seitz made it clear that given the circumstances and based on his reliance for tooling support from Defendant Puget's joint venture with Mendoza, Plaintiffs were willing to have Puget mold the parts. Seitz made it clear that he was absolutely relying on Puget to conscientiously perform its molding to insure quality parts. Seitz emphasized the fact that these parts were to be used in water heaters for residential use and that no one could afford to have inferior plastic parts crack in this application. Seitz was again reassured by Andre that Puget Plastics of Tualatin, had a history of quality or they could not mold for companies like Boeing and H.P. Furthermore it was represented that Puget in Guadalajara was part of and the same as the Puget Plastics Company of Tualatin, both being owned and controlled by Arctic Slope. In this case, Puget Plastics of Tualatin was in immediate control, and along with Arctic Slope stood behind all the commitments, and work performed by Puget's Guadalajara plant. He stated "It's for that reason my business card and that of others here shows our address as the Corporate offices in Oregon."

14

The chamber mold was installed in a Puget machine on or about 2/1/00 but within just a few hours the mold was damaged as a result of improper operation. By 2/15/01 Puget, however, had delivered over 1,800 chamber parts. Then between the period of 2/15/01 and 5/8/00 Puget as a result of absolute negligence crashed and damaged this mold 4 more times, and was unable to timely deliver parts to Mavid for Plaintiffs' water heater requirements. In one such case a night supervisor had deliberately disabled a safety switch. Each time the mold was damaged, Puget's Andre Savelieff assured Seitz that they would fix the tool and correct the problem. This process soon became a loop that Seitz felt Plaintiffs could not free themselves from without greater serious financial harm.

Much of the tool damage to the chamber mold resulted from Puget's inability or refusal to maintain proper and safe operation of a small side core that made a hole horizontally between the two chambers of the chamber part. During operation this core had to be inserted into the side of two larger cores and then removed. If the large cores were not properly set or if the operator tried to lower the large cores before removing the side core the cores would crash against one another causing significant damage.

Seitz soon discovered that Puget had modified the main cores cutting off the solid end and replacing them with sacrificial inserts. If the mold was improperly operated the end would break off and they would only replace that part. This was done without Seitz's or Microtherm's approval.

Seitz was upset with this approach, as it did no't attempt to maintain safe operations which prevent the reasons for the problem but rather only to reduce the damage. Seitz also observed very poor processing conditions by Chuck Fletcher the manager for material processing

for Puget. Seitz discovered that Chuck was not properly drying material and in one case was knowingly trying to operate a machine with a heater band on the barrel inoperative. Chuck lied and was found out as soon as the band was checked with an amp meter and the material was checked for moisture.

Andre had required Fletcher to personally apologize to Seitz and convinced Seitz that he would personally make sure that Fletcher did things right. It was discovered later that from that day forward there was a succession of events resulting from conditions which Fletcher allowed or knowingly created causing damage to the molds or poor product quality.

Seitz had sent David Berryhill, a mechanical engineer to Guadalajara in May to meet with Chuck Fletcher, Puget's process manager, and Tony Mendoza to discuss possible additional tooling modifications that could possibly reduce or eliminate the potential for continuing damage and allow Puget to operate the mold in a smaller machine.

Puget then recommended that Plaintiffs allow Puget to install a mechanical slider in lieu of a piston operated side core. Puget represented that this modification would eliminate the opportunity for operator error in the proper timing when moving this core, which had to enter and leave the top part. Seitz spoke with Mendoza and was assured that such a modification could be properly done and should relieve the potential problem. This was a major modification because once it had been done, substantial changes would be made to the mold such that it would be extremely difficult and very expensive to try to return to the original design. For that reason Plaintiffs wanted no one but Mendoza to do the work. Puget agreed and represented that this modification would be performed by Mendoza.

16

Additionally Puget recommended that the main core piston assembly be modified to reduce the height requirements. According to Puget this would allow them to install the chamber mold in a smaller machine which would allow them to provide lower costs per part to Plaintiffs.

