

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICROTHERM, INC.; MAVID MAQUILADORA,M and DAVID E. SEITZ, Individually | * * * * | |
| VS. | * * * | CIVIL ACTION NO. B-02-69 |
| TRIQUEST-PUGET PLASTICS, L.L.C., A Subsidiary of ARCTIC SLOPE REGIONAL CORPORATION; ARCTIC SLOPE REGIONAL CORPORATION; EMERSON ELECTRIC CO.; WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.; CHROMOLOX, INC.; DANA CORPORATION; and DANA ENGINE CONTROLS | * * * * * * * * * * | |

United States District Court
Southern District of Texas
FILED

APR 2 3 2002

Michael N. Milby
Clerk of Court

---

**EMERSON ELECTRIC CO., WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.'S, DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES**

---

Pursuant to Paragraph 2 of the Order of Conference, Defendants EMERSON ELECTRIC CO.; WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO. state that to its knowledge, the following persons and entities are financially interested in this litigation:

1. <u>Emerson Electric Co.</u>

2. Wiegand Appliance Division of Emerson Electric

3. Chromalox ®, Inc.

Respectfully submitted,

RODDRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Eduardo Roberto Rodriguez
Attorney-in-Charge
State Bar No. 17144000
Federal Admissions No. 1944
R. Patrick Rodriguez 24002861
State Bar No. 17146600
Federal Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

Timothy G. O'Neill
Colorado Bar No. 17311
Federal Admissions No. 18694
Brent D. Anderson
Texas Bar No. 00786977
Federal Admissions No. 17874
SNELL & WILMER, L.L.P.
Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, Colorado 80202
(303) 634-2000
Fax (303) 634-2020

ATTORNEYS FOR DEFENDANTS, EMERSON ELECTRIC CO. and WIEGAND APPLIANCE DIVISION OF EMERSON ELECTRIC CO.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the  23  day of April, 2002, a true and correct copy of Defendants' Disclosures of Financially Interested Parties was forwarded via Facsimile and U.S. Regular Mail to all counsel of record as hereinbelow noted:

Steve A. Bryant
Steve A. Bryant & Associates, P.C.
3618 Mt. Vernon, Suite A
Houston, Texas 77006
**Attorneys for Plaintiffs**

William D. Wood
Graig J. Alvarez
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
**Attorneys for Defendants, Arctic Slope Regional Corporation and Triquest-Puget Plastics, LLC**

Peter Blute
11601 Katy Freeway, Suite 101
Houston, Texas 77079
**Attorneys for Defendants, Dana Corporation and Dana Engine Controls**

Wendy Smith
Kirkpatrick & Lockhart, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
**Attorneys for Defendant Chromalox, Inc.**

_____
Eduardo Roberto Rodriguez