

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICROTHERM, INC., ET AL. | § § § |
| Plaintiffs, | § § § |
| | § CIVIL ACTION NO. B-02-69 |
| TRIQUEST-PUGET PLASTICS, L.L.C., ET AL. | § § § § |
| Defendants. | § |

**DEFENDANTS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Paragraph 2 of the Order of Conference, defendants Triquest Puget Plastics, LLC and Arctic Slope Regional Corporation, state to their knowledge, the following persons and/or entities are financially interested in this litigation:

1. David E. Seitz

2. Microtherm, Inc.

3. Mavid Maquiladora

4. Emerson Electric Co.

5. Wiegand Appliance Division of Emerson Electric Co.

6. Chromalox®, Inc.

7. Dana Corporation

8. Dana Engine Controls

9. Puget Plastics Corporation S.A. de C.V.

Respectfully submitted,

By: /s/ William D. Wood *by permission G/H*
William D. Wood
State Bar No. 21916500
Southern District No. 2002
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

**ATTORNEY-IN-CHARGE FOR DEFENDANTS, TRIQUEST PUGET PLASTICS, LLC, AND ARCTIC SLOPE REGIONAL CORPORATION**

Of COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
Graig J. Alvarez
State Bar No. 24001647
Southern District No. 22596

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure, on this the 23rd day of April, 2002.

/s/ Graig J. Alvarez

#30239211v1<

-2-