IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 5 2002

Michael N. Milby
Clerk of Court

MICROTHERM, INC., ET AL         *
                                *
vs.                             *        C.A. NO. B-02 069
                                *
TRIQUEST-PUGET PLASTICS,        *
L.L.C., ET AL                   *

## PLAINTIFFS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Paragraph 2 of the Order of Conference, MICROTHERM, INC., ET AL, state that to their knowledge, the following persons and/or entities are financially interested in this litigation:

1. David E. Seitz
2. Microtherm, Inc.
3. Mavid Maquiladora
4. Triquest-Puget Plastics, L.L.C., a subsidiary of Arctic Slope Regional Corporation
5. Arctic Slope Regional Corporation
6. Emerson Electric Co.
7. Wiegand Appliance Division of Emerson Electric Co.
8. Chromalox®, Inc.
9. Dana Corporation
10. Dana Engine Controls.
11. Puget Plastics Corporation.

12. Puget Plastics Corporation S.A. de C.V., a subsidiary of Arctic Slope Regional Corporation.

Respectfully submitted,

STEVE A. BRYANT & ASSOCIATES, P.C.

_____
Steve A. Bryant
Federal I.D. 2752
Texas Bar No. 03277900
3618 Mt. Vernon, Suite A
Houston, Texas 77006
Telephone 713-526-7474
Facsimile 713-526-7720

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record as hereinbelow noted:

William D. Wood
Graig J. Alvarez
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Attorneys for Defendants, Triquest-Puget Plastics, L.L.C. and Arctic Slope Regional Corporation

Eduardo Roberto Rodriguez
R. Patrick Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
P. O. Box 2155
Brownsville, Texas 78522

Timothy G. O'Neill
Brent D. Anderson
Snell & Wilmer, L.L.P.
1200 Seventeenth St., Suite 1900
Denver, Colorado 80202
Attorneys for Defendants, Emerson Electric Co. and Wiegand Appliance Division of Emerson Electric Co.

Wendy Smith
Kirkpatrick & Lockhart, L.L.P.
535 Smithfield St.
Pittsburgh, Pennsylvania 15222
Attorney for Defendant, Chromalox, Inc.

Peter Blute
11601 Katy Freeway, Suite 101
Houston, Texas 77079
Attorney for Defendants, Dana Corporation and Dana Engine Controls

by depositing same in the U.S. mail, first-class postage and/or certified with return receipt requested, via facsimile and/or hand delivery on this 23rd day of April, 2002.

_____
Steve A. Bryant