IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICROTHERM, INC., MAVID MAQUILADORA AND DAVID E. SEITZ | § § | |
| VS | § | Civil Action B-02-069 |
| TRIQUEST-PUGET PLASTICS, et al | § | |

United States District Court
Southern District of Texas
FILED

APR 2 9 2002

Michael N. Milby
Clerk of Court

## DEFENDANT, DANA CORPORATION'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Paragraph 2 of the Order of Conference filed on April 8, 2002, the following entities are financially interested in this litigation:

1. <u>Dana Corporation</u>

2. Dana Engine Controls

On information and belief, the following persons and/or entities are also financially interested in this litigation:

1. David E. Seitz

2. Microtherm, Inc.

3. Mavid Maquiladora

4. Triquest-Puget Plastics, L.L.C., a subsidiary of Arctic Slope Regional Corporation

5. Arctic Slope Regional Corporation

6. Emerson Electric Co.

7. Weigand Appliance Division of Emerson Electric Co.

8. Chromalox, Inc.

9. Puget Plastics Corporation

10. Puget Plastics Corporation S.A. de C.V., a subsidiary of Arctic Slope Regional Corporation.

Respectfully submitted,

_____
PETER M. BLUTE
SBN 02521600   *FION : 5540*
11601 Katy Freeway, Suite 101
Houston, Texas 77079
(281) 496-0555/ Fax: (281) 496-0505
ATTORNEY FOR DEFENDANT
DANA CORPORATION and
DANA ENGINE CONTROLS

## CERTIFICATE OF SERVICE

This is to certify that the foregoing instrument was forwarded to all counsel of record by certified mail, return receipt requested, or regular mail, hand delivery, or by facsimile transmission to:

Mr. Eduardo Roberto Rodriguez
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 E. Van Buren
Brownsville, Tx. 78522
Attorneys for defendants, Emerson Electric Co.
And Wiegand Appliance Div of Emerson Electric Co.
via fax: (956) 541-2170

Mr. Brent D. Anderson
SNELL & WILMER, LLP
Tabor Center, Ste. # 1900
1200 Seventeenth St.
Denver, Colorado 80202
via fax: (303)634-2020

Mr. William Wood
Mr. Graig J. Alvarez
FULBRIGHT & JAWORSKI
1301 McKinney, Suite 5100
Houston, Tx. 77010
Attorney for defendants Arctic Slope Regional Corp.
and Triquest-Puget Plastics, LLC
via fax: (713)651-5246

Ms. Wendy Smith
KIRPATRICK & LOCKHART, LLP
Henry W. Oliver Bldg.
535 Smithfield Street
Pittsburgh, PA 15222
via fax: (412) 355-6501 or 6461
Attorney for defendant, Chromalox, Inc.

Mr. Steve A. Bryant
STEVE A. BRYANT & ASSOCIATES, P.C.
3618 Mt. Vernon, Suite A
Houston, Tx. 77006
Attorney for Plaintiffs
via fax: (713)526-7720

on this 24th day of April, 2002.

_____
Peter M. Blute

Ms. Wendy Smith
KIRPATRICK & LOCKHART, LLP
Henry W. Oliver Bldg.
535 Smithfield Street
Pittsburgh, PA 15222
via fax: (412) 355-6501 or 6461
Attorney for defendant, Chromalox, Inc.

Mr. Steve A. Bryant
STEVE A. BRYANT & ASSOCIATES, P.C.
3618 Mt. Vernon, Suite A
Houston, Tx. 77006
Attorney for Plaintiffs
via fax: (713)526-7720

on this 24th day of April, 2002.

_____
Peter M. Blute