UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MICROTHERM, INC., ET AL. | § § § |
| Plaintiffs, | § § |
| | § CIVIL ACTION NO. B-02-69 |
| TRIQUEST-PUGET PLASTICS, L.L.C., ET AL. | § § § |
| Defendants. | § § |

**ORDER TRANSFERRING VENUE TO HOUSTON DIVISION**

On this day, the Court considered Unopposed Motion to Change Venue to Houston Division ("Unopposed Motion"), and after reviewing the Unopposed Motion the Court finds that it should be GRANTED. It is, therefore,

ORDERED that the Unopposed Motion is GRANTED. It is further,

ORDERED that this action be transferred to United States District Court for the Southern District of Texas, Houston Division pursuant to 28 U.S.C. § 1404(b).

Signed May 13, 2002

_____
JUDGE PRESIDING

#30238033v1<