Plaintiffs agreed to both modifications asking only that Mendoza complete the work as Puget had represented on a staggered schedule with the slider modification to be completed by the first week of May (6 weeks).

It was in fact not until after 5/15 that the tool with this modification was delivered to Puget. The mold was installed and operated for less than 4 hours when the new slider broke. It was then that Seitz, believing that Mendoza had not done the modifications, discovered in fact that Puget had lied to him and taken the work to a company called Tooling Science a shop next door to Puget's plant. The assembly was poorly designed and each time the mold closed the slider was forced into a bind preventing the proper insertion of the side core. From 2/15/00 to 5/30/00 because of continuing tool problems related to this modification Puget failed to deliver a single chamber part to Mavid. Then on 5/31/00 Puget started delivering partial shipments between repeated breakdowns of the slider.

Plaintiffs were now experiencing his worst nightmare. This tool could not be changed back without a great deal of time and expense, Plaintiffs were deprived of parts contracted for by Puget and had to continue to rely on more of Puget's assurances that they would correct the problem. Seitz called Mendoza and insisted that he take responsibility for making sure that the issue was corrected. As it turned out, Puget finally discovered that the mold modification had been made in such a crude manner and without proper supervision that the slider base was offset. When the mold closed the opposing side of the mold actually acted as a wedge forcing the whole

17

assembly upwards. This caused the core to try and enter the mold at an improper angle, galling it and finally it bent and then broke the assembly's attachment bolts. Puget used a grinder to cut away the excess and Mendoza made new cores, which temporarily resolved this issue.

Puget had still not disclosed an even greater concern. This arose from the use of a molding machine having a very large material capacity. Because of this large capacity in relationship to the parts requirement and the molding time per part, substantial excess material had to stay in the hot barrel (oven) for a long time. If proper molding temperatures were maintained, this material would burn and degrade. This degradation would be so apparent that any such part would have been rejected. For this reason, Puget's Fletcher had reduced the molding temperatures 100°F. below DuPont's recommended molding temperatures. The lower temperature eliminated the degradation in the barrel but created a condition in which cooler material was being forced around the core and when the flow of material met it was not sufficiently fluid to properly bind (weld). By molding at these temperatures he was able to mold parts that had every appearance of good parts but in fact were significantly weakened at the areas where the material met after flowing around the cores. (weld lines or joints). In addition, there is evidence that many parts were molded when the mold was leaking oil. Without microscopic structural analysis, this type of weakness would not be visible. On the other hand any experienced molder knows, as those involved at Puget had to have known, one of the inherent problems with cold molding is poor weld line strength and increased molded in stress.

Seitz traveled to Guadalajara again the end of June, and at that time discovered that Puget had wasted and/or destroyed substantial quantities of the plastic resin materials that had been furnished to Puget by Plaintiffs. Plaintiffs were entitled to have received credits against Puget's

18

invoices to Mavid for materials furnished.  As it turned out substantial amounts of material were wasted during improper molding or destroyed by Puget's mishandling of the material.  Plaintiffs insisted on an accounting and proper credit.

Subcontractor Mavid continued to offer assistance and people to attend molding operations and to the extent of their limited experience provide helpful instructions to the Puget Q.C. staff.  Puget not only refused such offers but on or about the last week of June 2000, Chuck Fletcher not only refused to permit any help but actually terminated all production for Mavid/Microtherm because James Albert, a QC manager for Mavid discussed part quality with a Puget Q.C. person.

This shutdown was a last straw.  Seitz sent a letter styled "Formal Notice and Demand" reiterating the terrible losses that Microtherm/Mavid were having to suffer from Puget's breach of contract, and misrepresentation.  In this letter Plaintiffs again demanded an accounting and credit from Puget for wasted or destroyed material.

Dale Behm, President of Puget Plastics Corporation responded on 7/3/00 with a promise to have Andre Savelieff as Puget's representative make sure that the issues are properly resolved.

Andre and Seitz met in Guadalajara on July 4th to discuss the issues.  From that meeting Plaintiffs and Defendants  came to an agreement in principle that appropriate credits from Puget would be given and that Plaintiffs would allow Puget to employ Mendoza to change the main piston core assembly in order to reduce the length of the mold and allow Puget to mold the chamber parts in a smaller machine more cost effectively.  At this time Puget had still not disclosed the fact that they were molding these parts in improper equipment, in an improper manner at improper temperatures.

On August 28, 2000, Plaintiffs discovered that Andre had left the position of Plant Manager and returned to Oregon, and that critical plastic parts had still not been manufactured and delivered to Mavid. Seitz personally made arrangements to travel to Guadalajara for a special meeting with the new plant manager, Tony Lueke. When Seitz arrived in Guadalajara he was advised that Lueke had decided not to show.

After returning to Houston Seitz wrote Behm an e-mail advising of this incident and the fact that Seitz had just discovered that Monday, the 28th of August in a meeting with Mendoza, that the mold modifications approved by Plaintiffs, with respect to the main piston assembly, had never been started.

Behm responded personally on Sept 1, 2000. He assured Seitz the "Andre will stay involved and assist me in solving the issue."

Seitz replied the same day to Behm's e-mail and expressed a grave concern over Puget's continued default. Seitz advised Behm that Plaintiffs were holding Puget responsible from that date forward for the losses incurred.

Plaintiffs were in the worst of situations with the principle mold undergoing long overdue modifications under Puget's supervision with a completion date uncertain, coupled with the continued default of Puget to provide Plaintiffs desperately needed parts for which they contracted.

On September 1, 2000 Seitz faxed to Behm his understanding of their agreement to move forward. Seitz again advised Behm that Plaintiffs continued to rely on Puget for performance and asked Behm to advise Seitz if this letter did not contain what was also Puget's understanding of the agreement.

20

On or about September 14, 2000 Seitz accompanied by a representative of DUPONT, traveled to Guadalajara.. Seitz had agreed to meet with Andre, Tony Luethe of Puget and Tony Mendoza of Taller Mendoza to discuss the tooling issues and the accounting of Microtherm's outstanding balance after credits due from Puget. First the meeting included a discussion of tooling and Mendoza provided Seitz with an updated estimate of expense for the modification required to redesign the main core piston assembly and a time for completion. Mendoza and Luethe confirmed that Mendoza's shop would do the design and work. Luethe and Seitz dismissed themselves to a side office and discussed Plaintiffs' account balance. Luethe disclosed to Seitz that he was very much aware that substantial credit was owed to Plaintiffs and that when these were given there would no balance owing to Puget for past work. Luethe further advised Seitz that he was also aware of the wasted and destroyed materials and in fact on one of his visits he personally observed a forklift operator, at the unloading dock, run his fork lift into a pallet full of Plaintiffs' very expensive Radel resin and tear bags causing the resin to be discharged all over the driveway. Luethe promised and assured Seitz that the future would be different and that Puget sincerely wanted to be the molder for the Seisco parts.

After this discussion Seitz and Hines were escorted to the molding area at which time Fletcher and an engineer for DuPont were in heated discussion over molding temperatures for one of the Zytel parts. Puget was molding at almost 100 degrees F below DuPont's recommended process temperatures. Fletcher was arguing that the DuPont recommendations were only guidelines and that in fact good parts could be obtained at these low process temperatures. Seitz was appalled and deeply concerned, expressing his concerns. The very next day Seitz asked to be provided the molding parameters for all the tools including the chamber

tooling. This is the first time that the Plaintiffs' found out that Puget was circumventing the letter and intent of Dupont's processing guidelines for the DuPont Zytel material.

Fletcher and Luethe continued to argue that good parts could be made even under these conditions. Nevertheless Seitz was concerned and reiterated that while he was not a processing expert that Puget needed to be reminded that these parts needed to be very high quality as they were water heater parts, which would be installed in customers' homes.

Luethe explained that he was a processing expert and continued to contend the parts were fine.

Plaintiffs had been assured the tooling modifications from Mendoza would be completed no later than September 25th. Then to Seitz's surprise, on Friday September 22 only three days before "Mendoza" was supposed to complete the modifications, Seitz again discovered that the very important work was not being done by Mendoza, in fact not even designed by Mendoza but rather by the same shop next to Puget's plant. Seitz was extremely concerned and insisted that Puget coordinate the initial evaluation of the tool performance with the modifications be scheduled with Mr. Joe Rebollo, a DuPont engineer, so that he or his representative could attend.

On October 6th, after continued delay Puget on its own decided to run the chamber mold at night, a time when Mr. Joe Rebollo from DuPont could obviously not attend. James Albert, Mavid's QC manager found serious quality problems with the initial parts. Seitz then received a message from Agustin, an employee of Puget, that Puget had run 10 more parts and unless we were prepared to accept the quality of these parts that Puget would take the mold down and not run production. Those specially picked 10 parts appeared acceptable to James. What James and Seitz did not realize was that the new modifications so long awaited did nothing to solve the

22

problem. James was not aware of nor qualified to understand that while Puget had changed machines, they did so deliberately to deceive Plaintiffs. They were still using a very large machine, which had only slightly less resin capacity than the original. Puget discovered that the designs for both of the modifications to the mold that they had supervised were not curing the problems. The first modification for the slider was weak and broke within hours of the first production and continued to fail. Furthermore the second modification to the main cores piston assembly added additional width, which gave rise to an entirely different problem for Plaintiffs. A molding machine has two absolute dimensions that being the height from the nozzle to either the floor or in the case of Puget's machines a cross member which inhibited the use of full height and the width of the tie bars for the platen. Puget had reduced the height of the mold but increased the width such that it not only did not fit between the tie bars for Puget's smaller machines but would also prevent Plaintiffs from using the mold in other types (makes) of machines which otherwise would have accommodated the mold's original height.

Puget deceived Plaintiffs from day one about having an available machine that had a suitable resin capacity plus clamp tonnage capacity in which the chamber mold could have been used.

As stated above no sooner had Puget began to try and run parts with the newly modified mold but it broke again. This time it was sent to Mendoza for repairs. Mavid got only 278 parts for chambers after 2.5 months of waiting. Mavid's production was and had been shut down off and on for over a month and now October 2000 Plaintiffs product was completely shut down again.

The mold was reinstalled and production was being run Saturday the 14th of October.

23

James Albert the QC manager for Mavid was at Puget observing this process. Seitz contacted James on his cell phone and asked him to get the mold process temperature parameters from the supervisor. The supervisor would not initially give them to James. Seitz then asked him to go to the machine and write down the temperatures. The next day on Sunday, James had an opportunity to view and record process temperatures of about 460 degrees F. These were the same as used before the modification. Seitz insisted that James find out why they were still processing like this. James was able to get this information within a few minutes. James advised Seitz that he was informed by a Puget supervisor from Tualatin that contrary to all the assurances Puget could not use the mold in a smaller machine because of the new width and in fact did not have a machine with proper resin capacity available at that time anyway.

Seitz was in disbelief. He had been told by Luethe that the reason for running at lower temperatures was the viscosity of the DuPont materials. Luethe and everyone else at Puget claimed they were using the hot oil mold temperature control during the processing. Even this was a lie.

That Sunday, October 15, 2000, Luethe was off again on another vacation in Oregon. Seitz e-mailed Luethe and asked him to call him and provide an immediate explanation for what was a series of misrepresentations to Seitz.

Luethe did not call and refused to accept Seitz's calls even after he returned to Guadalajara. Seitz was told by James and Marco Hernandez of Mavid that Puget intended to resume molding that week on Thursday or Friday.

After no further communications, on Friday night October 20, 2000, at about 7:00 pm, Seitz received a call at his residence from Luethe advising him that Puget had made a decision to

take the chamber mold down and refused to mold the Plaintiffs plastic part requirements.

During the period of time from January 2, 2000 to October 31, 2001, purchase orders for 5,100 chamber parts alone were issued. These purchase orders were accepted by Puget. Puget delivered 4,329 parts that were in great part reluctantly accepted because of the great need. Almost 20% of all parts received were rejected. The 671 parts not delivered plus the replacement of at least 800 rejected parts would have made over 730 four chamber water heaters or at least 2 ½ months requirements.

This is not the whole story. Because of the defaults of Puget, delays were incurred during the time when modifications of the tooling were allegedly being made. This down time as it turns out was completely unnecessary. Plaintiffs lost at least 3 months each of production, hundreds of sales and sales opportunities, the dead expense of maintaining their respective operations. Since plaintiffs Industriales and Microtherm are responsible for all the Mavid funding, the expense, as puget was already aware, was totally that of these two Plaintiffs. The combined expense exceeded $200,000, not counting any loss of sales or the loss of customers, and the extremely high warranty replacement and service cost for heaters which failed from cracked plastic parts molded by Puget.

From January 2001 until the present, there have been well over 200 failures of water heaters increasing at a current rate of over 40 per month. These failures are the direct result of weak weld lines I the heating element boss. This type failure has not been seen in any other parts molded since 1995 except for the Puget molded parts and for six parts molded in January of 2001. In the case of these six part, there was a small and very short lived contamination from leaking oil in the mold.

A great many important customers have been lost and innumerable other poatential customers as a result of a loss of confidence in the Seisco water heater resulting from these failures. Included in a HUD owned housing authority project in Alabama in which all 66 heaters are being replaced. All failed from cracked chamber parts molded by Puget. Plaintiffs' product was recommended to the housing group and installation in part subsidized by the TVA and a great many builders in the Virginia and Maryland areas.

Plaintiffs have invested a great deal of money in developing the TVA relationship, as well as that of the builders in Virginia and Maryland, and the manufactured housing market. The loss of confidence has truly cost plaintiffs dearly.

Based on representations made by Defendants and their agents, Plaintiffs materially altered their position and focused solely on Defendants for materials, and technical support. As a result of this reliance on Defendants' false representations and promises, Plaintiffs were damaged by expending substantial amounts of money with Defendants defective products and/or services and by losing years of time in their attempts to complete the development, commencement of production and sales of their product. In addition, Plaintiffs have expended large sums of money in mitigating their damages and effectuating "cover" as defined in the Tex. Bus. & Comm. Code.

V.

## BREACH OF CONTRACT

All of the allegations heretofore set out are incorporated herein for all purposes.

Plaintiffs and Defendants Arctic Slope and Puget Plastics were parties to legally binding agreements. Upon trial hereof, it will be shown that Defendants breached their part of the agreement in at least the following particulars:

1.   Failing to provide necessary technical support required for the successful manufacture of Plaintiffs product.

2.   Failing to provide guidance in materials selections but in fact misleading Plaintiffs.

3.   Providing Plaintiffs with misleading and false representations (or inferior recommendations) with respect to Plaintiffs' tooling modifications.

4.   Providing Plaintiffs with misleading (or inferior) representations related to the level of Puget's technical review and evaluation of Plaintiffs' design, parts and tooling.

6.   Defendants' failure to provide Plaintiffs' with recommendations of alternate materials which in fact would have been more suitable for Plaintiffs application and intended use.

7.   Misrepresenting the suitability of parts manufactured for Plaintiffs' product.

8.   Misrepresenting the nature, quality and extent of services that would be provided.

9.   Failing to perform all those matters set forth in paragraph II of this petition. Such allegations are incorporated herein by reference.

In addition to its right to bring this action under common law principles, Plaintiffs would show that the acts and omissions heretofore set forth violate Article 2 of the Uniform Commercial Code as adopted by Texas in the Texas Business & Commerce Code. In addition to all other rights and remedies for breach of contract, Plaintiffs would show that they are entitled to recover those statutory remedies set forth in the Texas Business & Commerce Code.

As a cause of Defendants' breach of contract and violation of Article 2 U.C.C., as adopted by Texas, Plaintiffs have suffered damages as hereinafter set forth.

VI.

## DECEPTIVE TRADE PRACTICES

All of the allegations heretofore set out are incorporated herein for all purposes.

27

All Plaintiffs have complied with all conditions precedent to th

the Texas Deceptive Trade Practices Act.  Upon trial hereof it wil

violated the Texas Deceptive Trade Practices Act in the following par

    1.      Falsely representing certain products marketed a
             Defendant were suitable for Plaintiffs' application.

    2.      In causing Plaintiffs to continue expending money an
             repairs when Defendants knew or should have known
             provided, were defective and would fail in Pl
             application.

    4.      Representing that Defendants would provide those
             assistance outlined in paragraph II of this amended p
             no intention of providing those services or, alterna
             qualify of services promises.

Defendants conduct was committed intentionally and knowingly.

violates the Deceptive Trade Practices Act in the following particulars

    a)      causing confusion or misunderstanding as to the
             approval, or certification of goods or services (§17.46(

    b)      representing that goods or services are of a particul
             grad, or that goods are of a particular style or model,
             (§17.46(b)(7));

    c)      disparaging the goods, services, or business of
             misleading representation of facts (§17.46(b)(8));

k)      breaching express and implied warranties.   §17.50 Code.

As a proximate cause or, in the alternative, a producing cause

Plaintiffs have suffered damages as hereinafter described.

## VII.

## FRAUD AND MISREPRESENTATIC

All of the allegations heretofore set out are incorporated herei

During the course of Plaintiffs' dealings with Defendar

statements of material fact which they knew to be false when made

and/or without knowledge of their truth or falsity, or, alternatively,

statements were made for the purpose of inducing Plaintiffs to a

Plaintiffs relied on such misrepresentations to their detriment. In ad

Defendants made statements that were literally true which were use

At all material times hereto, Defendants had a duty to speak and their

false representation.    Defendants committed fraud and misrep

particulars:

As a result of Defendants' fraud and misrepresentations, Plaint

hereinafter described.

## VIII.

## NEGLIGENCE

All of the allegations heretofore set out are incorporated herei

Upon trial hereof, it will be shown that Defendants were negl

a proximate cause of Plaintiffs' injuries and damages.  Defendants we

a)    in failing to properly test its products;

b)    in failing to follow prudent manufacturing guidelines :

c)    in making false representations and engaging in thc
described in paragraph VI of this petition;

d)    in providing the services it agreed to perform as previ

## IX.

## DAMAGES

All of the allegations heretofore set out are incorporated her

As a proximate cause or, in the alternative, a producing cau

As a result of Defendants' fraud and misrepresentations, Plaintiffs have suffered damages as hereinafter described.

## VIII.

## **NEGLIGENCE**

All of the allegations heretofore set out are incorporated herein for all purposes.

Upon trial hereof, it will be shown that Defendants were negligent and such negligence was a proximate cause of Plaintiffs' injuries and damages. Defendants were negligent in the following:

a)      in failing to properly test its products;

b)      in failing to follow prudent manufacturing guidelines and specfications

c)      in making false representations and engaging in those acts and omissions described in paragraph VI of this petition;

d)      in providing the services it agreed to perform as previously outlined herein.

## IX.

## **DAMAGES**

All of the allegations heretofore set out are incorporated herein for all purposes.

As a proximate cause or, in the alternative, a producing cause of the acts, omissions, fraud, misrepresentation, breach of contract, breach of warranties, negligence, and violations of the Deceptive Trade Practices Act, Plaintiffs have suffered the following items of damages:

a)      lost profits, past and future;

b)      damages caused by increased warranty and overhead costs;

c)      damages for cover, i.e., finding a suitable replacement which includes increased overhead and additional testing;

d)      attorneys fees.

In addition to those items specifically enumerated above, Plaintiffs would show that they are entitled to recover prejudgment and post judgment interest, additional damages as authorized by the Deceptive Trade Practices Act, and punitive damages.

<div align="center">X.</div>

Plaintiffs' demand a jury trial. All applicable fees have previously been paid.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that upon final hearing hereof they have and recover of and from the Defendants, jointly and severally, such actual, special and consequential damages as the jury finds just and reasonable, together with interest, attorneys fees, prejudgment and post judgment, attorneys fees, court costs, punitive damages, and additional damages authorized by the DTPA, and for such other and further relief, both general and special, at law and in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

STEVE A. BRYANT & ASSOCIATES, P.C.

Steve A. Bryant
Texas Bar No. 03277900
3618 Mt. Vernon, Suite A
Houston, Texas 77006
Telephone 713-526-7474
Facsimile 713-526-7720

# STEVE A. BRYANT & ASSOCIATES
### A Professional Corporation
### Attorneys at Law

ORIGINAL

February 19, 2002

Aurora de la Garza
Cameron County District Clerk
964-974 East Harrison Street
Brownsville, Texas 78520

Dear Ms. de la Garza,

Enclosed please find an original and eight (8) copies of plaintiffs' original petition and jury demand, as well as our check in the amount of $256.00 to cover filing fees, jury fee and preparation of citations. Please forward the citations to this office when ready for further service.

Thank you for your time and assistance in this matter.

Sincerely,

Susan White Buchanan
Administrative Assistant

:swb

Enclosures a/s

**3618 Mt. Vernon, Suite A, Houston, Texas 77006**
**(713) 526-7474    (800) 394-2007    FAX (713) 526-7720**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICROTHERM, INC., MAVID | § | |
| MAQUILADORA, and DAVID E. | § | |
| SEITZ, Individually | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-69 |
| | § | |
| TRIQUEST-PUGET PLASTICS, L.L.C., | § | |
| A Subsidiary of ARCTIC SLOPE | § | |
| REGIONAL CORPORATION; | § | |
| ARCTIC SLOPE REGIONAL | § | |
| CORPORATION; EMERSON ELECTRIC | § | |
| CORPORATION; WIEGAND APPLIANCE | § | |
| DIVISION OF EMERSON ELECTRIC CO.; | § | |
| CHROMOLOX, INC.; DANA | § | |
| CORPORATION; and DANA ENGINE | § | |
| CONTROLS | § | |
| | § | |
| Defendants. | § | |

AFFIDAVIT OF CONRAD BAGNE

| | |
|---|---|
| The State of Alaska | § |
| | § |
| North Slope Burrow | § |

Conrad Bagne, being duly sworn, upon oath, deposes and says:

1.     My name is Conrad Bagne.  I am over the age of eighteen and have personal knowledge of all the facts contained herein.

2.     I am Chief Operating Officer of Arctic Slope Regional Corporation ("ASRC").  I have held this position or a similar position since 1982.

#30232158



3.    ASRC is a Alaska corporation formed in 1972.

4.    ASRC's principal office and place of business is located at Barrow, Alaska.  ASRC has maintained its principal office and place of business in Barrow, Alaska since its inception.

5.    ASRC is not licensed to do business in Texas and has never had a registered agent for service of process in Texas.

6.    ASRC does not, and has not, maintained offices, branches or agencies in Texas.

7.    ASRC does not have employees, assets, or facilities in Texas.

8.    ASRC has not solicited business or advertised in Texas.

9.    ASRC does not have a bank account in Texas.

10.   ASRC does not and has not owned or leased property in Texas.

11.   Prior to the above captioned matter, ASRC has not sued, or been sued in the State of Texas.

12.   ASRC has not paid state or local taxes in Texas.

13.   ASRC has not had a telephone listing in Texas..

14.   ASRC has not entered into any contract with David Seitz, Mavid Maquiladora, or Microtherm, Inc. in Texas.

15.   ASRC has not done any business with David Seitz, Mavid Maquiladora, or Microtherm, Inc. in Texas or traveled to Texas to do business with plaintiffs.

16.   ASRC's books and records are located in Barrow, Alaska.

#30232158

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICROTHERM, INC., MAVID §
MAQUILADORA, and DAVID E. §
SEITZ, Individually §
§
    Plaintiffs, §
§
§
§ CIVIL ACTION NO.  B-02-69
§
TRIQUEST-PUGET PLASTICS, L.L.C., §
A Subsidiary of ARCTIC SLOPE §
REGIONAL CORPORATION; §
ARCTIC SLOPE REGIONAL §
CORPORATION; EMERSON ELECTRIC §
CORPORATION; WIEGAND APPLIANCE §
DIVISION OF EMERSON ELECTRIC CO.; §
CHROMOLOX, INC.; DANA §
CORPORATION; and DANA ENGINE §
CONTROLS §
§
    Defendants. §

AFFIDAVIT OF KENT HEMPEL

Kent Hempel, being duly sworn, upon oath, deposes and says:

1.      My name is Kent Hempel.  I am over the age of eighteen and have personal knowledge of all the facts contained herein.

2.      I am Chief Financial Officer of Triquest Puget Plastics, LLC ("TQP Plastics").  I have held this position since January 2001.  Prior to be appointed Chief Financial Officer, I was the Controller for TQP Plastics.  I held that position from October 2000 to January 2001.

3.      TQP Plastics is a Washington limited liability company formed in August 2000.

#3023197



4.     TQP Plastics' principal office and place of business is located at 3000 Columbia House Blvd., Vancouver, Washington 98661. TQP Plastics has maintained its principal office and place of business in Vancouver, Washington since its inception.

5.     TQP Plastics is not licensed to do business in Texas and has never had a registered agent for service of process in Texas.

6.     TQP Plastics does not, and has not, maintained offices, branches or agencies in Texas.

7.     TQP Plastics does not have employees, assets, or facilities in Texas.

8.     TQP Plastics has not solicited business, conducted business or advertised in Texas.

9.     TQP Plastics does not have a bank account in Texas.

10.     TQP Plastics does not and has not owned or leased property in Texas.

11.     Prior to the above captioned matter, TQP Plastics has not sued, or been sued in the State of Texas.

12.     TQP Plastics has not paid state or local taxes in Texas.

13.     TQP Plastics has not had a telephone listing in Texas..

14.     TQP Plastics has not entered into any contract with David Seitz, Mavid Maquiladora, or Microtherm, Inc. in Texas.

15.     TQP Plastics has not done any business with David Seitz, Mavid Maquiladora, or Microtherm, Inc. in Texas or traveled to Texas to do business with plaintiffs.

16.     TQP Plastics' books and records are located in Vancouver, Washington.

17.     All officers and directors of TQP Plastics reside in Vancouver, Washington or in the areas immediately surrounding Portland Oregon, or Alaska.

#30231971

FURTHER, AFFIANT SAYETH NOT.

_____

KENT HEMPEL

THE STATE OF WASHINGTON     §
                           §
COUNTY OF CLARK            §

BEFORE ME, the undersigned authority, on this day personally appeared Kent Hempel, known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on April 12, 2002.

[SEAL]

_____

Notary Public in and for
The State of Washington

#3023197